# EXHIBIT 1

| | |
|---|---|
| *Company name: <New Radio IP LLC>*<br>*Patent Family Number: <010>*<br>*Granted: <KR, CN>*<br>*Pending: <EP, JP >*<br>*Mapped to: <5G>*<br>*Kyocera 5G Devices*: DuraForce Ultra 5G, DuraSport 5G, DuraForce PRO 3 | |
| **Representative patent number:**<br><US10602429B2> | *Standards*<br>*[1] TS 38.331 3GPP TSGR RAN 5G NR Radio Resource Control (RRC) (Release 16), v 16.14.0 (2023-10)* |
| 1. Preamble<br><br>A method for a wireless device to trigger a Radio Access Network (RAN) Notification Area (RNA) update while the wireless device is in a Radio Resource Control (RRC) inactive (RRC_INACTIVE) state, the method comprising: | <br>https://www.kyoceramobile.com/rugged-devices/duraforce-pro-3 |

**5G ULTRA WIDEBAND + DUAL BAND (L1/L5) GPS**

DuraForce PRO 3 offers dual-frequency GPS with centimeter-level accuracy − even in urban canyons. Businesses relying on GPS-based applications and services benefit from improved operational efficiency, better decision-making, and enhanced customer satisfaction, making it a valuable asset for businesses in most industries.

[1]

## 5.3 Connection control

…

## 5.3.13 RRC connection resume

…

## 5.3.13.8 RNA update

In RRC_INACTIVE state, the UE shall:

    1> if T380 expires; or

    1> if RNA Update is triggered at reception of SIB1, as specified in 5.2.2.4.2:

        2> initiate RRC connection resume procedure in 5.3.13.2 with *resumeCause* set to *rna-Update*;

    1> if barring is alleviated for Access Category '8' or Access Category '2', as specified in 5.3.14.4:

        2> if upper layers do not request RRC the resumption of an RRC connection, and

        2> if the variable *pendingRNA-Update* is set to *true*:

            3> initiate RRC connection resume procedure in 5.3.13.2 with *resumeCause* value set to *rna-Update*.

If the UE in RRC_INACTIVE state fails to find a suitable cell and camps on the acceptable cell to obtain limited

service as defined in TS 38.304 [20], the UE shall:

    1> perform the actions upon going to RRC_IDLE as specified in 5.3.11 with release cause 'other'.

    NOTE: It is left to UE implementation how to behave when T380 expires while the UE is camped neither on a suitable nor on an acceptable cell.

| Element 1; initiating an RRC resumption procedure for the RNA update; | [1]<br><br>## 5.3 Connection control<br><br>### 5.3.1 Introduction<br><br>#### 5.3.1.1 RRC connection control<br><br>…<br><br>The resumption of a suspended RRC connection is initiated by upper layers when the UE needs to transit from RRC_INACTIVE state to RRC_CONNECTED state or by RRC layer to perform a RNA update or by RAN paging from NG-RAN. When the RRC connection is resumed, network configures the UE according to the RRC connection resume procedure based on the stored UE Inactive AS context and any RRC configuration received from the network. The RRC connection resume procedure re-activates AS security and re-establishes SRB(s) and DRB(s).<br><br>[<New Radio IP LLC comment>: "initiating an RRC resumption procedure for the RNA update" in the claims corresponds to "The resumption of a suspended RRC connection is initiated...by RRC layer to perform a RNA update..." in the standard.] |
| --- | --- |
| Element 2; acquiring an access control parameter configuration of an access category associated with the RNA update in system information block 1 (SIB1) broadcast by a network node; | [1]<br><br>## 5.3 Connection control<br><br>…<br><br>### 5.3.13 RRC connection resume<br><br>…<br><br>#### 5.3.13.8 RNA update<br><br>In RRC_INACTIVE state, the UE shall:<br><br>    1> if T380 expires; or<br>    1> if RNA Update is triggered at reception of SIB1, as specified in 5.2.2.4.2:<br>        2> initiate RRC connection resume procedure in 5.3.13.2 with *resumeCause* set to *rna-Update*;<br>    1> if barring is alleviated for Access Category '8' or Access Category '2', as specified in 5.3.14.4:<br>        2> if upper layers do not request RRC the resumption of an RRC connection, and<br>        2> if the variable *pendingRNA-Update* is set to *true*: |

3> initiate RRC connection resume procedure in 5.3.13.2 with *resumeCause* value set to *rna-Update*.

