# EXHIBIT 2

| Company name: <New Radio IP LLC><br>Patent Family Number: <012><br>Granted: <CN, EP, US><br>Pending: < ><br>Mapped to: <5G><br>Kyocera 5G Devices: DuraForce Ultra 5G, DuraSport 5G, DuraForce PRO 3 | |
|---|---|
| **Representative patent number:**<br>< US10897708B2> | *Standards*<br>*[1] TS 38.300 3GPP TSGR RAN 5G NR and NG-RAN Overall description (Release 16), v16.14.0 (2023-10)*<br>*[2[ TS 38.331 3GPP TSGR RAN 5G Radio Resource Control (RRC) (Release 16), v16.14.0 (2023-10)* |
| 1. Preamble<br><br>A method for radio access network (RAN) based notification area (RNA) update for a radio resource control (RRC) INACTIVE user equipment (UE) in an RRC_INACTIVE state, the method comprising: |    <br><br>**DuraForce PRO 3**<br><br>**Rugged Devices For Work.**<br>**Smart Solutions For Business.**<br><br>Keep teams connected and productive with rugged hardware backed by Kyocera's complete solution ecosystem and best-in-class support.<br><br>**How to buy**<br><br><br><br>https://www.kyoceramobile.com/rugged-devices/duraforce-pro-3 |

| | |
|---|---|
| | **5G ULTRA WIDEBAND + DUAL BAND (L1/L5) GPS**<br><br>DuraForce PRO 3 offers dual-frequency GPS with centimeter-level accuracy – even in urban canyons. Businesses relying on GPS-based applications and services benefit from improved operational efficiency, better decision-making, and enhanced customer satisfaction, making it a valuable asset for businesses in most industries.<br><br>[1]<br><br>## 9.2.2.3 RAN-Based Notification Area<br><br>A UE in the RRC_INACTIVE state can be configured by the last serving NG-RAN node with an RNA, where:<br><br>- the RNA can cover a single or multiple cells, and shall be contained within the CN registration area; in this release Xn connectivity should be available within the RNA;<br><br>- - a RAN-based notification area update (RNAU) is periodically sent by the UE and is also sent when the cell reselection procedure of the UE selects a cell that does not belong to the configured RNA.<br><br>**[<New Radio IP LLC comment>: "a method for radio access network (RAN) based notification area (RNA) update for a radio resource control (RRC) INACTIVE user equipment (UE) in an RRC_INACTIVE state" in the claim corresponds to "A UE in the RRC_INACTIVE state can be configured by the last serving NG-RAN node with an RNA," in the standard.]** |
| Element 1;<br><br>receiving, by the RRC_INACTIVE UE in the RRC_INACTIVE state, a first list of RAN area IDs from a first cell via a first RRC message; | [1]<br><br># 9.2 Intra-NR<br><br>…<br><br>## 9.2.2 Mobility in RRC_INACTIVE<br><br>… |

### 9.2.2.3 RAN-Based Notification Area

A UE in the RRC_INACTIVE state can be configured by the last serving NG-RAN node with an RNA, where:

- the RNA can cover a single or multiple cells, and shall be contained within the CN registration area; in this release Xn connectivity should be available within the RNA;

- a RAN-based notification area update (RNAU) is periodically sent by the UE and is also sent when the cell reselection procedure of the UE selects a cell that does not belong to the configured RNA.

There are several different alternatives on how the RNA can be configured:

- List of cells:

    - A UE is provided an explicit list of cells (one or more) that constitute the RNA.

- List of RAN areas:

    - A UE is provided (at least one) RAN area ID, where a RAN area is a subset of a CN Tracking Area or equal to a CN Tracking Area. A RAN area is specified by one RAN area ID, which consists of a TAC and optionally a RAN area Code;

    - A cell broadcasts one or, in case of network sharing with multiple cell ID broadcast, more RAN area IDs in the system information.

NG-RAN may provide different RNA definitions to different UEs but not mix different definitions to the same UE at the same time. UE shall support all RNA configuration options listed above.


[2]

# 5.3 Connection control

…


# 5.3.8 RRC connection release

…


# 5.3.8.3 Reception of the *RRCRelease* by the UE

…

1> if the *RRCRelease* includes *suspendConfig*:

    2> apply the received *suspendConfig* except the received *nextHopChainingCount*;

    2> remove all the entries within *VarConditionalReconfig*, if any;

    2> for each *measId*, if the associated *reportConfig* has a *reportType* set to *condTriggerConfig*:

…

## 6.2 RRC messages

…

## 6.2.2 Message definitions

…

–　　　*RRCRelease*

The *RRCRelease* message is used to command the release of an RRC connection or the suspension of the RRC connection.

