# EXHIBIT 3

| | |
|---|---|
| *Company name: <New Radio IP LLC>*<br>*Patent Family Number: <011>*<br>*Granted: <US, KR, EP, CN, JP>*<br>*Pending: <>*<br>*Mapped to: <5G>*<br>*Kyocera 5G Devices*: DuraForce Ultra 5G, DuraSport 5G, DuraForce PRO 3 | |
| **Representative patent number:**<br><US10911943B2> | *Standards*<br>*[1] TS 38.331 3GPP TSGR RAN 5G NR Radio Resource Control (RRC) (Release 16), v 16.14.0 (2023-10)*<br>*[2] TS 38.300 3GPP TSGR RAN 5G NR and NG-RAN Overall Description; Stage-2 (Release 16), v.16.15.0 (2024-02)* |
| 1. Preamble<br><br>==A method for system information (SI) acquisition by a user equipment (UE)== <span style="background:lightgreen">in a radio resource control (RRC) Connected state</span>, the SI comprising <span style="background:cyan">minimum SI</span> <span style="background:magenta">and at least one other SI block</span>, the method comprising: |    <br><br>**DuraForce PRO 3**<br><br>**Rugged Devices For Work.**<br>**Smart Solutions For Business.**<br><br>Keep teams connected and productive with rugged hardware backed by Kyocera's complete solution ecosystem and best-in-class support.<br><br>**How to buy**<br><br><br><br>https://www.kyoceramobile.com/rugged-devices/duraforce-pro-3 |

## 5G ULTRA WIDEBAND + DUAL BAND (L1/L5) GPS

DuraForce PRO 3 offers dual-frequency GPS with centimeter-level accuracy – even in urban canyons. Businesses relying on GPS-based applications and services benefit from improved operational efficiency, better decision-making, and enhanced customer satisfaction, making it a valuable asset for businesses in most industries.

[1]

## 4.2 Architecture

## 4.2.1 UE states and state transitions including inter RAT

…

- **RRC_CONNECTED**:

    - The UE stores the AS context;

    - Transfer of unicast data to/from UE;

    - At lower layers, the UE may be configured with a UE specific DRX;

    - For UEs supporting CA, use of one or more SCells, aggregated with the SpCell, for increased bandwidth;

    - For UEs supporting DC, use of one SCG, aggregated with the MCG, for increased bandwidth;

    - Network controlled mobility within NR, to/from E-UTRA, and to UTRA-FDD;

    - The UE:

        - Monitors Short Messages transmitted with P-RNTI over DCI (see clause 6.5), if configured;

        - Monitors control channels associated with the shared data channel to determine if data is scheduled for it;

        - Provides channel quality and feedback information;

        - Performs neighbouring cell measurements and measurement reporting;

        - Acquires system information;

…

| | |
|---|---|
| | ## 5.2 System information<br><br>### 5.2.1 Introduction<br><br>System Information (SI) is divided into the *MIB* and a number of SIBs and posSIBs where:<br><br>- the *MIB* is always transmitted on the BCH with a periodicity of 80 ms and repetitions made within 80 ms (TS 38.212 [17], clause 7.1) and it includes parameters that are needed to acquire *SIB1* from the cell. The first transmission of the *MIB* is scheduled in subframes as defined in TS 38.213 [13], clause 4.1 and repetitions are scheduled according to the period of SSB;<br><br>[2]<br><br>## 7.3 System Information Handling<br><br>### 7.3.1 Overview<br><br>System Information (SI) consists of a MIB and a number of SIBs, which are divided into Minimum SI and Other SI:<br><br>- **Minimum SI** comprises basic information required for initial access and information for acquiring any other SI. Minimum SI consists of:<br><br>- *MIB* contains cell barred status information and essential physical layer information of the cell required to receive further system information, e.g. CORESET#0 configuration. *MIB* is periodically broadcast on BCH.<br><br>- *SIB1* defines the scheduling of other system information blocks and contains information required for initial access. SIB1 is also referred to as Remaining Minimum SI (RMSI) and is periodically broadcast on DL-SCH or sent in a dedicated manner on DL-SCH to UEs in RRC_CONNECTED.<br><br>- **Other SI** encompasses all SIBs not broadcast in the Minimum SI. Those SIBs can either be periodically broadcast on DL-SCH, broadcast on-demand on DL-SCH (i.e. upon request from UEs in RRC_IDLE, RRC_INACTIVE, or RRC_CONNECTED), or sent in a dedicated manner on DL-SCH to UEs in RRC_CONNECTED (i.e., upon request, if configured by the network, from UEs in RRC_CONNECTED or when the UE has an active BWP with no common search space configured).<br><br>**[<New Radio IP LLC comment>: "the SI comprising minimum SI and at least one other SI block" in the claim corresponds to "System Information (SI) consists of a MIB and a number of SIBs, which are divided into Minimum SI and Other SI" in the standard.]** |
| Element 1;<br><br>receiving the minimum SI from a base station, the minimum SI having an area identification (ID) and at least one value tag; | [1]<br><br>## 5.2 System information<br><br>### 5.2.1 Introduction<br><br>System Information (SI) is divided into the *MIB* and a number of SIBs and posSIBs where: |

