# EXHIBIT 4

| Company name: *<New Radio IP LLC>* <br> Patent Family Number: *<003>* <br> Granted: *< CN, KR, JP>* <br> Pending: *< EP, JP, US>* <br> Mapped to: *<5G>* <br> *Kyocera 5G Devices*: DuraForce Ultra 5G, DuraSport 5G, DuraForce PRO 3 | |
|---|---|
| **Representative patent number:** <br> < US11026121B2> | *Standards* <br> *[1] TS 38.331 3GPP TSGR RAN 5G Radio Resource Control (RRC) (Release 16), v16.14.0 (2023-10)* <br> *[2] TS24.501 3GPP TSGR RAN 5G Non-Access-Stratum (NAS) protocol for 5G System (5GS) (Release 16), v16.14.0 (2023-09)* <br> *[3] TS23.502 3GPP TSGR RAN 5G Procedures for the 5G system (5GS) (Release 16), v.16.18.0 (2024-01)* <br> *[4] TS38.300 3GPP TSGR RAN 5G NR and NG-RAN Overall description (Release 16), v.16.14.0 (2023-10)* <br> *[5] TS37.340 3GPP TSGR RAN 5G Universal Mobile Telecommunications System (UMTS) (Release 16), v.16.13.0 (2023-10)* |
| 1. A wireless communication method performed by a user equipment (UE), the method comprising: |      https://www.kyoceramobile.com/rugged-devices/duraforce-pro-3 |

| | |
|---|---|
| | **5G ULTRA WIDEBAND + DUAL BAND (L1/L5) GPS** <br><br> DuraForce PRO 3 offers dual-frequency GPS with centimeter-level accuracy − even in urban canyons. Businesses relying on GPS-based applications and services benefit from improved operational efficiency, better decision-making, and enhanced customer satisfaction, making it a valuable asset for businesses in most industries. <br><br> [<New Radio IP comment>: The standard describes a wireless communication method performed by a user equipment.] |
| Element 1; <br><br> sending first information to a first base station via a radio resource control (RRC) message, the first information comprising a UE identifier (ID) and single network slice selection assistance information (S-NSSAI); | [1] <br><br> ## 5.3 Connection control <br><br> … <br><br> ## 5.3.3 RRC connection establishment <br><br> … <br><br> ### 5.3.3.1 General <br><br> … <br><br> The purpose of this procedure is to establish an RRC connection. RRC connection establishment involves SRB1 establishment. The procedure is also used to transfer the initial NAS dedicated information/ message from the UE to the network. <br><br> The network applies the procedure e.g.as follows: <br><br> - When establishing an RRC connection; <br> - When UE is resuming or re-establishing an RRC connection, and the network is not able to retrieve or verify the UE context. In this case, UE receives *RRCSetup* and responds with *RRCSetupComplete*. |

...

## 5.3.3.4 Reception of the *RRCSetup* by the UE

The UE shall perform the following actions upon reception of the *RRCSetup*:

…

1> set the content of *RRCSetupComplete* message as follows:

 2> if upper layers provide a 5G-S-TMSI:

  3> if the *RRCSetup* is received in response to an *RRCSetupRequest*:

   4> set the *ng-5G-S-TMSI-Value* to *ng-5G-S-TMSI-Part2*;

  3> else:

   4> set the *ng-5G-S-TMSI-Value* to *ng-5G-S-TMSI*;

 2> if upper layers selected an SNPN or a PLMN and in case of PLMN UE is either allowed or instructed to access the PLMN via a cell for which at least one CAG ID is broadcast:

  3> set the *selectedPLMN-Identity* from the *npn-IdentityInfoList*;

 2> else:

  3> set the *selectedPLMN-Identity* to the PLMN selected by upper layers from the *plmn-IdentityInfoList*;

 2> if upper layers provide the 'Registered AMF':

  3> include and set the *registeredAMF* as follows:

   4> if the PLMN identity of the 'Registered AMF' is different from the PLMN selected by the upper layers:

    5> include the *plmnIdentity* in the *registeredAMF* and set it to the value of the PLMN identity in the 'Registered AMF' received from upper layers;

   4> set the *amf-Identifier* to the value received from upper layers;

  3> include and set the *guami-Type* to the value provided by the upper layers;

 2> if upper layers provide one or more S-NSSAI (see TS 23.003 [21]):

  3> include the *s-NSSAI-List* and set the content to the values provided by the upper layers;

…

## – *RRCSetupComplete*

The *RRCSetupComplete* message is used to confirm the successful completion of an RRC connection establishment.

