# EXHIBIT 5

| Company name: *<New Radio IP LLC >*<br>Patent Family Number: *<005>*<br>Granted: *<JP, KR, EP>*<br>Pending: *<CN>*<br>Mapped to: *<5G>*<br>*Kyocera 5G Devices: DuraForce Ultra 5G, DuraSport 5G, DuraForce PRO 3* | |
|---|---|
| **Representative patent number:**<br><US11050610B2> | *Standards*<br>*[1] TS 38.331 3GPP TSGR 5G; NR; Radio Resource Control (RRC); Protocol specification (Release 16), v16.14.0 (2023-10)*<br>*[2] TS 37.340 3GPP TSGR Universal Mobile Telecommunications System (UTMS); LTE; 5G; NR; Multi-connectivity; Overall description; Stage-2 (Release 16), v16.13.0 (2023-10)* |
| 1. A method for a user equipment (UE) for reporting a master node (MN) failure, the method comprising: | <br>https://www.kyoceramobile.com/rugged-devices/duraforce-pro-3 |

**5G ULTRA WIDEBAND + DUAL BAND (L1/L5) GPS**

DuraForce PRO 3 offers dual-frequency GPS with centimeter-level accuracy – even in urban canyons. Businesses relying on GPS-based applications and services benefit from improved operational efficiency, better decision-making, and enhanced customer satisfaction, making it a valuable asset for businesses in most industries.

[1]

## 3.1 Definitions

…

**Split SRB**: In MR-DC, an SRB that supports transmission via MCG and SCG as well as duplication of RRC PDUs as defined in TS 37.340 [41].
…

## 3.2 Abbreviations

. . .

MCG        Master Cell Group

[2]

## 3.1  Definitions

. . .

**Master Cell Group**: in MR-DC, a group of serving cells associated with the Master Node, comprising of the SpCell (PCell) and optionally one or more SCells.
. . .

**Split SRB**: in MR-DC, a SRB between the MN and the UE with RLC bearers both in MCG and SCG.

. . .

## 7.7 SCG/MCG failure handling

RLF is declared separately for the MCG and for the SCG.

If radio link failure is detected for MCG, and fast MCG link recovery is configured, the UE triggers fast MCG link recovery. Otherwise, the UE initiates the RRC connection re-establishment procedure. During the execution of PSCell addition or PSCell change, if radio link failure is detected for MCG, the UE initiates the RRC connection reestablishment procedure.

During fast MCG link recovery, the UE suspends MCG transmissions for all radio bearers, except SRB0, and reports the failure with *MCGFailureInformation* message to the MN via the SCG, using the SCG leg of split SRB1 or SRB3.

[1]
## 5.7 Other

…

## 5.7.3b MCG failure information

### 5.7.3b.1 General



**Figure 5.7.3b.1-1: MCG failure information**

The purpose of this procedure is to inform the network about an MCG failure the UE has experienced i.e. MCG radio link failure. A UE in RRC_CONNECTED, for which AS security has been activated with SRB2 and at least one DRB or multicast MRB setup or, for IAB, SRB2, may initiate the fast MCG link recovery procedure in order to continue the RRC connection without re-establishment.