If the UE in RRC_INACTIVE state fails to find a suitable cell and camps on the acceptable cell to obtain limited

service as defined in TS 38.304 [20], the UE shall:

1> perform the actions upon going to RRC_IDLE as specified in 5.3.11 with release cause 'other'.

NOTE: It is left to UE implementation how to behave when T380 expires while the UE is camped neither on a suitable nor on an acceptable cell.

...

# 6.2 RRC messages

…

## 6.2.2 Message definitions

…

### – *SIB1*

*SIB1* contains information relevant when evaluating if a UE is allowed to access a cell and defines the scheduling of other system information. It also contains radio resource configuration information that is common for all UEs and barring information applied to the unified access control.

Signalling radio bearer: N/A
RLC-SAP: TM
Logical channels: BCCH
Direction: Network to UE

...

```
SIB1 ::= SEQUENCE {
…

uac-BarringInfo SEQUENCE {
        uac-BarringForCommon UAC-BarringPerCatList OPTIONAL, -- Need S
        uac-BarringPerPLMN-List UAC-BarringPerPLMN-List OPTIONAL, -- Need S
        uac-BarringInfoSetList UAC-BarringInfoSetList,
        uac-AccessCategory1-SelectionAssistanceInfo CHOICE {
                plmnCommon UAC-AccessCategory1-SelectionAssistanceInfo,
                individualPLMNList SEQUENCE (SIZE (2..maxPLMN)) OF UAC-AccessCategory1-SelectionAssistanceInfo
} OPTIONAL -- Need S
} OPTIONAL, -- Need R
```

**uac-BarringForCommon**
Common access control parameters for each access category. Common values are used for all PLMNs/SNPNs, unless overwritten by the PLMN/SNPN specific configuration provided in *uac-BarringPerPLMN-List*. The parameters are specified by providing an index to the set of configurations (*uac-BarringInfoSetList*). UE behaviour upon absence of this field is specified in clause 5.3.14.2

| | |
|---|---|
| | [<New Radio IP LLC comment>: "acquiring an access control parameter configuration of an access category" in the claim corresponds to "*uac-BarringInfoSetList*" which is an index to the set of configurations for the common access control parameters for each access category. "associated with the RNA update in system information block 1 (SIB1) broadcast by a network node" in the claim corresponds to "RNA update is triggered at reception of SIB1" and "initiate RRC connection resume procedure in 5.3.13.2 with resumeCause set to rna-Update" in the standard. The UE receives SIB1 from the network node; reception of SIB 1 triggers RNA update. SIB1 includes uac-BarringInfo which is a part of the Unified Access Control parameters. Uac-BarringInfo is configured by uac-BarringInfoSetList.] |
| Element 3;<br><br>initiating a random access procedure for the RRC resumption procedure according to an indicator of the access control parameter configuration of the access category; | [1]<br># 5.3 Connection control<br><br>…<br><br>## 5.3.13 RRC connection resume<br><br>### 5.3.13.1 General<br><br><br><br>Figure 5.3.13.1-1: RRC connection resume, successful<br><br>…<br><br>### 5.3.13.2 Initiation<br>The UE initiates the procedure when upper layers or AS (when responding to RAN paging, upon triggering RNA updates while the UE is in RRC_INACTIVE, or for NR sidelink communication/V2X sidelink communication as specified in clause 5.3.13.1a) requests the resume of a suspended RRC connection. |

…

1> else if the resumption of the RRC connection is triggered due to an RNA update as specified in 5.3.13.8:

2> if an emergency service is ongoing:

NOTE: How the RRC layer in the UE is aware of an ongoing emergency service is up to UE implementation.