    Signalling radio bearer: SRB1

    RLC-SAP: AM

    Logical channel: DCCH

    Direction: Network to UE

…

```
SuspendConfig ::= SEQUENCE {
    fullI-RNTI I-RNTI-Value,
    shortI-RNTI ShortI-RNTI-Value,
    ran-PagingCycle PagingCycle,
    ran-NotificationAreaInfo RAN-NotificationAreaInfo OPTIONAL, -- Need M
    t380 PeriodicRNAU-TimerValue OPTIONAL, -- Need R
    nextHopChainingCount NextHopChainingCount,
...
}
```

```
…
RAN-NotificationAreaInfo ::= CHOICE {
        cellList PLMN-RAN-AreaCellList,
        ran-AreaConfigList PLMN-RAN-AreaConfigList,
...
}
…
```

| ***RAN-NotificationAreaInfo* field descriptions** |
|---|
| ***cellList*** |
| A list of cells configured as RAN area. |
| ***ran-AreaConfigList*** |
| A list of RAN area codes or RA code(s) as RAN area. |

...

| ***SuspendConfig* field descriptions** |
|---|
| ***ran-NotificationAreaInfo*** |
| Network ensures that the UE in RRC_INACTIVE always has a valid *ran-NotificationAreaInfo*. |
| ***ran-PagingCycle*** |
| Refers to the UE specific cycle for RAN-initiated paging. Value *rf32* corresponds to 32 radio frames, value *rf64* corresponds to 64 radio frames and so on. |
| ***t380*** |
| Refers to the timer that triggers the periodic RNAU procedure in UE. Value *min5* corresponds to 5 minutes, value *min10* corresponds to 10 minutes and so on. |

[<New Radio IP LLC comment>: "receiving, by the RRC_INACTIVE UE in the RRC_INACTIVE state," in the claim corresponds to "UE in the RRC_INACTIVE state can be configured by the last serving NG-RAN node with an RNA" and "RRCRelease…ran-notificationAreaInfo: Network ensures that the UE in RRC-INACTIVE always has a valid ran-NotificationAreaInfo" in the standard. "a first list of RAN area IDs from a first cell via a first RRC message" in the claim corresponds to "RAN-NotificationAreaInfo" which includes "ran-AreaConfigList: A list of RAN area codes or RA code(s) as RAN area" in the standard. The UE receives an RRCRelease message from the first cell (i.e. last serving cell) that includes the component SuspendConfig which further includes ran-NotificationAreaInfo. ran-NotificationAreaInfo includes the subfields cellList and ran-

| | |
|---|---|
| | **AreaConfigList. cellList is a list of cells configured as RAN area and ran-AreaConfigList is a list of RAN area codes (i.e RAN area IDs).]** |
| Element 2;<br><br>==storing==, by the ==RRC_INACTIVE UE== in the RRC_INACTIVE state, ==the first list of RAN area IDs== after receiving the ==first RRC message==; | [2]<br><br>## 5.3 Connection control<br><br>…<br><br>## 5.3.8 RRC connection release<br><br>…<br><br>### 5.3.8.3 Reception of the *RRCRelease* by the UE<br><br>…<br><br>1> if the *RRCRelease* includes *suspendConfig*:<br><br>    2> ==apply the received *suspendConfig*== except the received *nextHopChainingCount*;<br><br>    2> remove all the entries within *VarConditionalReconfig*, if any;<br><br>    2> for each *measId*, if the associated *reportConfig* has a *reportType* set to *condTriggerConfig*:<br><br>…<br><br>## 6.2 RRC messages<br><br>…<br><br>## 6.2.2 Message definitions<br><br>… |

6

–        **RRCRelease**

The *RRCRelease* message is used to command the release of an RRC connection or the suspension of the RRC connection.

Signalling radio bearer: SRB1

RLC-SAP: AM

Logical channel: DCCH

Direction: Network to UE

…

SuspendConfig ::= SEQUENCE {

fullI-RNTI I-RNTI-Value,

shortI-RNTI ShortI-RNTI-Value,

ran-PagingCycle PagingCycle,

ran-NotificationAreaInfo RAN-NotificationAreaInfo OPTIONAL, -- Need M

t380 PeriodicRNAU-TimerValue OPTIONAL, -- Need R

nextHopChainingCount NextHopChainingCount,

...

}

…

RAN-NotificationAreaInfo ::= CHOICE {

cellList PLMN-RAN-AreaCellList,

ran-AreaConfigList PLMN-RAN-AreaConfigList,

...

}

…

| *RAN-NotificationAreaInfo* field descriptions |
|---|
| *cellList* |
| A list of cells configured as RAN area. |
| *ran-AreaConfigList* |
| A list of RAN area codes or RA code(s) as RAN area. |

...

<table>
<tr><td colspan="1"><strong><em>SuspendConfig</em></strong> field descriptions</td></tr>
</table>

| |
|---|
| **_ran-NotificationAreaInfo_** |
| Network ensures that the UE in RRC_INACTIVE always has a valid _ran-NotificationAreaInfo_. |
| **_ran-PagingCycle_** |
| Refers to the UE specific cycle for RAN-initiated paging. Value _rf32_ corresponds to 32 radio frames, value _rf64_ corresponds to 64 radio frames and so on. |
| **_t380_** |
| Refers to the timer that triggers the periodic RNAU procedure in UE. Value _min5_ corresponds to 5 minutes, value _min10_ corresponds to 10 minutes and so on. |