3

- the *MIB* is always transmitted on the BCH with a periodicity of 80 ms and repetitions made within 80 ms (TS 38.212 [17], clause 7.1) and it includes parameters that are needed to acquire *SIB1* from the cell. The first transmission of the *MIB* is scheduled in subframes as defined in TS 38.213 [13], clause 4.1 and repetitions are scheduled according to the period of SSB;

…

## 5.2.2 System information acquisition

…

## 5.2.2.2 SIB validity and need to (re)-acquire SIB

### 5.2.2.2.1 SIB validity

The UE shall apply the SI acquisition procedure as defined in clause 5.2.2.3 upon cell selection (e.g. upon power on), cell-reselection, return from out of coverage, after reconfiguration with sync completion, after entering the network from another RAT, upon receiving an indication that the system information has changed, upon receiving a PWS notification, upon receiving request (e.g., a positioning request) from upper layers; and whenever the UE does not have a valid version of a stored SIB or posSIB or a valid version of a requested SIB.

When the UE acquires a *MIB* or a *SIB1* or an SI message in a serving cell as described in clause 5.2.2.3, and if the UE stores the acquired SIB, then the UE shall store the associated *areaScope*, if present, the first *PLMN-Identity* in the *PLMN-IdentityInfoList* for non-NPN-only cells or the first NPN identity (SNPN identity in case of SNPN, or PNI-NPN identity in case of PNI-NPN) in the *NPN-IdentityInfoList* for NPN-only cells, the *cellIdentity*, the *systemInformationAreaID*, if present, and the *valueTag*, if present, as indicated in the *si-SchedulingInfo* for the SIB. If the UE stores the acquired posSIB, then the UE shall store the associated *areaScope*, if present, the *cellIdentity*, the *systemInformationAreaID*, if present, the *valueTag*, if provided in *assistanceDataSIB-Element*, and the *expirationTime* if provided in *assistanceDataSIB-Element*. The UE may use a valid stored version of the SI except *MIB*, *SIB1*, *SIB6*, *SIB7* or *SIB8* e.g. after cell re-selection, upon return from out of coverage or after the reception of SI change indication. The *valueTag* and *expirationTime* for posSIB is optionally provided in *assistanceDataSIB-Element*, as specified in TS 37.355 [49].

…

# 6.2 RRC messages

…

## 6.2.2 Message definitions

…

– *SIB1*

*SIB1* contains information relevant when evaluating if a UE is allowed to access a cell and defines the scheduling of other system information. It also contains radio resource configuration information that is common for all UEs and barring information applied to the unified access control.