Signalling radio bearer: SRB1

RLC-SAP: AM

Logical channel: DCCH

Direction: UE to Network

**RRCSetupComplete** message

```
-- ASN1START
-- TAG-RRCSETUPCOMPLETE-START
        RRCSetupComplete ::=  SEQUENCE {
        rrc-TransactionIdentifier RRC-TransactionIdentifier,
        criticalExtensions CHOICE {
                rrcSetupComplete RRCSetupComplete-IEs,
                criticalExtensionsFuture SEQUENCE {}
        }
}
RRCSetupComplete-IEs ::= SEQUENCE {
        selectedPLMN-Identity INTEGER (1..maxPLMN),
        registeredAMF RegisteredAMF OPTIONAL,
        guami-Type ENUMERATED {native, mapped} OPTIONAL,
        s-NSSAI-List SEQUENCE (SIZE (1..maxNrofS-NSSAI)) OF S-NSSAI OPTIONAL,
        dedicatedNAS-Message DedicatedNAS-Message,
        ng-5G-S-TMSI-Value CHOICE {
                ng-5G-S-TMSI NG-5G-S-TMSI,
                ng-5G-S-TMSI-Part2 BIT STRING (SIZE (9))
                } OPTIONAL,
        lateNonCriticalExtension OCTET STRING OPTIONAL,
        nonCriticalExtension RRCSetupComplete-v1610-IEs OPTIONAL


…
```

## – NG-5G-S-TMSI

The IE *NG-5G-S-TMSI* contains a 5G S-Temporary Mobile Subscription Identifier (5G-S-TMSI), a temporary UE identity provided by the 5GC which uniquely identifies the UE within the tracking area, see TS 23.003 [21].

| | |
|---|---|
| | [<New Radio IP comment>: "sending a first information to a base station via a radio resource control (RRC) message" in the claim corresponds to "UE receives *RRCSetup* and responds with *RRCSetupComplete*" in the standard. "the first information comprising a UE identifier (ID) and a single network slice selection assistance information (S-NSSAI)" in the claim corresponds to "1> set the content of RRCSetupComplete message as follows: 2> if upper layers provide a 5G-S-TMSI: 3> if the RRCSetup is received in response to an RRCSetupRequest: 4> set the ng-5G-S-TMSI-Value to ng-5G-S-TMSI-Part2; 3> else: 4> set the ng-5G-S-TMSI-Value to ng-5G-S-TMSI;" and "2> if upper layers provide one or more S-NSSAI (see TS 23.003 [21]): 3> include the s-NSSAI-List and set the content to the values provided by the upper layers;:" in the standard. The information comprises a UE Identifier (e.g. ng-5G-S-TMSI) and single network slice assistance information (S-NSSAI).] |
| Element 2;<br><br>receiving second information, the second information indicating whether a requested network slice is supported or rejected; | [1]<br><br>## 5.3 Connection control<br><br>…<br><br>## 5.3.9 RRC connection release requested by upper layers<br><br>…<br><br>### 5.3.9.2 Initiation<br><br>The UE initiates the procedure when upper layers request the release of the RRC connection as specified in TS 24.501 [23]. The UE shall not initiate the procedure for power saving purposes.<br><br>The UE shall:<br><br>1> if the upper layers indicate barring of the PCell:<br><br>    2> treat the PCell used prior to entering RRC_IDLE as barred according to TS 38.304 [20];<br><br>1> perform the actions upon going to RRC_IDLE as specified in 5.3.11, with release cause 'other'.<br><br>[2]<br><br>## 5.5 5GMM specific procedures<br><br>…<br><br>### 5.5.1 Registration procedure |

…

## 5.5.1.2 Registration procedure for initial registration

…

## 5.5.1.2.4 Initial registration accepted by the network

During a registration procedure with 5GS registration type IE set to "emergency registration", the AMF shall not check for mobility and access restrictions, regional restrictions or subscription restrictions, or CAG restrictions when processing the REGISTRATION REQUEST message.