| | |
|---|---|
| | **5.7.3b.2 Initiation**<br><br>A UE configured with split SRB1 or SRB3 initiates the procedure to report MCG failures when neither MCG nor SCG transmission is suspended, the SCG is not deactivated, *t316* is configured, and when the following condition is met:<br><br>**[<New Radio IP comment>: "A method for a user equipment (UE) for reporting a master node (MN) failure," in the claim corresponds to "the fast MCG link recovery procedure" in the standard.]** |
| Element 1;<br><br>detecting a failure in a radio link to the MN; | [1]<br><br># 5.3 Connection control<br>…<br><br>## 5.3.10 Radio link failure related actions<br>…<br><br>### 5.3.10.3 Detection of radio link failure<br>The UE shall:<br>1> if any DAPS bearer is configured and T304 is running:<br>    2> upon T310 expiry in source SpCell; or<br>    2> upon random access problem indication from source MCG MAC; or<br>    2> upon indication from source MCG RLC that the maximum number of retransmissions has been reached; or<br>    2> upon consistent uplink LBT failure indication from source MCG MAC:<br>        3> consider radio link failure to be detected for the source MCG i.e. source RLF;<br>        3> suspend the transmission and reception of all DRBs in the source MCG;<br>        3> reset MAC for the source MCG;<br>        3> release the source connection.<br>1> else:<br>    2> during a DAPS handover: the following only applies for the target PCell;<br>    2> upon T310 expiry in PCell; or<br>    2> upon T312 expiry in PCell; or<br>    2> upon random access problem indication from MCG MAC while neither T300, T301, T304, T311 nor T319 are running; or<br>    2> upon indication from MCG RLC that the maximum number of retransmissions has been reached; or<br>    2> if connected as an IAB-node, upon BH RLF indication received on BAP entity from the MCG; or<br>    2> upon consistent uplink LBT failure indication from MCG MAC while T304 is not running:<br>        3> if the indication is from MCG RLC and CA duplication is configured and activated for MCG, and for the corresponding logical channel *allowedServingCells* only includes SCell(s):<br>            4> initiate the failure information procedure as specified in 5.7.5 to report RLC failure.<br>        3> else:<br>            4> consider radio link failure to be detected for the MCG, i.e. MCG RLF; |

. . .

# 5.7 Other

…

## 5.7.3b MCG failure information

### 5.7.3b.1 General



**Figure 5.7.3b.1-1: MCG failure information**

The purpose of this procedure is to inform the network about an MCG failure the UE has experienced i.e. MCG radio link failure. A UE in RRC_CONNECTED, for which AS security has been activated with SRB2 and at least one DRB or multicast MRB setup or, for IAB, SRB2, may initiate the fast MCG link recovery procedure in order to continue the RRC connection without re-establishment.

### 5.7.3b.2 Initiation

A UE configured with split SRB1 or SRB3 initiates the procedure to report MCG failures when neither MCG nor SCG transmission is suspended, the SCG is not deactivated, *t316* is configured, and when the following condition is met:

1> upon detecting radio link failure of the MCG, in accordance with 5.3.10.3, while T316 is not running.

**[<New Radio IP comment>: "detecting a failure in a radio link to the MN;" in the claim corresponds to "Detection of radio link failure The UE Shall: … 2> upon indication from source MCG RLC that the maximum number of retransmissions has been reached…3> consider radio link failure to be detected for the source MCG" in the standard.]**

| Element 2; determining whether the UE is configured with a split signaling radio bearer (SRB); | [1]<br><br># 5.7 Other<br><br>…<br><br>## 5.7.3b MCG failure information<br><br>…<br><br>### 5.7.3b.2 Initiation<br><br>A UE configured with split SRB1 or SRB3 initiates the procedure to report MCG failures when neither MCG nor SCG transmission is suspended, the SCG is not deactivated, *t316 is configured*, and when the following condition is met:<br><br>. . .<br><br>### 5.7.3b.4 Actions related to transmission of *MCGFailureInformation* message<br><br>The UE shall set the contents of the *MCGFailureInformation* message as follows:<br><br>. . .<br><br>1> if SRB1 is configured as split SRB and *pdcp-Duplication* is not configured:<br><br>    2> if the *primaryPath* for the PDCP entity of SRB1 refers to the MCG:<br><br>        3> set the *primaryPath* to refer to the SCG.<br><br>The UE shall:<br><br>1> start timer T316;<br><br>1> if SRB1 is configured as split SRB:<br><br>    2> submit the *MCGFailureInformation* message to lower layers for transmission via SRB1, upon which the procedure ends;<br><br>1> else (i.e. SRB3 configured):<br><br>    2> submit the *MCGFailureInformation* message to lower layers for transmission embedded in NR RRC message *ULInformationTransferMRDC* via SRB3 as specified in 5.7.2a.3.<br><br>. . . |
|---|---|

## 6.2 RRC messages

…

## 6.2.2 Message definitions

. . .

*RRCReconfiguration*

The *RRCReconfiguration* message is the command to modify an RRC connection. It may convey information for measurement configuration, mobility control, radio resource configuration (including RBs, MAC main configuration and physical channel configuration) and AS security configuration.

Signalling radio bearer: SRB1 or SRB3
RLC-SAP: AM
Logical channel: DCCH
Direction: Network to UE

. . .