3> select '2' as the Access Category;

3> set the *resumeCause* to *emergency*;

2> else:

3> select '8' as the Access Category;

2> perform the unified access control procedure as specified in 5.3.14 using the selected Access Category and one or more Access Identities to be applied as specified in TS 24.501 [23];

3> if the access attempt is barred:

4> set the variable *pendingRNA-Update* to *true*;

4> the procedure ends;

…

# 5.3 Connection control

…

## 5.3.14 Unified Access Control

…

### 5.3.14.2 Initiation

Upon initiation of the procedure, the UE shall:

…

3> if *uac-BarringForCommon* is applicable or the *uac-ACBarringListType* indicates that *uac-ExplicitACBarringList* is used:

4> if the corresponding *UAC-BarringPerCatList* contains a *UAC-BarringPerCat* entry corresponding to the Access Category:

5> select the *UAC-BarringPerCat* entry;

5> if the *uac-BarringInfoSetList* contains a *UAC-BarringInfoSet* entry corresponding to the selected *uac-barringInfoSetIndex* in the *UAC-BarringPerCat*:

6> select the *UAC-BarringInfoSet* entry;

6> perform access barring check for the Access Category as specified in 5.3.14.5, using the selected *UAC-BarringInfoSet* as "UAC barring parameter";

…

# 6.3 RRC information elements...

…

## 6.3.2 Radio resource control information elements

…

### – UAC-BarringInfoSetIndex

The IE *UAC-BarringInfoSetIndex* provides the index of the entry in *uac-BarringInfoSetList*. Value 1 corresponds to the first entry in *uac-BarringInfoSetList,* value 2 corresponds to the second entry in this list and so on. An index value referring to an entry not included in *uac-BarringInfoSetList* indicates no barring.

**UAC-BarringInfoSetIndex** information element

```
-- ASN1START
-- TAG-UAC-BARRINGINFOSETINDEX-START
UAC-BarringInfoSetIndex ::= INTEGER (1..maxBarringInfoSet)
-- TAG-UAC-BARRINGINFOSETINDEX-STOP
-- ASN1STOP
```

**[<New Radio IP LLC comment>: "initiating a random access procedure for the RRC resumption procedure" in the claim corresponds to "else if the resumption of the RRC connection is triggered due to an RNA update as specified in 5.3.13.8" in the standard. "according to an indicator of the access control parameter configuration of the access category" in the claim corresponds to UAC-BarringInfoSetIndex which "provides the index of the entry in uac-BarringInfoSetList" in the standard.]**

---

Element 4.

wherein, when the indicator is OFF, the indicator indicates to the wireless device that the wireless device does not need to apply the access control parameter configuration of the access category, and that the wireless device is allowed to initiate the random access procedure.

[1]

# 6.3 RRC information elements...

…

## 6.3.2 Radio resource control information elements

…

### – UAC-BarringInfoSetIndex

The IE *UAC-BarringInfoSetIndex* provides the index of the entry in *uac-BarringInfoSetList*.  Value 1 corresponds to the first entry in *uac-BarringInfoSetList,* value 2 corresponds to the second entry in this list and so on. An index value referring to an entry not included in *uac-BarringInfoSetList* indicates no barring.

**UAC-BarringInfoSetIndex** information element

```
-- ASN1START
-- TAG-UAC-BARRINGINFOSETINDEX-START
```

```
UAC-BarringInfoSetIndex ::= INTEGER (1..maxBarringInfoSet)
-- TAG-UAC-BARRINGINFOSETINDEX-STOP
-- ASN1STOP
```

…

### UAC-BarringInfoSetList

The IE *UAC-BarringInfoSetList* provides a list of access control parameter sets. An access category can be configured with access parameters according to one of the sets.