[<New Radio IP LLC comment>: "storing, by the RRC_INACTIVE UE in the RRC_INACTIVE state, the first list of RAN area IDs after receiving the first RRC Message" in the claim corresponds to "if the RRCRelease includes suspendConfig: apply the received suspendConfig" which includes "ranNotificationAreaInfo: Network ensures that the UE in RRC_INACTIVE always has a valid ran-NotificationAreaInfo" which includes "ran-AreaConfigList: a list of RAN area codes or RA code(s) as RAN area" in the standard.  The UE in RRC_INACTIVE stores the first list of RAN area IDs (i.e. applies SuspendConfig which includes ran-NotificationAreaInfo which includes ran-AreaConfig list which is a list of RAN area codes) after receiving the first RRC message (i.e. RRCRelease)]

| | |
|---|---|
| Element 3.<br><br>receiving, by the RRC_INACTIVE UE in the RRC_INACTIVE state, a cell ID and a RAN area ID broadcast by a second cell; | [1]<br><br># 9.2 Intra-NR<br><br>...<br><br>## 9.2.2 Mobility in RRC_INACTIVE<br><br>...<br><br>### 9.2.2.3 RAN-Based Notification Area<br><br>A UE in the RRC_INACTIVE state can be configured by the last serving NG-RAN node with an RNA, where:<br><br>- the RNA can cover a single or multiple cells, and shall be contained within the CN registration area; in this release Xn connectivity should be available within the RNA; |

- a RAN-based notification area update (RNAU) is periodically sent by the UE and is also sent when the cell reselection procedure of the UE selects a cell that does not belong to the configured RNA.

There are several different alternatives on how the RNA can be configured:

- List of cells:

    - A UE is provided an explicit list of cells (one or more) that constitute the RNA.

- List of RAN areas:

    - A UE is provided (at least one) RAN area ID, where a RAN area is a subset of a CN Tracking Area or equal to a CN Tracking Area. A RAN area is specified by one RAN area ID, which consists of a TAC and optionally a RAN area Code;

    - A cell broadcasts one or, in case of network sharing with multiple cell ID broadcast, more RAN area IDs in the system information.

NG-RAN may provide different RNA definitions to different UEs but not mix different definitions to the same UE at the same time. UE shall support all RNA configuration options listed above.

[2]

# 5.2 System information

…

## 5.2.2 System information acquisition

…

### 5.2.2.4 Actions upon receipt of System Information

…

### 5.2.2.4.2 Actions upon reception of the *SIB1*

Upon receiving the *SIB1* the UE shall:

1> store the acquired *SIB1*;

1> if the *cellAccessRelatedInfo* contains an entry of a selected SNPN or PLMN and in case of PLMN the UE is either allowed or instructed to access the PLMN via a cell for which at least one CAG ID is broadcast:

2> in the remainder of the procedures use *npn-IdentityList, trackingAreaCode,* and *cellIdentity* for the cell as received in the corresponding entry of *npn-IdentityInfoList* containing the selected PLMN or SNPN;

1> else if the *cellAccessRelatedInfo* contains an entry with the *PLMN-Identity* of the selected PLMN:

2> in the remainder of the procedures use *plmn-IdentityList, trackingAreaCode,* and *cellIdentity* for the cell as received in the corresponding *PLMN-IdentityInfo* containing the selected PLMN;

…

4> if in RRC_INACTIVE and the forwarded information does not trigger message transmission by upper layers:

5> if the serving cell does not belong to the configured *ran-NotificationAreaInfo*:

6> initiate an RNA update as specified in 5.3.13.8;

…

# 6.2 RRC messages

…

## 6.2.2 Message definitions

…

– *SIB1*

*SIB1* contains information relevant when evaluating if a UE is allowed to access a cell and defines the scheduling of other system information. It also contains radio resource configuration information that is common for all UEs and barring information applied to the unified access control.

Signalling radio bearer: N/A

RLC-SAP: TM

Logical channels: BCCH

Direction: Network to UE

```
-- ASN1START
-- TAG-SIB1-START
SIB1 ::= SEQUENCE {
cellSelectionInfo SEQUENCE {
```

10

```
            q-RxLevMin Q-RxLevMin,

            q-RxLevMinOffset INTEGER (1..8) OPTIONAL, -- Need S

            q-RxLevMinSUL Q-RxLevMin OPTIONAL, -- Need R

            q-QualMin Q-QualMin OPTIONAL, -- Need S

            q-QualMinOffset INTEGER (1..8) OPTIONAL -- Need S

            } OPTIONAL, -- Cond Standalone

    cellAccessRelatedInfo CellAccessRelatedInfo,

    connEstFailureControl ConnEstFailureControl OPTIONAL, -- Need R

    si-SchedulingInfo SI-SchedulingInfo OPTIONAL, -- Need R

    servingCellConfigCommon ServingCellConfigCommonSIB OPTIONAL, -- Need R

    ims-EmergencySupport ENUMERATED {true} OPTIONAL, -- Need R

    eCallOverIMS-Support ENUMERATED {true} OPTIONAL, -- Need R

    ue-TimersAndConstants UE-TimersAndConstants OPTIONAL, -- Need R

    uac-BarringInfo SEQUENCE {

            uac-BarringForCommon UAC-BarringPerCatList OPTIONAL, -- Need S

            uac-BarringPerPLMN-List UAC-BarringPerPLMN-List OPTIONAL, -- Need S

            uac-BarringInfoSetList UAC-BarringInfoSetList,

            uac-AccessCategory1-SelectionAssistanceInfo CHOICE {

                    plmnCommon UAC-AccessCategory1-SelectionAssistanceInfo,

                    individualPLMNList SEQUENCE (SIZE (2..maxPLMN)) OF UAC-AccessCategory1-SelectionAssistanceInfo

                    } OPTIONAL -- Need S

            } OPTIONAL, -- Need R

    useFullResumeID ENUMERATED {true} OPTIONAL, -- Need R

    lateNonCriticalExtension OCTET STRING OPTIONAL,

    nonCriticalExtension SIB1-v1610-IEs OPTIONAL

    }

    …
```