Signalling radio bearer: N/A

RLC-SAP: TM

Logical channels: BCCH

Direction: Network to UE

```
-- ASN1START
-- TAG-SIB1-START
SIB1 ::= SEQUENCE {
        cellSelectionInfo SEQUENCE {
                q-RxLevMin Q-RxLevMin,
                q-RxLevMinOffset INTEGER (1..8) OPTIONAL, -- Need S
                q-RxLevMinSUL Q-RxLevMin OPTIONAL, -- Need R
                q-QualMin Q-QualMin OPTIONAL, -- Need S
                q-QualMinOffset INTEGER (1..8) OPTIONAL -- Need S
                } OPTIONAL, -- Cond Standalone
        cellAccessRelatedInfo CellAccessRelatedInfo,
        connEstFailureControl ConnEstFailureControl OPTIONAL, -- Need R
        si-SchedulingInfo SI-SchedulingInfo OPTIONAL, -- Need R
        servingCellConfigCommon ServingCellConfigCommonSIB OPTIONAL, -- Need R
        ims-EmergencySupport ENUMERATED {true} OPTIONAL, -- Need R
        eCallOverIMS-Support ENUMERATED {true} OPTIONAL, -- Need R
        ue-TimersAndConstants UE-TimersAndConstants OPTIONAL, -- Need R
        uac-BarringInfo SEQUENCE {
                uac-BarringForCommon UAC-BarringPerCatList OPTIONAL, -- Need S
                uac-BarringPerPLMN-List UAC-BarringPerPLMN-List OPTIONAL, -- Need S
                uac-BarringInfoSetList UAC-BarringInfoSetList,
                uac-AccessCategory1-SelectionAssistanceInfo CHOICE {
                plmnCommon UAC-AccessCategory1-SelectionAssistanceInfo,
                individualPLMNList SEQUENCE (SIZE (2..maxPLMN)) OF UAC-AccessCategory1-SelectionAssistanceInfo
        } OPTIONAL -- Need S
}
```

…

# 6.3 RRC information elements

…

## 6.3.2 Radio resource control information elements

…

– *SI-SchedulingInfo*

The IE *SI-SchedulingInfo* contains information needed for acquisition of SI messages.

**SI-SchedulingInfo information element**

```
-- ASN1START
-- TAG-SI-SCHEDULINGINFO-START
SI-SchedulingInfo ::= SEQUENCE {
        schedulingInfoList SEQUENCE (SIZE (1..maxSI-Message)) OF SchedulingInfo,
        si-WindowLength ENUMERATED {s5, s10, s20, s40, s80, s160, s320, s640, s1280},
        si-RequestConfig SI-RequestConfig OPTIONAL, -- Cond MSG-1
        si-RequestConfigSUL SI-RequestConfig OPTIONAL, -- Cond SUL-MSG-1
        systemInformationAreaID BIT STRING (SIZE (24)) OPTIONAL, -- Need R
        ...
}
SchedulingInfo ::= SEQUENCE {
        si-BroadcastStatus ENUMERATED {broadcasting, notBroadcasting},
        si-Periodicity ENUMERATED {rf8, rf16, rf32, rf64, rf128, rf256, rf512},
        sib-MappingInfo SIB-Mapping
}
SIB-Mapping ::= SEQUENCE (SIZE (1..maxSIB)) OF SIB-TypeInfo
SIB-TypeInfo ::= SEQUENCE {
        type ENUMERATED {sibType2, sibType3, sibType4, sibType5, sibType6, sibType7, sibType8, sibType9,
        sibType10-v1610, sibType11-v1610, sibType12-v1610, sibType13-v1610, sibType14-v1610,
```

6

```
                    spare3, spare2, spare1,... },
            valueTag INTEGER (0..31) OPTIONAL, -- Cond SIB-TYPE
            areaScope ENUMERATED {true} OPTIONAL -- Need S
}
-- TAG-SI-SCHEDULINGINFO-STOP
-- ASN1STOP
…
```

***areaScope***

Indicates that a SIB is area specific. If the field is absent, the SIB is cell specific.

…

***systemInformationAreaID***

Indicates the system information area that the cell belongs to, if any. Any SIB with *areaScope* within the SI is considered to belong to this *systemInformationAreaID*. The systemInformationAreaID is unique within a PLMN/SNPN.