If the initial registration request is accepted by the network, the AMF shall send a REGISTRATION ACCEPT message to the UE.

…

The AMF shall include the allowed NSSAI for the current PLMN and shall include the mapped S-NSSAI(s) for the allowed NSSAI contained in the requested NSSAI from the UE if available, in the REGISTRATION ACCEPT message if the UE included the requested NSSAI in the REGISTRATION REQUEST message and the AMF allows one or more S-NSSAIs in the requested NSSAI.

The AMF may also include rejected NSSAI in the REGISTRATION ACCEPT message. Rejected NSSAI contains SNSSAI(s) which was included in the requested NSSAI but rejected by the network associated with rejection cause(s) with the following restrictions:

a) rejected NSSAI for the current PLMN or SNPN shall not include an S-NSSAI for the current PLMN or SNPN which is associated to multiple mapped S-NSSAIs and some of these mapped S-NSSAIs are not allowed; and

b) rejected NSSAI for the current registration area shall not include an S-NSSAI for the current PLMN or SNPN which is associated to multiple mapped S-NSSAIs and some of these mapped S-NSSAIs are not allowed.

**[<New Radio IP comment>: "receiving second information" in the claim corresponds to "if the initial registration request is accepted by the network, the AMF shall send a REGISTRATION ACCEPT message to the UE" in the standard. "the second information indicating whether a requested network slice is supported" in the claim corresponds to "the AMF shall include the allowed NSSAI for the current PLMN" in the standard. "the second information indicating whether a requested network slice is…rejected" in the claim corresponds to "The AMF may also include rejected NSSAI in the REGISTRATION ACCEPT**

| | message" in the standard. That is, the REGISTRATION ACCEPT message sent by the AMF includes information regarding whether the NSSAI is accepted or rejected in a sub-information element.] |
|---|---|
| Element 3;<br><br>establishing a first RRC connection with the first base station after determining that the second information indicates the requested network slice is rejected; and | [2]<br><br># 5.4 5GMM common procedures<br><br>…<br><br>## 5.4.7 Network slice-specific authentication and authorization procedure<br><br>…<br><br>### 5.4.7.1 General<br><br>The purpose of the network slice-specific authentication and authorization procedure is to enable the authentication, authorization and accounting server (AAA-S) via the Network Slice Specific Authentication and Authorization Function (NSSAAF) to (re-)authenticate or (re-)authorize the upper layers of the UE.<br><br>The network slice-specific authentication and authorization procedure can be invoked for a UE supporting network slice-specific authentication and authorization procedure and for a HPLMN S-NSSAI (see subclause 5.15.10 in 3GPP TS 23.501 [8] and subclause 4.2.9.2 of 3GPP TS 23.502 [9]).<br><br>[3]<br># 4.2 Connection, Registration and Mobility Management procedures<br><br>…<br><br>## 4.2.2 Registration Management procedures<br><br>…<br><br>### 4.2.2.2 Registration procedures<br><br>4.2.2.2.1 General |

...

The new AMF creates an UE context for the UE after getting the Access and Mobility Subscription data from the UDM. The Access and Mobility Subscription data includes whether the UE is allowed to include NSSAI in the 3GPP access RRC Connection Establishment in clear text. The Access and Mobility Subscription data may include Enhanced Coverage Restricted information. If received from the UDM and the UE included support for restriction of use of Enhanced Coverage in step 1, the AMF determines whether Enhanced Coverage is restricted or not for the UE as specified in clause 5.31.12 of TS 23.501 [2] and stores the updated Enhanced Coverage Restricted information in the UE context.

...