> *t316*
> Indicates the value for timer T316 as described in clause 7.1. Value *ms50* corresponds to 50 ms, value *ms100* corresponds to 100 ms and so on. This field can be configured only if the UE is configured with split SRB1 or SRB3.

[<New Radio IP comment>: "determining whether the UE is configured with a split signaling radio bearer (SRB);" in the claim corresponds to "A UE configured with split SRB1…initiates the procedure to report MCG failures" and "The UE shall set the contents of the MCGFailureInformation message as follows:" . . . "1> if SRB1 is configured as split SRB" in the standard.]

---

Element 3;

transmitting an MN failure report to the MN using a secondary node (SN) path of the split SRB after determining that the UE is configured with the split SRB;

---

[2]
## 7.7 SCG/MCG failure handling

RLF is declared separately for the MCG and for the SCG.

If radio link failure is detected for MCG, and fast MCG while the SCG is not deactivated link recovery is configured, the UE triggers fast MCG link recovery. Otherwise, the UE initiates the RRC connection re-establishment procedure. During the execution of PSCell addition or PSCell change, if radio link failure is detected for MCG, the UE initiates the RRC connection re-establishment procedure.

During fast MCG link recovery, the UE suspends MCG transmissions for all radio bearers, except SRB0, and reports the failure with *MCGFailureInformation* message to the MN via the SCG, using the SCG leg of split SRB1 or SRB3.

The UE includes in the *MCGFailureInformation* message the measurement results available according to current measurement configuration of both the MN and the SN. Once the fast MCG link recovery is triggered, the UE maintains the current measurement configurations from both the MN and the SN, and continues measurements based on configuration from the MN and the SN, if possible. The UE initiates the RRC connection re-establishment procedure if it does not receive an *RRCConnectionReconfiguration* message, *RRCReconfiguration* message, *MobilityFromNRCommand* message, *MobilityFromEUTRACommand* message, *RRCConnectionRelease* message or *RRCRelease* message within a certain time after fast MCG link recovery was initiated.

[1]

# 5.7 Other

…

## 5.7.3b MCG failure information

### 5.7.3b.1 General



**Figure 5.7.3b.1-1: MCG failure information**

The purpose of this procedure is to inform the network about an MCG failure the UE has experienced i.e. MCG radio link failure. A UE in RRC_CONNECTED, for which AS security has been activated with SRB2 and at least one DRB or multicast MRB setup or, for IAB, SRB2, may initiate the fast MCG link recovery procedure in order to continue the RRC connection without re-establishment.

### 5.7.3b.2 Initiation

A UE configured with split SRB1 or SRB3 initiates the procedure to report MCG failures when neither MCG nor SCG transmission is suspended, the SCG is not deactivated, *t316* is configured, and when the following condition is met:

. . .

5.7.3b.4 Actions related to transmission of *MCGFailureInformation* message

The UE shall set the contents of the *MCGFailureInformation* message as follows:

. . .

1> if SRB1 is configured as split SRB and *pdcp-Duplication* is not configured:

    2> if the *primaryPath* for the PDCP entity of SRB1 refers to the MCG:

        3> set the *primaryPath* to refer to the SCG.

The UE shall:

1> start timer T316;

1> if SRB1 is configured as split SRB:

    2> submit the *MCGFailureInformation* message to lower layers for transmission via SRB1, upon which the procedure ends;

1> else (i.e. SRB3 configured):

    2> submit the *MCGFailureInformation* message to lower layers for transmission embedded in NR RRC message *ULInformationTransferMRDC* via SRB3 as specified in 5.7.2a.3.


. . .

# 6.2 RRC messages

…

## 6.2.2 Message definitions

. . .

*RRCReconfiguration*

The *RRCReconfiguration* message is the command to modify an RRC connection. It may convey information for measurement configuration, mobility control, radio resource configuration (including RBs, MAC main configuration and physical channel configuration) and AS security configuration.