***UAC-BarringInfoSetList* information element**

```
-- ASN1START
-- TAG-UAC-BARRINGINFOSETLIST-START
UAC-BarringInfoSetList ::= SEQUENCE (SIZE(1..maxBarringInfoSet)) OF UAC-BarringInfoSet
UAC-BarringInfoSet ::= SEQUENCE {
        uac-BarringFactor ENUMERATED {p00, p05, p10, p15, p20, p25, p30, p40,
        p50, p60, p70, p75, p80, p85, p90, p95},
        uac-BarringTime ENUMERATED {s4, s8, s16, s32, s64, s128, s256, s512},
        uac-BarringForAccessIdentity BIT STRING (SIZE(7))
}
-- TAG-UAC-BARRINGINFOSETLIST-STOP
-- ASN1STOP
```

***uac-BarringForAccessIdentity***
Indicates whether access attempt is allowed for each Access Identity. The leftmost bit, bit 0 in the bit string corresponds to Access Identity 1, bit 1 in the bit string corresponds to Access Identity 2, bit 2 in the bit string corresponds to Access Identity 11, bit 3 in the bit string corresponds to Access Identity 12, bit 4 in the bit string corresponds to Access Identity 13, bit 5 in the bit string corresponds to Access Identity 14, and bit 6 in the bit string corresponds to Access Identity 15. Value 0 means that access attempt is allowed for the corresponding access identity.

…

# 5.3 Connection control

…

# 5.3.14 Unified Access Control

…

## 5.3.14.2 Initiation
Upon initiation of the procedure, the UE shall:

…

3> if *uac-BarringForCommon* is applicable or the *uac-ACBarringListType* indicates that *uac-ExplicitACBarringList* is used:

    4> if the corresponding *UAC-BarringPerCatList* contains a *UAC-BarringPerCat* entry corresponding to the Access Category:

        5> select the *UAC-BarringPerCat* entry;

        5> if the *uac-BarringInfoSetList* contains a *UAC-BarringInfoSet* entry corresponding to the selected *uac-barringInfoSetIndex* in the *UAC-BarringPerCat*:

            6> select the *UAC-BarringInfoSet* entry;

            6> perform access barring check for the Access Category as specified in 5.3.14.5, using the selected *UAC-BarringInfoSet* as "UAC barring parameter";

        5> else:

            6> consider the access attempt as allowed;

…

## 5.3.14.5 Access barring check

The UE shall:

    1> if one or more Access Identities are indicated according to TS 24.501 [23], and

    1> if for at least one of these Access Identities the corresponding bit in the *uac-BarringForAccessIdentity* contained in "UAC barring parameter" is set to *zero*:

        2> consider the access attempt as allowed;

**[<New Radio IP LLC comment>: "wherein, when the indicator is OFF" in the claim corresponds to "if for at least one of these Access Identities the corresponding bit in the *uac-BarringForAccessIdentity* contained in the "UAC barring parameter" is set ot zero" in the standard. That is, the index value (indicator) does not point to an entry in the access control parameter configuration. "the indicator indicates to the wireless device that the wireless device does not need to apply the access control parameter configuration of the access category" in the claim corresponds to "5> if the uac-BarringInfoSetList contains a UAC-BarringInfoSet entry corresponding to the selected uac-barringInfoSetIndex in the UAC-BarringPerCat: 6> select the UAC-BarringInfoSet entry; 6> perform access barring check for the Access Category as specified in 5.3.14.5, using the selected UAC-BarringInfoSet as "UAC barring parameter" in the standard. That is, the indicator indicates whether the UE must perform an access barring check before attempting access. "and that the wireless device is allowed to initiate the random access procedure" in the claim corresponds to "5> else: 6> consider the access attempt as allowed;" in the standard. That is, if the indicator is OFF (refers to an entry not included in uac-BarringInfoSetList) then the UE is allowed to initiate the random access procedure.]**