# 6.3 RRC information elements

…

## 6.3.2 Radio resource control information elements

...

## CellAccessRelatedInfo

The IE *CellAccessRelatedInfo* indicates cell access related information for this cell.

**CellAccessRelatedInfo information element**

```
-- ASN1START
-- TAG-CELLACCESSRELATEDINFO-START
CellAccessRelatedInfo ::= SEQUENCE {
        plmn-IdentityInfoList PLMN-IdentityInfoList,
        cellReservedForOtherUse ENUMERATED {true} OPTIONAL, -- Need R
        ...,
        [[
        cellReservedForFutureUse-r16 ENUMERATED {true} OPTIONAL, -- Need R
        npn-IdentityInfoList-r16 NPN-IdentityInfoList-r16 OPTIONAL -- Need R
        ]]
}
-- TAG-CELLACCESSRELATEDINFO-STOP
-- ASN1STOP
```

…

## PLMN-IdentityInfoList

The IE *PLMN-IdentityInfoList* includes a list of PLMN identity information.

**PLMN-IdentityInfoList information element**

```
-- ASN1START
-- TAG-PLMN-IDENTITYINFOLIST-START
PLMN-IdentityInfoList ::= SEQUENCE (SIZE (1..maxPLMN)) OF PLMN-IdentityInfo
PLMN-IdentityInfo ::= SEQUENCE {
        plmn-IdentityList SEQUENCE (SIZE (1..maxPLMN)) OF PLMN-Identity,
        trackingAreaCode TrackingAreaCode OPTIONAL, -- Need R
        ranac RAN-AreaCode OPTIONAL, -- Need R
        cellIdentity CellIdentity,
        cellReservedForOperatorUse ENUMERATED {reserved, notReserved},
```

| | |
|---|---|
| | …<br><br>**ranac**<br>Indicates the RAN Area Code to which the cell indicated by cellIdentity field belongs.<br><br>**[<New Radio IP LLC comment>:** "receiving, by the RRC_INACTIVE UE in the RRC_INACTIVE state, a cell ID and a RAN area ID broadcast by a second cell" in the claim corresponds to "There are several different alternatives on how the RNA can be configured…A cell broadcasts one or…more RAN area IDs in the system information" and "Upon receiving the SIB1, the UE shall: store the acquired SIB1… else if the cellAccessRelatedInfo contains an entry with the PLMN-Identity of the selected PLMN… if in RRC_INACTIVE… if the serving cell does not belong to the configured ran-NotificationAreaInfo… initiate an RNA update" and SIB1 which includes the IE CellAccessRelatedInfo which includes the IE PLMN-IdentityInfoList which includes the element "ranac: Indicates the RAN Area Code to which the cell indicated bv cellIdentity field belongs" in the standard. The UE receives a cell ID and a RAN area ID broadcast by a second cell (i.e. serving cell). A cell (i.e. second cell) may broadcast system information (i.e. a system information block, SIB1) that includes one or more RAN area IDs.] |
| **Element 4.**<br><br>initiating, by the RRC_INACTIVE UE in the RRC_INACTIVE state, an RNA update procedure, when the RRC_INACTIVE UE in the RRC_INACTIVE state determines that the RAN area ID broadcast by the second cell does not belong to the first list of RAN area IDs stored in the RRC_INACTIVE UE in the RRC_INACTIVE state; | [2]<br># 5.2 System information<br><br>…<br><br>## 5.2.2 System information acquisition<br><br>…<br><br>## 5.2.2.4 Actions upon receipt of System Information<br><br>…<br><br>### 5.2.2.4.2 Actions upon reception of the *SIB1*<br><br>Upon receiving the *SIB1* the UE shall:<br><br>1> store the acquired *SIB1*;<br><br>1> if the *cellAccessRelatedInfo* contains an entry of a selected SNPN or PLMN and in case of PLMN the UE is either allowed or instructed to access the PLMN via a cell for which at least one CAG ID is broadcast: |

13

2> in the remainder of the procedures use *npn-IdentityList, trackingAreaCode,* and *cellIdentity* for the cell as received in the corresponding entry of *npn-IdentityInfoList* containing the selected PLMN or SNPN;