[<New Radio IP LLC comment>: "receiving the minimum SI from a base station" in the claim corresponds to "the UE acquires a MIB or a SIB1 or an SI message in a serving cell" and the SIB1 IE "si-SchedulingInfo" in the standard. "the minimum SI having an area identification (ID)" in the claim corresponds to "*areaScope*" and "systemInformationAreaID" which "indicates the systeme information area that the cell belongs to…Any SIB with areaScope within the SI is considered to belong to this systemInforamtionAreaID" in the standard. "and at least one value tag" in the claim corresponds to "*valueTag*" in the standard. The UE receives the minimum SI from a base station, the minimum SI having an area identification (e.g. areaScope) and at least one value tag (e.g. valueTag). That is, the UE receives from the base station a minimum SIB that includes a systemInforamtionareaID associated with an areaScope and a valueTag in a SI scheduling information element that is part of SIB1 which is part of the minimum system information.]

| Element 2; comparing the area ID with an area ID stored at the UE; | [1]<br><br>## 5.2 System information<br><br>…<br><br>### 5.2.2 System information acquisition |



…

5.2.2.2 SIB validity and need to (re)-acquire SIB

5.2.2.2.1 SIB validity

...

The UE shall:

    1> delete any stored version of a SIB after 3 hours from the moment it was successfully confirmed as valid;

    1> for each stored version of a SIB:

        2> if the *areaScope* is associated and its value for the stored version of the SIB is the same as the value received in the *si-SchedulingInfo* for that SIB from the serving cell:

            3> if the UE is NPN capable and the cell is an NPN-only cell:

                4> if the first NPN identity included in the *NPN-IdentityInfoList*, the *systemInformationAreaID* and the *valueTag* that are included in the *si-SchedulingInfo* for the SIB received from the serving cell are identical to the NPN identity, the *systemInformationAreaID* and the *valueTag* associated with the stored version of that SIB:

                    5> consider the stored SIB as valid for the cell;

            3> else if the first *PLMN-Identity* included in the *PLMN-IdentityInfoList*, the *systemInformationAreaID* and the *valueTag* that are included in the *si-SchedulingInfo* for the SIB received from the serving cell are identical to the *PLMN-Identity*, the *systemInformationAreaID* and the *valueTag* associated with the stored version of that SIB:

                4> consider the stored SIB as valid for the cell;

[<New Radio IP LLC comment>: "comparing the area ID with an area ID stored at the UE" in the claim corresponds to "for each stored version of a SIB: if the *areaScope* is associated and its value for the stored version of the SIB is the same as the value received in the *si-SchedulingInfo* for that SIB from the serving cell" and "if the systeminforamtionAreaID that are included in the si-SchedulingInfo for the SIB received from the serving cell are identical to the systemInformationAreaID" in the standard. That is, the UE compares the systemInformationAreaID associated with areaScope that was received in the SI scheduling info with its stored version.]

| Element 3.<br><br>comparing the at least one value tag with a value tag stored at the UE; | [1]<br>## 5.2 System information<br><br>… |
| --- | --- |

| | |
|---|---|
| | ## 5.2.2 System information acquisition<br><br>…<br><br>## 5.2.2.2 SIB validity and need to (re)-acquire SIB<br>### 5.2.2.2.1 SIB validity<br>...<br>The UE shall:<br><br>    1> delete any stored version of a SIB after 3 hours from the moment it was successfully confirmed as valid;<br><br>    1> for each stored version of a SIB:<br><br>        2> if the *areaScope* is associated and its value for the stored version of the SIB is the same as the value received in the *si-SchedulingInfo* for that SIB from the serving cell:<br><br>            3> if the UE is NPN capable and the cell is an NPN-only cell:<br><br>                4> if the first NPN identity included in the *NPN-IdentityInfoList*, the *systemInformationAreaID* and the *valueTag* that are included in the *si-SchedulingInfo* for the SIB received from the serving cell are identical to the NPN identity, the *systemInformationAreaID* and the *valueTag* associated with the stored version of that SIB:<br><br>                    5> consider the stored SIB as valid for the cell;<br><br>            3> else if the first *PLMN-Identity* included in the *PLMN-IdentityInfoList*, the *systemInformationAreaID* and the *valueTag* that are included in the *si-SchedulingInfo* for the SIB received from the serving cell are identical to the *PLMN-Identity*, the *systemInformationAreaID* and the *valueTag* associated with the stored version of that SIB:<br><br>                4> consider the stored SIB as valid for the cell;<br><br>**[<New Radio IP LLC comment>: "comparing the at least one value tag with a value tag stored at the UE" in the claim corresponds to "for each stored version of a SIB: if…the valueTag that are included in the si-SchedulingInfo for the SIB received from the serving cell are identical to…the valueTag associated with the stored version of that SIB" in the standard. That is, the UE shall: for each stored version of a SIB (i.e., SIB1): compare the valueTag, that is included in the si-SchedulingInfo, if identical to the valueTag associated with the stored version of that SIB (i.e., SIB1).]** |
| Element 4 | [1] |