21. New AMF to UE: Registration Accept (5G-GUTI, Registration Area, [Mobility restrictions], [PDU Session status], [Allowed NSSAI], [Mapping Of Allowed NSSAI], [Configured NSSAI for the Serving PLMN], [Mapping Of Configured NSSAI], [rejected S-NSSAIs], [Pending NSSAI], [Mapping Of Pending NSSAI], [Periodic Registration Update timer], [Active Time], [Strictly Periodic Registration Timer Indication], [LADN Information], [accepted MICO mode], [IMS Voice over PS session supported Indication], [Emergency Service Support indicator], [Accepted DRX parameters for E-UTRA and NR], [Accepted DRX parameters for NB-IoT], [extended idle mode DRX parameters], [Paging Time Window], [Network support of Interworking without N26], [Access Stratum Connection Establishment NSSAI Inclusion Mode], [Network Slicing Subscription Change Indication], [Operator-defined access category definitions], [List of equivalent PLMNs], [Enhanced Coverage Restricted information], [Supported Network Behaviour], [Service Gap Time], [PLMN-assigned UE Radio Capability ID], [PLMN-assigned UE Radio Capability ID deletion], [WUS Assistance Information], [Truncated 5G-S-TMSI Configuration]).

…

## 4.2.3 Service Request procedures

### 4.2.3.1 General

The Service Request procedure is used by a UE in CM-IDLE state or the 5GC to request the establishment of a secure connection to an AMF. The Service Request procedure is also used both when the UE is in CM-IDLE and in CMCONNECTED to activate a User Plane connection for an established PDU Session. The UE shall not initiate a Service Request procedure if there is an ongoing Service Request procedure.

…

8



Figure 4.2.3.2-1: UE Triggered Service Request procedure

| | |
|---|---|
| | … <br><br> 13. (R)AN to UE: The NG-RAN performs RRC Connection Reconfiguration with the UE depending on the QoS Information for all the QoS Flows of the PDU Sessions whose UP connections are activated and Data Radio Bearers. For a UE that was in CM-IDLE state, if the Service Request is not triggered by UE for a signalling connection only, the User Plane security is established at this step, which is described in detail in TS 38.331 [12] and TS 36.331 [16]. For a UE that was in CM-IDLE state, if the Service Request is triggered by UE for a signalling connection only, AS security context may be established in this step, which is described in detail in TS 38.331 [12] and TS 36.331 [16]. <br><br> **[<New Radio IP comment>: "establishing a first RRC connection with the first base station" in the claim corresponds to "The purpose of the network slice-specific authentication and authorization procedure is to enable the authentication, authorization and accounting server (AAA-S) via the Network Slice Specific Authentication and Authorization Function (NSSAAF) to (re-)authenticate or (re-)authorize the upper layers of the UE" and "The NG-RAN performs RRC Connection Reconfiguration with the UE" in the standard. "after determining that the second information indicates the requested network slice is rejected" in the claim corresponds to "The Access and Mobility Subscription data includes whether the UE is allowed to include NSSAI in the 3GPP access RRC Connection Establishment in clear text" and "New AMF to UE: Registration Accept…[rejected S-NSSAIs]" in the standard. _After_ the 5G Mobility Management registration procedure in which the UE is provided with the list of rejected S-NSSAIs, the UE may initiate a service request wherein the UE enters an RRC Reconfiguration procedure at the direction of the NG-RAN to establish an RRC connection (e.g. for establishment of RLC and security keys). Therefore, the UE sends the RRCSetupComplete message to the first base station. The RRCSetupComplete message includes an S-NSSAI. The UE receives from the AMF a message informing the UE whether the requested slice is accepted or rejected. The UE then enters a mobility management procedure wherein the UE enters an RRC Reconfiguration procedure to establish RLC and refresh security keys. This RRC Reconfiguration establishes the first RRC connection.  For the purposes of the specification of the '121 patent, the specification discloses that: "Upon receiving the RRC Response Message, in step 766, the UE 701 establishes or _re-configures_ an RRC connection with the base station 703. In step 768, the UE sends an RRC Complete Message (e.g., RRCMessageforCompleteConnection, RRCConnectionComplete or _RRCReconfigurationComplete_) to show the acknowledgement of the requested network slice support between the UE 701 and the base station 703." ('121 Patent 10:10-18 emphasis added). Therefore, within the meaning of the '121 patent, establishing an RRC connection comprises reconfiguration of an RRC connection.]** |
| Element 4 <br><br> establishing a second RRC connection with a second base station as a secondary node while maintaining the first RRC connection with the first base station after determining that the second base station does not support the requested network slice, | [4] <br><br> ## 4.5 Multi-Radio Dual Connectivity <br><br> NG-RAN supports Multi-Radio Dual Connectivity (MR-DC) operation whereby a UE in RRC_CONNECTED is configured to utilise radio resources provided by two distinct schedulers, located in two different NG-RAN nodes connected via a non-ideal backhaul, one providing NR access and the other one providing either E-UTRA or NR access. Further details of MR-DC operation, including Conditional PSCell Change (CPC), can be found in TS 37.340 [21]. <br><br> [1] |