Signalling radio bearer: SRB1 or SRB3

RLC-SAP: AM

Logical channel: DCCH

| | Direction: Network to UE |
|---|---|
| | . . .<br><br>*t316*<br>Indicates the value for timer T316 as described in clause 7.1. Value *ms50* corresponds to 50 ms, value *ms100* corresponds to 100 ms and so on. This field can be configured only if the UE is configured with split SRB1 or SRB3.<br><br>[<New Radio IP comment>: "transmitting an MN failure report of the MN" in the claim corresponds to "During fast MCG link recovery, the UE…reports the failure with *MCGFailureInformation* message to the MN" and "The UE shall set the contents of the *MCGFailureInformation* message as follows:…submit the *MCGFailureInformation* message to lower layers for transmission" in the standard. "using a secondary node (SN) path of the split SRB" in the claim corresponds to "the UE…reports the failure with *MCGFailureInformation* message to the MN via the SCG using the SCG leg of split SRB1" in the standard. "after determining that the UE is configured with the split SRB" in the claim corresponds to "if SRB1 is configured as split SRB…submit the *MCGFailureInformation* message to lower layers for transmission via SRB1" in the standard.] |
| Element 4;<br><br>maintaining current measurement configurations received from the MN and the SN after determining that the radio link to the MN has failed; and | [2]<br><br>## 7.7 SCG/MCG failure handling<br><br>RLF is declared separately for the MCG and for the SCG.<br><br>If radio link failure is detected for MCG, and fast MCG while the SCG is not deactivated link recovery is configured, the UE triggers fast MCG link recovery. Otherwise, the UE initiates the RRC connection re-establishment procedure. During the execution of PSCell addition or PSCell change, if radio link failure is detected for MCG, the UE initiates the RRC connection re-establishment procedure.<br><br>During fast MCG link recovery, the UE suspends MCG transmissions for all radio bearers, except SRB0, and reports the failure with *MCGFailureInformation* message to the MN via the SCG, using the SCG leg of split SRB1 or SRB3.<br><br>The UE includes in the *MCGFailureInformation* message the measurement results available according to current measurement configuration of both the MN and the SN. Once the fast MCG link recovery is triggered, the UE maintains the current measurement configurations from both the MN and the SN, and continues measurements based on configuration from the MN and the SN, if possible. The UE initiates the RRC connection re-establishment procedure if it does not receive an *RRCConnectionReconfiguration* message, *RRCReconfiguration* message, *MobilityFromNRCommand* message, *MobilityFromEUTRACommand* message, *RRCConnectionRelease* message or *RRCRelease* message within a certain time after fast MCG link recovery was initiated.<br><br>[1]<br><br>## 6.2 RRC messages<br><br>… |

## 6.2.2 Message definitions

. . .

### *MCGFailureInformation*

The *MCGFailureInformation* message is used to provide information regarding NR MCG failures detected by the UE.

Signalling radio bearer: SRB1

RLC-SAP: AM

Logical channel: DCCH

Direction: UE to Network

. . .

| **MCGFailureInformation field descriptions** |
|---|
| **measResultFreqList**<br>The field contains available results of measurements on NR frequencies the UE is configured to measure by the *measConfig* associated with the MCG. |
| **measResultFreqListEUTRA**<br>The field contains available results of measurements on E-UTRA frequencies the UE is configured to measure by *measConfig* associated with the MCG. |
| **measResultFreqListUTRA-FDD**<br>The field contains available results of measurements on UTRA FDD frequencies the UE is configured to measure by measConfig associated with the MCG. |
| **measResultSCG**<br>The field contains the *MeasResultSCG-Failure* IE which includes available measurement results on NR frequencies the UE is configured to measure by the *measConfig* associated with the SCG. |
| **measResultSCG-EUTRA**<br>The field contains the EUTRA *MeasResultSCG-FailureMRDC* IE which includes available results of measurements on E-UTRA frequencies the UE is configured to measure by the E-UTRA *RRCConnectionReconfiguration* message as specified in TS 36.331 [10]. |

[<New Radio IP comment>: "maintaining current measurement configurations received from the MN and the SN after determining that the radio link to the MN has failed;" in the claim corresponds to "Once the fast MCG Link recovery is triggered, the UE maintains the current measurement configurations from both the MN and the SN, and continues measurements based on configurations both from the MN and the SN" in the standard.]

---

**Element 5;**

continuing to perform measurements based on the configurations received from the MN and the SN.

[2]

## 7.7 SCG/MCG failure handling

RLF is declared separately for the MCG and for the SCG.