1> else if the *cellAccessRelatedInfo* contains an entry with the *PLMN-Identity* of the selected PLMN:

2> in the remainder of the procedures use *plmn-IdentityList*, *trackingAreaCode*, and *cellIdentity* for the cell as received in the corresponding *PLMN-IdentityInfo* containing the selected PLMN;

…

4> if in RRC_INACTIVE and the forwarded information does not trigger message transmission by upper layers:

5> if the serving cell does not belong to the configured *ran-NotificationAreaInfo*:

6> initiate an RNA update as specified in 5.3.13.8;

…

# 5.3 Connection control

…

# 5.3.13 RRC connection resume

…

## 5.3.13.1 General

…

14



Figure 5.3.13.1-4: RRC connection resume followed by network suspend, successful

...

## 5.3.13.2 Initiation

The UE initiates the procedure when upper layers or AS (when responding to RAN paging, upon triggering RNA updates while the UE is in RRC_INACTIVE, or for NR sidelink communication/V2X sidelink communication as specified in clause 5.3.13.1a) requests the resume of a suspended RRC connection.

…

## 5.3.13.8 RNA update

In RRC_INACTIVE state, the UE shall:

1> if T380 expires; or

1> if RNA Update is triggered at reception of SIB1, as specified in 5.2.2.4.2:

2> initiate RRC connection resume procedure in 5.3.13.2 with *resumeCause* set to *rna-Update*;

1> if barring is alleviated for Access Category '8' or Access Category '2', as specified in 5.3.14.4:

2> if upper layers do not request RRC the resumption of an RRC connection, and

2> if the variable *pendingRNA-Update* is set to *true*:

3> initiate RRC connection resume procedure in 5.3.13.2 with *resumeCause* value set to *rna-Update*.

If the UE in RRC_INACTIVE state fails to find a suitable cell and camps on the acceptable cell to obtain limited service as defined in TS 38.304 [20], the UE shall:

| | |
|---|---|
| | 1> perform the actions upon going to RRC_IDLE as specified in 5.3.11 with release cause 'other'.<br><br>NOTE: It is left to UE implementation how to behave when T380 expires while the UE is camped neither on a suitable nor on an acceptable cell.<br><br>**[\<New Radio IP LLC comment\>: "initiating, by the RRC_INACTIVE UE in the RRC_INACTIVE state, an RNA update procedure" in the claim corresponds to "if in RRC_INACTIVE… initiate an RNA update as specified in 5.3.13.8" in the standard. "when the RRC_INACTIVE UE in the RRC_INACTIVE state determines that the RAN area ID broadcast by the second cell does not belong to the first list of RAN area IDs stored in the RRC_INACTIVE UE in the RRC_INACTIVE state" in the claim corresponds to "if the serving cell does not belong to the configured ran-NotificationAreaInfo" in the standard. The UE initiates an RNA update procedure. When the RRC_INACTIVE UE determines that the RAN area ID broadcast by the second cell (i.e. serving cell) does not belong to the first list of RAN area IDs stored in the RRC_Inactive UE (i.e. if the serving cell does not belong to the configured ran-NotifactionAreaInfo), the UE initiates an RNA update procedure.)]** |
| Element 5.<br><br>receiving, by the RRC_INACTIVE UE in the RRC_INACTIVE state, a second list of RAN area IDs from the second cell via a second RRC message during the RNA update procedure; | [1]<br># 9.2 Intra-NR<br>…<br><br>## 9.2.2 Mobility in RRC_INACTIVE<br>…<br><br>### 9.2.2.5 RNA update<br>The following figure describes the UE triggered RNA update procedure involving context retrieval over Xn. The procedure may be triggered when the UE moves out of the configured RNA, or periodically. |

16



**Figure 9.2.2.5-1: RNA update procedure with UE context relocation**

[2]

# 5.2 System information

…

# 5.2.2 System information acquisition

…

### 5.2.2.4 Actions upon receipt of System Information

…

### 5.2.2.4.2 Actions upon reception of the *SIB1*

Upon receiving the *SIB1* the UE shall:

1> store the acquired *SIB1*;

1> if the *cellAccessRelatedInfo* contains an entry of a selected SNPN or PLMN and in case of PLMN the UE is either allowed or instructed to access the PLMN via a cell for which at least one CAG ID is broadcast:

> 2> in the remainder of the procedures use *npn-IdentityList, trackingAreaCode,* and *cellIdentity* for the cell as received in the corresponding entry of *npn-IdentityInfoList* containing the selected PLMN or SNPN;

1> else if the *cellAccessRelatedInfo* contains an entry with the *PLMN-Identity* of the selected PLMN:

> 2> in the remainder of the procedures use *plmn-IdentityList*, *trackingAreaCode*, and *cellIdentity* for the cell as received in the corresponding *PLMN-IdentityInfo* containing the selected PLMN;

…

> > > 4> if in RRC_INACTIVE and the forwarded information does not trigger message transmission by upper layers:

> > > > 5> if the serving cell does not belong to the configured *ran-NotificationAreaInfo*:

> > > > > 6> initiate an RNA update as specified in 5.3.13.8;

…

## 5.3 Connection control

…

## 5.3.8 RRC connection release

…

### 5.3.8.3 Reception of the *RRCRelease* by the UE

…

1> if the *RRCRelease* includes *suspendConfig*:

    2> apply the received *suspendConfig* except the received *nextHopChainingCount*;

    2> remove all the entries within *VarConditionalReconfig*, if any;

    2> for each *measId*, if the associated *reportConfig* has a *reportType* set to *condTriggerConfig*:

## 5.3.13 RRC connection resume

…

## 5.3.13.1 General

…

Figure 5.3.13.1-4: RRC connection resume followed by network suspend, successful

…

## 5.3.13.2 Initiation

The UE initiates the procedure when upper layers or AS (when responding to RAN paging, upon triggering RNA updates while the UE is in RRC_INACTIVE, or for NR sidelink communication/V2X sidelink communication as specified in clause 5.3.13.1a) requests the resume of a suspended RRC connection.

…

## 5.3.13.8 RNA update

In RRC_INACTIVE state, the UE shall:

1> if T380 expires; or

1> if RNA Update is triggered at reception of SIB1, as specified in 5.2.2.4.2:

    2> initiate RRC connection resume procedure in 5.3.13.2 with *resumeCause* set to *rna-Update*;

1> if barring is alleviated for Access Category '8' or Access Category '2', as specified in 5.3.14.4:

    2> if upper layers do not request RRC the resumption of an RRC connection, and

    2> if the variable *pendingRNA-Update* is set to *true*:

        3> initiate RRC connection resume procedure in 5.3.13.2 with *resumeCause* value set to *rna-Update*.

If the UE in RRC_INACTIVE state fails to find a suitable cell and camps on the acceptable cell to obtain limited service as defined in TS 38.304 [20], the UE shall:

1> perform the actions upon going to RRC_IDLE as specified in 5.3.11 with release cause 'other'.

    NOTE: It is left to UE implementation how to behave when T380 expires while the UE is camped neither on a suitable nor on an acceptable cell.

…

# 6.2 RRC messages

…

# 6.2.2 Message definitions

…

–        *RRCRelease*

The *RRCRelease* message is used to command the release of an RRC connection or the suspension of the RRC connection.

      Signalling radio bearer: SRB1

      RLC-SAP: AM

      Logical channel: DCCH

      Direction: Network to UE

```
...
SuspendConfig ::= SEQUENCE {
        fullI-RNTI I-RNTI-Value,
        shortI-RNTI ShortI-RNTI-Value,
        ran-PagingCycle PagingCycle,
        ran-NotificationAreaInfo RAN-NotificationAreaInfo OPTIONAL, -- Need M
        t380 PeriodicRNAU-TimerValue OPTIONAL, -- Need R
        nextHopChainingCount NextHopChainingCount,
...
}
…
RAN-NotificationAreaInfo ::= CHOICE {
        cellList PLMN-RAN-AreaCellList,
        ran-AreaConfigList PLMN-RAN-AreaConfigList,
...
}
…
```

| *RAN-NotificationAreaInfo* field descriptions |
|---|
| *cellList* |
| A list of cells configured as RAN area. |
| *ran-AreaConfigList* |
| A list of RAN area codes or RA code(s) as RAN area. |

...

|  | **SuspendConfig field descriptions** |
|---|---|
|  | **ran-NotificationAreaInfo**<br>Network ensures that the UE in RRC_INACTIVE always has a valid *ran-NotificationAreaInfo*. |
|  | **ran-PagingCycle**<br>Refers to the UE specific cycle for RAN-initiated paging. Value *rf32* corresponds to 32 radio frames, value *rf64* corresponds to 64 radio frames and so on. |
|  | **t380**<br>Refers to the timer that triggers the periodic RNAU procedure in UE. Value *min5* corresponds to 5 minutes, value *min10* corresponds to 10 minutes and so on. |

[<New Radio IP LLC comment>: "receiving, by the RRC_INACTIVE UE in the RRC_INACTIVE state, a second list of RAN area IDs from the second cell via second RRC message during the RNA update procedure" in the claim corresponds to "Upon receiving the SIB1 the UE shall: if in RRC_INACTIVE: initiate an RNA update as specified in 5.3.13.8;" and ""if the RRCRelease includes suspendConfig: apply the received suspendConfig" which includes "ranNotificationAreaInfo: Network ensures that the UE in RRC_INACTIVE always has a valid ran-NotificationAreaInfo" which includes "ran-AreaConfigList: a list of RAN area codes or RA code(s) as RAN area" in the standard. That is, the RRC inactive UE receives a list of RAN area IDs from the second cell (i.e. serving cell) which includes under the suspendConfig IE, the element ran-AreaConfigList which is a list of RAN area IDs.]

| Element 6.<br><br>storing the second list of RAN area IDs by the RRC_INACTIVE UE in the RRC_INACTIVE state during the RNA update procedure after receiving the second RRC message; and | [2]<br># 5.2 System information<br>…<br>## 5.2.2 System information acquisition<br>…<br>### 5.2.2.4 Actions upon receipt of System Information<br>…<br>### 5.2.2.4.2 Actions upon reception of the *SIB1*<br>Upon receiving the *SIB1* the UE shall: |