transmitting an RRC message to the base station to acquire the at least one other SI block from the base station when the area ID is the same as the stored area ID, and the value tag is different from the stored value tag; and

## 5.2 System information

…

## 5.2.2 System information acquisition

…

### 5.2.2.2 SIB validity and need to (re)-acquire SIB

#### 5.2.2.2.1 SIB validity

The UE shall apply the SI acquisition procedure as defined in clause 5.2.2.3 upon cell selection (e.g. upon power on), cell-reselection, return from out of coverage, after reconfiguration with sync completion, after entering the network from another RAT, upon receiving an indication that the system information has changed, upon receiving a PWS notification, upon receiving request (e.g., a positioning request) from upper layers; and whenever the UE does not have a valid version of a stored SIB or posSIB or a valid version of a requested SIB.

...

The UE shall:

    1> delete any stored version of a SIB after 3 hours from the moment it was successfully confirmed as valid;

    1> for each stored version of a SIB:

        2> if the *areaScope* is associated and its value for the stored version of the SIB is the same as the value received in the *si-SchedulingInfo* for that SIB from the serving cell:

            3> if the UE is NPN capable and the cell is an NPN-only cell:

                4> if the first NPN identity included in the *NPN-IdentityInfoList*, the *systemInformationAreaID* and the *valueTag* that are included in the *si-SchedulingInfo* for the SIB received from the serving cell are identical to the NPN identity, the *systemInformationAreaID* and the *valueTag* associated with the stored version of that SIB:

                    5> consider the stored SIB as valid for the cell;

            3> else if the first *PLMN-Identity* included in the *PLMN-IdentityInfoList*, the *systemInformationAreaID* and the *valueTag* that are included in the *si-SchedulingInfo* for the SIB received from the serving cell are identical to the *PLMN-Identity*, the *systemInformationAreaID* and the *valueTag* associated with the stored version of that SIB:

                4> consider the stored SIB as valid for the cell;

…

5.2.2.3 Acquisition of System Information

…

5.2.2.3.5 Acquisition of SIB(s) or posSIB(s) in RRC_CONNECTED

The UE shall:

> 1> if the UE is in RRC_CONNECTED with an active BWP not configured with common search space with the field *searchSpaceOtherSystemInformation* and the UE has not stored a valid version of a SIB or posSIB, in accordance with clause 5.2.2.2.1, of one or several required SIB(s) or posSIB(s) in accordance with clause 5.2.2.1:

>> 2> for the SI message(s) that, according to the *si-SchedulingInfo* or *posSI-SchedulingInfo* in the stored SIB1, contain at least one required SIB or requested posSIB:

>>> 3> if *onDemandSIB-Request* is configured and timer T350 is not running:

>>>> 4> initiate transmission of the ==DedicatedSIBRequest== message in accordance with 5.2.2.3.6;

>>>> 4> start timer T350 with the timer value set to the *onDemandSIB-RequestProhibitTimer*;

…

# 6.2 RRC messages

…

## 6.2.2 Message definitions

…

*DedicatedSIBRequest*

The ==DedicatedSIBRequest== message is used to request ==SIB(s) required by the UE in RRC_CONNECTED== as specified in clause 5.2.2.3.5.