## 4.2 Architecture

…

### 4.2.2 Signalling radio bearers

"Signalling Radio Bearers" (SRBs) are defined as Radio Bearers (RBs) that are used only for the transmission of RRC and NAS messages. More specifically, the following SRBs are defined:

- SRB0 is for RRC messages using the CCCH logical channel;

- SRB1 is for RRC messages (which may include a piggybacked NAS message) as well as for NAS messages prior to the establishment of SRB2, all using DCCH logical channel;

- SRB2 is for NAS messages and for RRC messages which include logged measurement information, all using DCCH logical channel. SRB2 has a lower priority than SRB1 and may be configured by the network after AS security activation;

- SRB3 is for specific RRC messages when UE is in (NG)EN-DC or NR-DC, all using DCCH logical channel.

In downlink, piggybacking of NAS messages is used only for one dependant (i.e. with joint success/failure) procedure: bearer establishment/modification/release. In uplink piggybacking of NAS message is used only for transferring the initial NAS message during connection setup and connection resume.

> NOTE 1: The NAS messages transferred via SRB2 are also contained in RRC messages, which however do not include any RRC protocol control information.

Once AS security is activated, all RRC messages on SRB1, SRB2 and SRB3, including those containing NAS messages, are integrity protected and ciphered by PDCP. NAS independently applies integrity protection and ciphering to the NAS messages, see TS 24.501 [23].

Split SRB is supported for all the MR-DC options in both SRB1 and SRB2 (split SRB is not supported for SRB0 and SRB3).

For operation with shared spectrum channel access, SRB0, SRB1 and SRB3 are assigned with the highest priority Channel Access Priority Class (CAPC), (i.e. CAPC = 1) while CAPC for SRB2 is configurable.

…

## 5.3 Connection control

…

### 5.3.5 RRC reconfiguration

…

### 5.3.5.3 Reception of an *RRCReconfiguration* by the UE

…

2> if the *RRCReconfiguration* message was received within *nr-SecondaryCellGroupConfig* in *RRCConnectionReconfiguration* message received via SRB3 within *DLInformationTransferMRDC*:

> 3> submit the *RRCReconfigurationComplete* via E-UTRA embedded in E-UTRA RRC message *RRCConnectionReconfigurationComplete* as specified in TS 36.331 [10], clause 5.3.5.3/5.3.5.4;

> 3> if *reconfigurationWithSync* was included in *spCellConfig* of an SCG:

>> 4> initiate the Random Access procedure on the SpCell, as specified in TS 38.321 [3];

[5]


## 4.2 Radio Protocol Architecture

## 4.2.1 Control Plane

…

If the SN is a gNB (i.e. for EN-DC, NGEN-DC and NR-DC), the UE can be configured to establish a SRB with the SN (SRB3) to enable RRC PDUs for the SN to be sent directly between the UE and the SN. RRC PDUs for the SN can only be transported directly to the UE for SN RRC reconfiguration not requiring any coordination with the MN. Measurement reporting for mobility within the SN can be done directly from the UE to the SN if SRB3 is configured.