If radio link failure is detected for MCG, and fast MCG while the SCG is not deactivated link recovery is configured, the UE triggers fast MCG link recovery. Otherwise, the UE initiates the RRC connection re-establishment procedure. During the execution of PSCell addition or PSCell change, if radio link failure is detected for MCG, the UE initiates the RRC connection re-establishment procedure.

| | |
|---|---|
| | During fast MCG link recovery, the UE suspends MCG transmissions for all radio bearers, except SRB0, and reports the failure with *MCGFailureInformation* message to the MN via the SCG, using the SCG leg of split SRB1 or SRB3.<br><br>The UE includes in the *MCGFailureInformation* message the measurement results available according to current measurement configuration of both the MN and the SN. Once the fast MCG link recovery is triggered, the UE maintains the current measurement configurations from both the MN and the SN, and continues measurements based on configuration from the MN and the SN, if possible. The UE initiates the RRC connection re-establishment procedure if it does not receive an *RRCConnectionReconfiguration* message, *RRCReconfiguration* message, *MobilityFromNRCommand* message, *MobilityFromEUTRACommand* message, *RRCConnectionRelease* message or *RRCRelease* message within a certain time after fast MCG link recovery was initiated.<br><br>**[<New Radio IP comment>: "continuing to perform measurements based on the configurations received from the MN and the SN." in the claim corresponds to "the UE maintains the current measurement configurations from both the MN and the SN, and continues measurements based on configuration from the MN and the SN" in the standard.]** |
| 2. The method of claim 1 further comprising:<br><br>after determining that the radio link to the MN has failed, suspending MN transmission for all of SRBs and data radio bearers (DRBs); and<br><br>resetting a medium access control (MAC) entity associated with the MN. | [1]<br><br># 5.3 Connection control<br>…<br><br>## 5.3.10 Radio link failure related actions<br>…<br><br>### 5.3.10.3 Detection of radio link failure<br>The UE shall:<br>1> if any DAPS bearer is configured and T304 is running:<br>    2> upon T310 expiry in source SpCell; or<br>    2> upon random access problem indication from source MCG MAC; or<br>    2> upon indication from source MCG RLC that the maximum number of retransmissions has been reached; or<br>    2> upon consistent uplink LBT failure indication from source MCG MAC:<br>        3> consider radio link failure to be detected for the source MCG i.e. source RLF;<br>        3> suspend the transmission and reception of all DRBs in the source MCG;<br>        3> reset MAC for the source MCG;<br>        3> release the source connection.<br><br>…<br># 5.7 Other<br>… |

12

| | |
|---|---|
| | ## 5.7.3b MCG failure information<br><br>…<br>## 5.7.3b.2 Initiation<br>A UE configured with split SRB1 or SRB3 initiates the procedure to report MCG failures when neither MCG nor SCG transmission is suspended, *t316* is configured, and when the following condition is met:<br>    1> upon detecting radio link failure of the MCG, in accordance with 5.3.10.3, while T316 is not running.<br>Upon initiating the procedure, the UE shall:<br>    1> stop timer T310 for the PCell, if running;<br>    1> stop timer T312 for the PCell, if running;<br>    1> suspend MCG transmission for all SRBs, DRBs, except SRB0, and, if any, BH RLC channels;<br>    1> reset MCG MAC;<br><br>**[<New Radio IP comment>: "after determining that the radio link to the MN has failed" in the claim corresponds to "consider radio link failure to be detected for the source MCG i.e. source RLF" in the standard. "suspending MN transmission for all SRBs and data radio bearers (DRBs)" in the claim corresponds to "suspend MCG transmission for all SRBs, DRBs" in the standard. "resetting a medium access control (MAC) entity associated with the MN" in the claim corresponds to "reset MCG MAC" in the standard.]** |
| 3. The method of claim 1, wherein determining that the radio link to the MN has failed comprises at least one of determining that a timer for detecting a physical layer problem has expired, detecting a random access problem, and determining that a maximum number of retransmissions of MN radio link control (RLC) has been reached. | [1]<br># 5.3 Connection control<br>…<br><br>## 5.3.10 Radio link failure related actions<br>…<br><br>### 5.3.10.3 Detection of radio link failure<br>The UE shall:<br>1> if any DAPS bearer is configured and T304 is running:<br>    2> upon T310 expiry in source SpCell; or<br>    2> upon random access problem indication from source MCG MAC; or<br>    2> upon indication from source MCG RLC that the maximum number of retransmissions has been reached; or<br>    2> upon consistent uplink LBT failure indication from source MCG MAC:<br>        3> consider radio link failure to be detected for the source MCG i.e. source RLF;<br>        3> suspend the transmission and reception of all DRBs in the source MCG;<br>        3> reset MAC for the source MCG;<br>        3> release the source connection.<br># 7 Variables and constants<br>## 7.1 Timers<br>## 7.1.1 Timers (Informative) |