22

1> store the acquired *SIB1*;

1> if the *cellAccessRelatedInfo* contains an entry of a selected SNPN or PLMN and in case of PLMN the UE is either allowed or instructed to access the PLMN via a cell for which at least one CAG ID is broadcast:

> 2> in the remainder of the procedures use *npn-IdentityList, trackingAreaCode,* and *cellIdentity* for the cell as received in the corresponding entry of *npn-IdentityInfoList* containing the selected PLMN or SNPN;

1> else if the *cellAccessRelatedInfo* contains an entry with the *PLMN-Identity* of the selected PLMN:

> 2> in the remainder of the procedures use *plmn-IdentityList*, *trackingAreaCode*, and *cellIdentity* for the cell as received in the corresponding *PLMN-IdentityInfo* containing the selected PLMN;

…

> > > 4> <mark>if in RRC_INACTIVE</mark> and the forwarded information does not trigger message transmission by upper layers:

> > > > 5> <mark>if the serving cell does not belong to the configured *ran-NotificationAreaInfo*</mark>:

> > > > > 6> <mark>initiate an RNA update as specified in 5.3.13.8;</mark>

…

# 5.3 Connection control

…

# 5.3.8 RRC connection release

…

### 5.3.8.3 Reception of the *RRCRelease* by the UE

…

1> if the <mark>*RRCRelease*</mark> includes *suspendConfig*:

> 2> <mark>apply the received *suspendConfig*</mark> except the received *nextHopChainingCount*;

> 2> remove all the entries within *VarConditionalReconfig*, if any;

> 2> for each *measId*, if the associated *reportConfig* has a *reportType* set to *condTriggerConfig*:

23

| | |
|---|---|
| | [<New Radio IP LLC comment>: "storing the second list of RAN area IDs" in the claim corresponds to "if the RRCRelease includes suspendConfig: apply the received suspendConfig" in the standard. "by the RRC_INACTIVE UE in the RRC_INACTE state" in the claim corresponds to "if in RRC_INACTIVE" in the standard. "during the RNA update procedure" in the claim corresponds to "if the serving cell does not belong to the configured ran-NotificationAreaInfo: initiate an RNA update as specified in 5.3.13.8" in the standard. "after receiving the second RRC message" in the claim corresponds to "RRCRelease" in the standard. The RRC inactive UE stores the second list of RAN area IDs received during the RNA update procedure triggered by presence of inaccurate ran-NotificationAreaInfo after receiving the RRC Release message.] |
| Element 7.<br><br>performing, by the RRC_INACTIVE UE in the RRC_INACTIVE state, a random access procedure with the second cell; | [1]<br><br>## 9.2 Intra-NR<br><br>…<br><br>## 9.2.2 Mobility in RRC_INACTIVE<br><br>9.2.2.1 Overview<br><br>…<br><br>RRC_INACTIVE is a state where a UE remains in CM-CONNECTED and can move within an area configured by NGRAN (the RNA) without notifying NG-RAN. In RRC_INACTIVE, the last serving gNB node keeps the UE context and the UE-associated NG connection with the serving AMF and UPF.<br><br>…<br><br>If the UE accesses a gNB other than the last serving gNB and the receiving gNB does not find a valid UE Context, the receiving gNB can perform establishment of a new RRC connection instead of resumption of the previous RRC connection. UE context retrieval will also fail and hence a new RRC connection needs to be established if the serving AMF changes.<br><br>A UE in the RRC_INACTIVE state is required to initiate RNA update procedure when it moves out of the configured RNA. When receiving RNA update request from the UE, the receiving gNB triggers the XnAP Retrieve UE Context procedure to get the UE context from the last serving gNB and may decide to send the UE back to RRC_INACTIVE state, move the UE into RRC_CONNECTED state, or send the UE to RRC_IDLE. In case of periodic RNA update, if the last serving gNB decides not to relocate the UE context, it fails the Retrieve UE Context procedure and sends the UE back to RRC_INACTIVE, or to RRC_IDLE directly by an encapsulated *RRCRelease* message.<br><br>…<br><br>## 9.2.6 Random Access Procedure<br><br>The random access procedure is triggered by a number of events:<br><br>    -   Initial access from RRC_IDLE; |