> Signalling radio bearer: SRB1
>
> RLC-SAP: AM
>
> Logical channel: DCCH
>
> Direction: UE to Network

**[<New Radio IP LLC comment>: "transmitting an RRC message to the base station to acquire the at least one other SI block form the base station when the area ID is the same as the stored area ID, and the value tag is different from the stored value**

| | |
|---|---|
| | tag" in the claim corresponds to "The UE shall apply the SI acquisition procedure…whenever the UE does not have a valid version of a stored SIB" in the standard. If the area ID (i.e. *areaScope*) is the same as the stored area ID but the value tag (i.e. *valueTag*) is different from the stored value tag, the UE applies an SI acquisition procedure because the SIB is not valid for the cell. The UE transmits to the base station (discussed above) a UL-DCCH- RRC message, such as a dedicatedSIBRequest. Where the stored version of the area ID (e.g. areaScope) is the same as the received version of the area ID but the stored version of the value tag (e.g. valueTag) is different than the received version of the value tag, the SIB is considered invalid and the UE acquires the at least one other block from the base station.] |
| Element 5.<br><br>starting a prohibit timer configured by the base station after sending a system information request; | [1]<br><br>## 5.2 System information<br><br>…<br><br>### 5.2.1 Introduction<br><br>…<br><br>- For a UE in RRC_CONNECTED, the network can provide system information through dedicated signalling using the *RRCReconfiguration* message, e.g. if the UE has an active BWP with no common search space configured to monitor system information, paging, or upon request from the UE.<br><br>…<br><br>### 5.2.2 System information acquisition<br><br>…<br><br>### 5.2.2.3 Acquisition of System Information<br><br>…<br><br>### 5.2.2.3.5 Acquisition of SIB(s) or posSIB(s) in RRC_CONNECTED |

12

The UE shall:

1> if the UE is in RRC_CONNECTED with an active BWP not configured with common search space with the field *searchSpaceOtherSystemInformation* and the UE has not stored a valid version of a SIB or posSIB, in accordance with clause 5.2.2.2.1, of one or several required SIB(s) or posSIB(s) in accordance with clause 5.2.2.1:

2> for the SI message(s) that, according to the *si-SchedulingInfo* or *posSI-SchedulingInfo* in the stored SIB1, contain at least one required SIB or requested posSIB:

3> if *onDemandSIB-Request* is configured and timer T350 is not running:

4> initiate transmission of the *DedicatedSIBRequest* message in accordance with 5.2.2.3.6;

4> start timer T350 with the timer value set to the *onDemandSIB-RequestProhibitTimer*;

1> else if the UE is in RRC_CONNECTED with an active BWP configured with common search space with the field *searchSpaceOtherSystemInformation* and the UE has not stored a valid version of a SIB or posSIB, in accordance with clause 5.2.2.2.1, of one or several required SIB(s) or posSIB(s) in accordance with clause 5.2.2.1:

2> for the SI message(s) that, according to the *si-SchedulingInfo* in the stored SIB1, contain at least one required SIB and for which *si-BroadcastStatus* is set to *broadcasting*:

3> acquire the SI message(s) as defined in clause 5.2.2.3.2;

2> for the SI message(s) that, according to the *si-SchedulingInfo* in the stored SIB1, contain at least one required SIB and for which *si-BroadcastStatus* is set to *notBroadcasting*:

3> if *onDemandSIB-Request* is configured and timer T350 is not running:

4> initiate transmission of the *DedicatedSIBRequest* message in accordance with 5.2.2.3.6;

4> start timer T350 with the timer value set to the *onDemandSIB-RequestProhibitTimer*;

4> acquire the requested SI message(s) corresponding to the requested SIB(s) as defined in clause 5.2.2.3.2.

2> for the SI message(s) that, according to the *posSI-SchedulingInfo* in the stored SIB1, contain at least one requested posSIB and for which *posSI-BroadcastStatus* is set to *broadcasting*:

3> acquire the SI message(s) as defined in clause 5.2.2.3.2;

2> for the SI message(s) that, according to the *posSI-SchedulingInfo* in the stored SIB1, contain at least one requested posSIB and for which *posSI-BroadcastStatus* is set to *notBroadcasting*:

3> if *onDemandSIB-Request* is configured and timer T350 is not running:

4> initiate transmission of the *DedicatedSIBRequest* message in accordance with 5.2.2.3.6;

4> start timer T350 with the timer value set to the *onDemandSIB-RequestProhibitTimer*;

4> acquire the requested SI message(s) corresponding to the requested posSIB(s) as defined in clause 5.2.2.3.2.