…

12



**Figure 4.2.1-1: Control plane architecture for EN-DC (left) and MR-DC with 5GC (right).**

[2]

# 5.4 5GMM common procedures

…

# 5.4.7 Network slice-specific authentication and authorization procedure

…

## 5.4.7.1 General

The purpose of the network slice-specific authentication and authorization procedure is to enable the authentication, authorization and accounting server (AAA-S) via the Network Slice Specific Authentication and Authorization Function (NSSAAF) to (re-)authenticate or (re-)authorize the upper layers of the UE.

The network slice-specific authentication and authorization procedure can be invoked for a UE supporting network slice-specific authentication and authorization procedure and for a HPLMN S-NSSAI (see subclause 5.15.10 in 3GPP TS 23.501 [8] and subclause 4.2.9.2 of 3GPP TS 23.502 [9]).

[3]

# 4.2 Connection, Registration and Mobility Management procedures

…

## 4.2.2 Registration Management procedures

…

### 4.2.2.2 Registration procedures

4.2.2.2.1 General

...

The new AMF creates an UE context for the UE after getting the Access and Mobility Subscription data from the UDM. The Access and Mobility Subscription data includes whether the UE is allowed to include NSSAI in the 3GPP access RRC Connection Establishment in clear text. The Access and Mobility Subscription data may include Enhanced Coverage Restricted information. If received from the UDM and the UE included support for restriction of use of Enhanced Coverage in step 1, the AMF determines whether Enhanced Coverage is restricted or not for the UE as specified in clause 5.31.12 of TS 23.501 [2] and stores the updated Enhanced Coverage Restricted information in the UE context.

...

21. New AMF to UE: Registration Accept (5G-GUTI, Registration Area, [Mobility restrictions], [PDU Session status], [Allowed NSSAI], [Mapping Of Allowed NSSAI], [Configured NSSAI for the Serving PLMN], [Mapping Of Configured NSSAI], [rejected S-NSSAIs], [Pending NSSAI], [Mapping Of Pending NSSAI], [Periodic Registration Update timer], [Active Time], [Strictly Periodic Registration Timer Indication], [LADN Information], [accepted MICO mode], [IMS Voice over PS session supported Indication], [Emergency Service Support indicator], [Accepted DRX parameters for E-UTRA and NR], [Accepted DRX parameters for NB-IoT], [extended idle mode DRX parameters], [Paging Time Window], [Network support of Interworking without N26], [Access Stratum Connection Establishment NSSAI Inclusion Mode], [Network Slicing Subscription Change Indication], [Operator-defined access category definitions], [List of equivalent PLMNs], [Enhanced Coverage Restricted information], [Supported Network Behaviour], [Service Gap Time], [PLMN-assigned UE Radio Capability ID], [PLMN-assigned UE Radio Capability ID deletion], [WUS Assistance Information], [Truncated 5G-S-TMSI Configuration]).

[<New Radio IP comment>: "establishing a second RRC connection with a second base station as a secondary node while maintaining the first RRC conneciton with the first base station" in the claim corresponds to "NG-RAN supports Multi-Radio Dual Connectivity (MR-DC) operation whereby a UE in RRC_CONNECTED is configured to utilise radio resources provided by