13

…

| Timer | Start | At expiry |
|---|---|---|
| T310 | Upon detecting physical layer problems for the SpCell i.e. upon receiving N310 consecutive out-of-sync indications from lower layers. | the T310 is kept in MCG: If AS security is not activated: go to RRC_IDLE else: initiate the MCG failure information procedure as specified in 5.7.3b or the connection reestablishment procedure as specified in 5.3.7 or the procedure as specified in 5.3.10.3 if any DAPS bearer is configured. If the T310 is kept in SCG, Inform E-UTRAN/NR about the SCG radio link failure by initiating the SCG failure information procedure as specified in 5.7.3. |

| 4. The method of claim 1 further comprising:<br><br>forgoing reestablishing a radio resource control (RRC) connection with the MN after determining that the radio link to the MN has failed | [1]<br># 5.3 Connection control<br><br>…<br><br>## 5.3.10 Radio link failure related actions<br><br>…<br><br>### 5.3.10.3 Detection of radio link failure<br><br>…<br><br>4> else if AS security has been activated but SRB2 and at least one DRB or, for IAB, SRB2, have not been setup:<br>    5> store the radio link failure information in the *VarRLF-Report* as described in clause 5.3.10.5, except if the UE declares radio link failure due to T312 expiry;<br>    5> perform the actions upon going to RRC_IDLE as specified in clause 5.3.11, with release cause 'RRC connection failure'; |
| 7. The method of claim 1 further comprising: | [1]<br><br># 5.7 Other |

| | |
|---|---|
| initiating a timer upon transmission of the MN failure report;<br><br>determining that the timer has expired before receiving feedback from the MN; and<br><br>reestablishing a radio link control (RRC) connection with the MN. | ...<br><br>## 5.7.3b MCG failure information<br>...<br><br>## 5.7.3b.4 Actions related to transmission of *MCGFailureInformation* message<br>...<br><br>The UE shall:<br>1> start timer T316;<br>1> if SRB1 is configured as split SRB:<br>    2> submit the *MCGFailureInformation* message to lower layers for transmission via SRB1, upon which the procedure ends;<br>1> else (i.e. SRB3 configured):<br>    2> submit the *MCGFailureInformation* message to lower layers for transmission embedded in NR RRC message *ULInformationTransferMRDC* via SRB3 as specified in 5.7.2a.3.<br><br>## 5.7.3b.5 T316 expiry<br><br>The UE shall:<br>1> if T316 expires:<br>    2> initiate the connection re-establishment procedure as specified in 5.3.7.<br><br>## 5.3.7 RRC connection re-establishment |
| 8. The method of claim 1 further comprising:<br>determining whether the UE is configured with an SRB type 3 (SRB3) after determining that the UE is not configured with the split SRB; and transmitting the MN failure report using the SRB3 after determining that the UE is configured with the SBR3. | [1]<br><br># 5.7 Other<br>...<br><br>## 5.7.3b MCG failure information<br>...<br><br>## 5.7.3b.4 Actions related to transmission of *MCGFailureInformation* message<br>...<br><br>The UE shall:<br>1> start timer T316; |

| | |
|---|---|
| | 1> if SRB1 is configured as split SRB: <br>     2> submit the *MCGFailureInformation* message to lower layers for transmission via SRB1, upon which the procedure ends; <br> 1> else (i.e. SRB3 configured): <br>     2> submit the *MCGFailureInformation* message to lower layers for transmission embedded in NR RRC message *ULInformationTransferMRDC* via SRB3 as specified in 5.7.2a.3. |

16