24

| | |
|---|---|
| | - RRC Connection Re-establishment procedure;<br><br>- DL or UL data arrival during RRC_CONNECTED when UL synchronisation status is "non-synchronised";<br><br>- UL data arrival during RRC_CONNECTED when there are no PUCCH resources for SR available;<br><br>- SR failure;<br><br>- Request by RRC upon synchronous reconfiguration (e.g. handover);<br><br>- RRC Connection Resume procedure from RRC_INACTIVE;<br><br>**[<New Radio IP LLC comment>: "performing…a random access procedure with the second cell" in the claim corresponds to "A UE in the RRC_INACTIVE state is required to initiate RNA update procedure when it moves out of the configured RNA" and "The random access procedure is triggered by a number of events: RRC Connection Resume procedure from RRC_INACTIVE" in the standard. "by the RRC_INACTIVE UE in the RRC_INACTIVE state" in the claim corresponds to "RRC_INACTIVE is a state where a UE remains in CM-CONNECTED" in the standard. In a mobility context, that is moving between one RAN area and another, the UE performs a random access procedure (i.e. RNA update procedure) which is triggered by an RRC connection resume procedure.]** |
| Element 8.<br><br>wherein the RRC_INACTIVE UE in the RRC_INACTIVE state sends at least one of an inactive-radio network temporary identifier (I-RNTI) and a cell ID of the first cell to the second cell. | [1]<br># 9.2 Intra-NR<br><br>…<br><br>## 9.2.2 Mobility in RRC_INACTIVE<br><br>…<br><br>### 9.2.2.5 RNA update<br><br>…<br><br>1. The UE resumes from RRC_INACTIVE, providing the I-RNTI allocated by the last serving gNB and appropriate cause value, e.g., RAN notification area update.<br><br>2. The gNB, if able to resolve the gNB identity contained in the I-RNTI, requests the last serving gNB to provide UE Context, providing the cause value received in step 1. |

25

[2]

# 6.2 RRC messages

…

## 6.2.2 Message definitions

…

### – *RRCResumeRequest*

The *RRCResumeRequest* message is used to request the resumption of a suspended RRC connection or perform an RNA update.

> Signalling radio bearer: SRB0
>
> RLC-SAP: TM
>
> Logical channel: CCCH
>
> Direction: UE to Network

**RRCResumeRequest message**

```
-- ASN1START
-- TAG-RRCRESUMEREQUEST-START
RRCResumeRequest ::= SEQUENCE {
      rrcResumeRequest RRCResumeRequest-IEs
      }
RRCResumeRequest-IEs ::= SEQUENCE {
      resumeIdentity ShortI-RNTI-Value,
      resumeMAC-I BIT STRING (SIZE (16)),
      resumeCause ResumeCause,
      spare BIT STRING (SIZE (1))
}
-- TAG-RRCRESUMEREQUEST-STOP
-- ASN1STOP
```

**RRCResumeRequest-IEs field descriptions**

26

***resumeCause***

Provides the resume cause for the RRC connection resume request as provided by the upper layers or RRC. The network is not expected to reject an *RRCResumeRequest* due to unknown cause value being used by the UE.

***resumeIdentity***

UE identity to facilitate UE context retrieval at gNB.

***resumeMAC-I***

Authentication token to facilitate UE authentication at gNB. The 16 least significant bits of the MAC-I calculated using the AS security configuration as specified in 5.3.13.3.

## – *VarResumeMAC-Input*

The UE variable *VarResumeMAC-Input* specifies the input used to generate the *resumeMAC-I* during RRC Connection Resume procedure.

**VarResumeMAC-Input variable**

```
-- ASN1START

-- TAG-VARRESUMEMAC-INPUT-START

VarResumeMAC-Input ::= SEQUENCE {
        sourcePhysCellId PhysCellId,
        targetCellIdentity CellIdentity,
        source-c-RNTI RNTI-Value
}

-- TAG-VARRESUMEMAC-INPUT-STOP

-- ASN1STOP
```

| *VarResumeMAC-Input* field descriptions |
|---|
| ***targetCellIdentity*** |
| An input variable used to calculate the *resumeMAC-I*. Set to the *cellIdentity* of the first *PLMN-Identity* included in the *PLMN-IdentityInfoList* broadcasted in *SIB1* of the target cell i.e. the cell the UE is trying to resume. |
| ***targetCellIdentity*** |
| An input variable used to calculate the *resumeMAC-I*. Set to the *cellIdentity* of the first *PLMN-Identity* included in the *PLMN-IdentityInfoList* broadcasted in *SIB1* of the target cell i.e. the cell the UE is trying to resume. |
| ***sourcePhysCellId*** |
| Set to the physical cell identity of the PCell the UE was connected to prior to suspension of the RRC connection. |

| | [<New Radio IP LLC comment>: "wherein the RRC_INACTIVE UE in the RRC_INACTIVE state sends at least one of an inactive-radio network temporary identifier (I-RNTI)" in the claim corresponds to "The UE resumes from RRC_INACTIVE, providing the I-RNTI allocated by the last serving gNB" in the standard. "a cell ID of the first cell to the second cell" in the claim corresponds to "UE variable VarResumeMAC-Input specifies the input used to generate the resumeMAC-I… sourcePhysCellId: Set to the physical cell identity of the PCell the UE was connected to prior to suspension of the RRC connection" in the standard. The RRC_INACTIVE UE sends an I-RNTI (i.e. the RRCResumeRequest message includes the elements resumeIdentity and resumeMAC-I. resumeIdentity is comprised of a Short I-RNTI Value. The value of resumeMAC-I is set by VARResumeMAC-Input which includes the field sourcePhyCellID, the value of which is Set to the physical cell identity of the PCell the UE was connected to prior to suspension of the RRC connection.] |
|---|---|