. . .

# 6.2 RRC messages

…

# 6.2.2 Message definitions

…

– *RRCReconfiguration*

The *RRCReconfiguration* message is the command to modify an RRC connection. It may convey information for measurement configuration, mobility control, radio resource configuration (including RBs, MAC main configuration and physical channel configuration) and AS security configuration.

> Signalling radio bearer: SRB1 or SRB3
>
> RLC-SAP: AM
>
> Logical channel: DCCH
>
> Direction: Network to UE

…

| |
|---|
| ***onDemandSIB-Request*** |
| If the field is present, the UE is allowed to request SIB(s) on-demand while in RRC_CONNECTED according to clause 5.2.2.3.5. |
| ***onDemandSIB-RequestProhibitTimer*** |
| Prohibit timer for requesting SIB(s) on-demand while in RRC_CONNECTED according to clause 5.2.2.3.5. Value in seconds. Value s0 means prohibit timer is set to 0 seconds, value s0dot5 means prohibit timer is set to 0.5 seconds, value s1 means prohibit timer is set to 1 second and so on. |

**[<New Radio IP LLC comment>: "starting a prohibit timer" in the claim corresponds to "*onDemandSIB-RequestProhibitTimer*" in the standard. "configured by the base station" in the claim corresponds to "RRCReconfguration…Direction: Network to UE"**

| | |
|---|---|
| | in the standard. "after sending a system information request" in the claim corresponds to "For a UE in RRC_CONNECTED, the network can provide system information through dedicated signalling using the RRCReconfiguration message" in the standard. That is, he UE starts a prohibit timer configured by the base station after sending a system information request. The UE initiates transmission of the DedicatedSIBRequest message then sets the prohibit timer i.e., timer T350, configured, such as via an RRCReconfiguration message that contains the onDemandSIB-RequestProhibitTimer sent by the base station.] |
| Element 6.<br><br>wherein the UE is not allowed to perform system information acquisition until the prohibit timer expires. | [1]<br><br># 6.2 RRC messages<br><br>…<br><br>## 6.2.2 Message definitions<br><br>…<br><br>–     *RRCReconfiguration*<br><br>The *RRCReconfiguration* message is the command to modify an RRC connection. It may convey information for measurement configuration, mobility control, radio resource configuration (including RBs, MAC main configuration and physical channel configuration) and AS security configuration.<br><br>Signalling radio bearer: SRB1 or SRB3<br><br>RLC-SAP: AM<br><br>Logical channel: DCCH<br><br>Direction: Network to UE<br><br>...<br><br>```<br>OnDemandSIB-Request-r16 ::= SEQUENCE {<br>        onDemandSIB-RequestProhibitTimer-r16 ENUMERATED {s0, s0dot5, s1, s2, s5, s10, s20, s30}<br>}<br>```<br><br>*onDemandSIB-Request*<br><br>If the field is present, the UE is allowed to request SIB(s) on-demand while in RRC_CONNECTED according to clause 5.2.2.3.5.<br><br>*onDemandSIB-RequestProhibitTimer* |

15

| | |
|---|---|
| | <mark>Prohibit timer for requesting SIB(s) on-demand while in RRC_CONNECTED according to clause 5.2.2.3.5.</mark> Value in seconds. Value s0 means prohibit timer is set to 0 seconds, value s0dot5 means prohibit timer is set to 0.5 seconds, value s1 means prohibit timer is set to 1 second and so on.<br><br>**[<New Radio IP LLC comment>: "wherein the UE is not allowed to perform system information acquisition until the prohibit timer expires" in the claim corresponds to "*onDemandSIB-Request*: if the field is present, the UE is allowed to request SIB(s) on-demand" and "*OnDemandSIB-RequestProhibitTimer:* Prohibit timer for requesting SIB(s) on-demand" in the standard. That is, when the T350 Timer is active the UE is prohibited from requesting system information until the timer expires.]** |

16