|  |  |
|---|---|
|  | two distinct schedulers, located in two different NG-RAN nodes" and "if the RRCReconfiguration message was received within nr-SecondaryCellGroupConfig in RRCConnectionReconfiguration message received via SRB3 within DLInformationTransferMRDC: submit the RRCReconfigurationComplete" in the standard. "after determining that the second base station does not support the requested network slice" in the claim corresponds to "The Access and Mobility Subscription data includes whether the UE is allowed to include NSSAI in the 3GPP access RRC Connection Establishment in clear text" and "New AMF to UE: Registration Accept…[rejected S-NSSAIs]" in the standard. See element 3 above. The mobility management procedure includes an RRC reconfiguration step which occurs *after* determining that the base station does not support a provided network slice. RRC reconfiguration is performed by and between the UE and the second base station. In a mobility management context, when establishing an RRC conneciton with a serving cell (second base station) the UE will UE send the RRCSetupComplete message to the first base station after initializing the RRC connection (RRCSetupRequest). The RRCSetupComplete message includes an S-NSSAI. The UE receives from the AMF a message informing the UE whether the requested slice is accepted or rejected. The UE then enters a mobility management procedure wherein the UE enters an RRC Reconfiguration procedure to establish RLC and refresh security keys. This RRC Reconfiguration establishes the second RRC connection. In this case, the UE is connected to the first base station and second base station through MR-DC.] |
| Element 5; wherein the second information includes a cause of the rejection of the requested network slice. | [2]<br><br># 9.11 Other information elements<br><br>…<br><br>## 9.11.3 5GS mobility management (5GMM) information elements<br><br>…<br><br>### 9.11.3.46 Rejected NSSAI<br><br>The purpose of the Rejected NSSAI information element is to identify a collection of rejected S-NSSAIs.<br><br>The Rejected NSSAI information element is coded as shown in figure 9.11.3.46.1, figure 9.11.3.46.2 and table 9.11.3.46.1.<br><br>…<br><br>**Table 9.11.3.46.1: Rejected NSSAI information element**<br><br><table><tr><td>Value part of the Rejected NSSAI information element (octet 3 to v)</td></tr><tr><td>The value part of the Rejected NSSAI information element consists of one or more rejected S-NSSAIs. Each rejected S-NSSAI consists of one S-NSSAI and an</td></tr></table> |

| | | <mark>associated cause value</mark>. The length of each rejected S-NSSAI can be determined by the 'length of rejected S-NSSAI' field in the first octet of the rejected S-NSSAI. The UE shall store the complete list received. If more than 8 rejected S-NSSAIs are | |
| | | included in this information element, the UE shall store the first 8 rejected S-NSSAIs and ignore the remaining octets of the information element. | |
| | | Rejected S-NSSAI: | |
| | | Cause value (octet 1) | |
| | | Bits | |
| | | **4 3 2 1** | |
| | | 0 0 0 0 S-NSSAI not available in the current PLMN or SNPN | |
| | | 0 0 0 1 S-NSSAI not available in the current registration area | |
| | | 0 0 1 0 S-NSSAI not available due to the failed or revoked network slice specific authentication and authorization. | |
| | | All other values are reserved. | |
| | | Slice/service type (SST) (octet 2) | |
| | | This field contains the 8 bit SST value. The coding of the SST value part is defined in 3GPP TS 23.003 [4]. (NOTE 2) | |
| | | Slice differentiator (SD) (octet 3 to octet 5) | |
| | | This field contains the 24 bit SD value. The coding of the SD value part is defined in 3GPP TS 23.003 [4]. (NOTE 3) | |
| | | NOTE 1: If octet 3 is included, then octet 4 and octet 5 shall be included. | |
| | | NOTE 2: If the Cause value is "S-NSSAI not available due to the failed or revoked network slice-specific authentication and authorization", this field shall contain the 8 bit SST value of an S-NSSAI in the S-NSSAI(s) of the HPLMN. | |
| | | NOTE 3: If the Cause value is "S-NSSAI not available due to the failed or revoked network slice-specific authentication and authorization", this field shall contain the 24 bit SD value of an S-NSSAI in the S-NSSAI(s) of the HPLMN. | |
| | [2] | | |

16

## 4.6 Network slicing

…

## 4.6.2 Mobility management aspects

…

## 4.6.2.2 NSSAI storage

…

    c)  When the UE receives the S-NSSAI(s) included in rejected NSSAI in the REGISTRATION ACCEPT message, the REGISTRATION REJECT message, the DEREGISTRATION REQUEST message or in the CONFIGURATION UPDATE COMMAND message, the UE shall:

        1)  store the S-NSSAI(s) into the rejected NSSAI based on the associated rejection cause(s);

[<New Radio IP comment>: "wherein the second information includes a cause of the rejection of the requested network slice" in the claim corresponds to "The value part of the Rejected NSSAI information element consists of one or more rejected S-NSSAIs. Each rejected S-NSSAI consists of one S-NSSAI and an associated cause value" and "when the UE receives the S-NSSAI(s) included…in the REGISTRATION ACCEPT message…the UE shall: 1) store the S-NSSAI(s) into the rejected NSSAI based on the associated rejection cause(s)" in the standard.]