# EXHIBIT 6

| Company name: <New Radio IP LLC> |  |
| --- | --- |
| Patent Family Number: <013> |  |
| Granted: <US, EP> |  |
| Pending: <CN> |  |
| Mapped to: <5G> |  |
| Kyocera 5G Devices: DuraForce Ultra 5G, DuraSport 5G, DuraForce PRO 3 |  |
| **Representative patent number:**<br>< US11184909B2> | *Standards*<br>*[1] TS 38.213 3GPP TSGR RAN 5G NR Physical Layer Procedures for Control (Release 16), v16.16.0 (2024-02)*<br>*[2] TS 38.300 3GPP TSGR RAN 5G NR NR and NG-RAN Overall description (Release 16), v16.14.0 (2023-10)*<br>*[3] TS 38.212 3GPP TSGR RAN 5G NR Multiplexing and Channel Coding (Release 16), v16.12.0 (2024-02)*<br>*[4] TS 38.214 3GPP TSGR RAN 5G NR Physical layer procedures for data (Release 16), v16.15.0 (2024-02)*<br>*[5] TS 38.211 3GPP TSGR RAN 5G NR Physical channels and modulation (Release 16), v16.10.0 (2022-07)*<br>*[6] TS 38.306 3GPP TSGR RAN 5G NR User Equipment (UE) radio access capabilities (Release 16), v16.15.0 (2024-02)* |
| 8. Preamble<br><br>A method for uplink (UL) transmission performed by a user equipment (UE), the method comprising: |    <br><br><br><br>https://www.kyoceramobile.com/rugged-devices/duraforce-pro-3 |

| | |
|---|---|
| | **5G ULTRA WIDEBAND + DUAL BAND (L1/L5) GPS**<br><br>DuraForce PRO 3 offers dual-frequency GPS with centimeter-level accuracy – even in urban canyons. Businesses relying on GPS-based applications and services benefit from improved operational efficiency, better decision-making, and enhanced customer satisfaction, making it a valuable asset for businesses in most industries.<br><br>[1]<br><br># 9 UE procedure for reporting control information<br><br>…<br><br>When a UE determines overlapping for PUCCH and/or PUSCH transmissions of different priority indexes other than PUCCH transmissions with SL HARQ-ACK reports before considering limitations for UE transmission as described in clauses 11.1, 11.1.1, 11.2A and 15, including repetitions if any, the UE first resolves the overlapping for PUCCH and/or PUSCH transmissions of smaller priority index as described in clauses 9.2.5 and 9.2.6. Then,<br><br>- if a transmission of a first PUCCH of larger priority index scheduled by a DCI format in a PDCCH reception would overlap in time with a repetition of a transmission of a second PUSCH or a second PUCCH of smaller priority index, the UE cancels the repetition of a transmission of the second PUSCH or the second PUCCH before the first symbol that would overlap with the first PUCCH transmission |
| Element 1;<br><br>performing a UL transmission; | [1]<br><br># 9 UE procedure for reporting control information<br><br>…<br><br>When a UE determines overlapping for PUCCH and/or PUSCH transmissions of different priority indexes other than PUCCH transmissions with SL HARQ-ACK reports before considering limitations for UE transmission as described in clauses 11.1, 11.1.1, 11.2A and 15, including repetitions if any, the UE first resolves the overlapping for PUCCH and/or PUSCH transmissions of smaller priority index as described in clauses 9.2.5 and 9.2.6. Then, |

| | |
|---|---|
| | - if a transmission of a first PUCCH of larger priority index scheduled by a DCI format in a PDCCH reception would overlap in time with a repetition of a transmission of a second PUSCH or a second PUCCH of smaller priority index, the UE cancels the repetition of a transmission of the second PUSCH or the second PUCCH before the first symbol that would overlap with the first PUCCH transmission<br><br>**[<New Radio IP LLC comment>: "performing a UL transmission" in the claim corresponds to "transmission of…a second PUCCH" in the standard.]** |
| Element 2;<br><br>receiving a physical downlink control channel (PDCCH) that schedules a first physical UL shared channel (PUSCH) duration; | [2]<br><br>## 5.3.1 Uplink transmission scheme<br><br>Two transmission schemes are supported for PUSCH: codebook based transmission and non-codebook based transmission.<br><br>For codebook based transmission, the gNB provides the UE with a transmit precoding matrix indication in the DCI. The UE uses the indication to select the PUSCH transmit precoder from the codebook. For non-codebook based transmission, the UE determines its PUSCH precoder based on wideband SRI field from the DCI.<br><br>A closed loop DMRS based spatial multiplexing is supported for PUSCH. For a given UE, up to 4 layer transmissions are supported. The number of code words is one. When transform precoding is used, only a single MIMO layer transmission is supported.<br><br>Transmission durations from 1 to 14 symbols in a slot is supported.<br><br>Aggregation of multiple slots with TB repetition is supported.<br><br>Two types of frequency hopping are supported, intra-slot frequency hopping, and in case of slot aggregation, inter-slot frequency hopping. Intra-slot and inter-slot frequency hopping are not supported when PRB interlace uplink transmission waveform is used.<br><br>PUSCH may be scheduled with DCI on PDCCH, or a semi-static configured grant may be provided over RRC, where two types of operation are supported:<br><br>- The first PUSCH is triggered with a DCI, with subsequent PUSCH transmissions following the RRC configuration and scheduling received on the DCI, or<br>- The PUSCH is triggered by data arrival to the UE's transmit buffer and the PUSCH transmissions follow the RRC configuration.<br><br>[3]<br><br>## 7.3 Downlink control information<br><br>… |

## 7.3.1 DCI formats

The DCI formats defined in table 7.3.1-1 are supported.

**Table 7.3.1-1: DCI formats**

| DCI format | Usage |
|---|---|
| 0_0 | Scheduling of PUSCH in one cell |
| 0_1 | Scheduling of one or multiple PUSCH in one cell, or indicating downlink feedback information for configured grant PUSCH (CG-DFI) |
| 0_2 | Scheduling of PUSCH in one cell |
| 1_0 | Scheduling of PDSCH in one cell |
| 1_1 | Scheduling of PDSCH in one cell, and/or triggering one shot HARQ-ACK codebook feedback |
| 1_2 | Scheduling of PDSCH in one cell |
| 2_0 | Notifying a group of UEs of the slot format, available RB sets, COT duration and search space set group switching |
| 2_1 | Notifying a group of UEs of the PRB(s) and OFDM symbol(s) where UE may assume no transmission is intended for the UE |
| 2_2 | Transmission of TPC commands for PUCCH and PUSCH |
| 2_3 | Transmission of a group of TPC commands for SRS transmissions by one or more UEs |
| 2_4 | Notifying a group of UEs of the PRB(s) and OFDM symbol(s) where UE cancels the corresponding UL transmission from the UE |
| 2_5 | Notifying the availability of soft resources as defined in Clause 9.3.1 of [10, TS 38.473] |
| 2_6 | Notifying the power saving information outside DRX Active Time for one or more UEs |
| 3_0 | Scheduling of NR sidelink in one cel |
| 3_1 | Scheduling of LTE sidelink in one cell |

[4]

# 5.1 UE procedure for receiving the physical downlink shared channel

…

## 5.1.2 Resource allocation

### 5.1.2.1 Resource allocation in time domain

When the UE is scheduled to receive PDSCH by a DCI, the *Time domain resource assignment* field value $m$ of the DCI provides a row index $m + 1$ to an allocation table. The determination of the used resource allocation table is defined in Clause 5.1.2.1.1. The indexed row defines the slot offset $K_0$, the start and length indicator $SLIV$, or directly the start symbol $S$ and the allocation length $L$, and the PDSCH mapping type to be assumed in the PDSCH reception.

Given the parameter values of the indexed row:

…

- The number of consecutive symbols $L$ counting from the starting symbol $S$ allocated for the PDSCH are determined from the start and length indicator $SLIV$:

if $(L-1) \leq 7$ then

$$SLIV = 14 \cdot (L - 1) + S$$

else

$$SLIV = 14 \cdot (14 - L + 1) + (14 - 1 - S)$$

where $0 < L \leq 14-S$, and

- the PDSCH mapping type is set to Type A or Type B as defined in Clause 7.4.1.1.2 of [4, TS 38.211].

The UE shall consider the $S$ and $L$ combinations defined in table 5.1.2.1-1 satisfying $S_0 + S + L \leq 14$ for normal cyclic prefix and $S_0 + S + L \leq 12$ for extended cyclic prefix as valid PDSCH allocations:

…

# 6.1 UE procedure for transmitting the physical uplink shared channel

…

## 6.1.2 Resource allocation

### 6.1.2.1 Resource allocation in time domain

When the UE is scheduled to transmit a transport block and no CSI report by a DCI or by a RAR UL grant or fallbackRAR UL grant, or the UE is scheduled to transmit a transport block and a CSI report(s) on PUSCH by a DCI, the '*Time domain resource assignment'* field value $m$ of the DCI or the *PUSCH time resource allocation* field value $m$ of the RAR UL grant or of the fallbackRAR UL grant provides a row index $m + 1$ to an allocated table. The determination of the used resource allocation table is defined in Clause 6.1.2.1.1. The indexed row defines the slot offset

$K_2$, the start and length indicator *SLIV*, or directly the start symbol *S* and the allocation length *L*, the PUSCH mapping type, and the number of repetitions (if *numberOfRepetitions* is present in the resource allocation table) to be applied in the PUSCH transmission.

…

## 6.4 UE PUSCH preparation procedure time

If the first uplink symbol in the PUSCH allocation for a transport block, including the DM-RS, as defined by the slot offset $K_2$ and the start $S$ and length $L$ of the PUSCH allocation indicated by '*Time domain resource assignment*' of the scheduling DCI and including the effect of the timing advance, is no earlier than at symbol $L_2$, where $L_2$ is defined as the next uplink symbol with its CP starting $T_{proc,2} = \max((N_2 + d_{2,1} + d_2)(2048 + 144) \cdot \kappa 2^{-\mu} \cdot T_c + T_{switch}, d_{2,2})$ after the end of the reception of the last symbol of the PDCCH carrying the DCI scheduling the PUSCH, then the UE shall transmit the transport block.

**[<New Radio IP LLC comment>: "receiving a PDCCH that schedules a first PUSCH duration" in the claim corresponds to "When…the UE is scheduled to transmit a transport block…on PUSCH by a DCI, the 'Time domain resource assignment' field value m of the DCI…provides a row index m+1 to an allocated table…the indexed row defines the slot offset K2, the start and length indicator SLIV, or directly the start symbol S and the allocation length L" in the standard. That is, the UE receives a PDCCH that includes a Downlink Control Information (DCI), such as a DCI with formats [0_0], [0_1] or [0_2]) that schedules a first PUSCH duration, i.e., Time Domain Resource Assignment which includes the SLIV indicator that indicates the start "S" and length "L" of the PUSCH allocation.]**

---

**Element 3.**

determining that the UL transmission overlaps with the first PUSCH duration in a time domain;

[2]

## 5.3 Uplink

…

## 5.3.5 Physical layer procedures

…

### 5.3.5.5 Prioritization of overlapping transmissions

PUSCH and PUCCH can be associated with a priority (high/low) by RRC or L1 signalling. If a PUCCH transmission overlaps in time with a transmission of a PUSCH or another PUCCH, only the PUCCH or PUSCH associated with a high priority can be transmitted.

| | |
|---|---|
| | [1]<br><br># 9 UE procedure for reporting control information<br><br>…<br><br>When a UE determines overlapping for PUCCH and/or PUSCH transmissions of different priority indexes other than PUCCH transmissions with SL HARQ-ACK reports before considering limitations for UE transmission as described in clauses 11.1, 11.1.1, 11.2A and 15, including repetitions if any, the UE first resolves the overlapping for PUCCH and/or PUSCH transmissions of smaller priority index as described in clauses 9.2.5 and 9.2.6. Then,<br><br>- if a transmission of a first PUCCH of larger priority index scheduled by a DCI format in a PDCCH reception would overlap in time with a repetition of a transmission of a second PUSCH or a second PUCCH of smaller priority index, the UE cancels the repetition of a transmission of the second PUSCH or the second PUCCH before the first symbol that would overlap with the first PUCCH transmission<br><br>- if a transmission of a first PUSCH of larger priority index scheduled by a DCI format in a PDCCH reception would overlap in time with a repetition of the transmission of a second PUCCH of smaller priority index, the UE cancels the repetition of the transmission of the second PUCCH before the first symbol that would overlap with the first PUSCH transmission<br><br>**[<New Radio IP LLC comment>: "determining that the UL transmission overlaps with the first PUSCH duration in a time domain" in the claim corresponds with "If a PUCCH transmission overlaps in time with a transmission of a PUSCH" and "if a transmission of a first PUSCH of larger priority index would overlap in time with a repetition of a second PUCCH" in the standard. That is, UE determines that the UL transmission (PUCCH) transmission overlaps with the first PUSCH duration (discussed above) in the time domain.]** |
| Element 4.<br><br>determining that the first PUSCH duration is prioritized over UL transmission; and | [2]<br><br># 5.3 Uplink<br><br>…<br><br>## 5.3.5 Physical layer procedures<br><br>…<br><br>### 5.3.5.5 Prioritization of overlapping transmissions<br>PUSCH and PUCCH can be associated with a priority (high/low) by RRC or L1 signalling. If a PUCCH transmission overlaps in time with a transmission of a PUSCH or another PUCCH, only the PUCCH or PUSCH associated with a high priority can be transmitted. |

| | [1]<br><br># 9 UE procedure for reporting control information<br><br>. . .<br><br>When a UE determines overlapping for PUCCH and/or PUSCH transmissions of different priority indexes other than PUCCH transmissions with SL HARQ-ACK reports before considering limitations for UE transmission as described in clauses 11.1, 11.1.1, 11.2A and 15, including repetitions if any, the UE first resolves the overlapping for PUCCH and/or PUSCH transmissions of smaller priority index as described in clauses 9.2.5 and 9.2.6. Then,<br><br>- if a transmission of a first PUCCH of larger priority index scheduled by a DCI format in a PDCCH reception would overlap in time with a repetition of a transmission of a second PUSCH or a second PUCCH of smaller priority index, the UE cancels the repetition of a transmission of the second PUSCH or the second PUCCH before the first symbol that would overlap with the first PUCCH transmission<br><br>- if a transmission of a first PUSCH of larger priority index scheduled by a DCI format in a PDCCH reception would overlap in time with a repetition of the transmission of a second PUCCH of smaller priority index, the UE cancels the repetition of the transmission of the second PUCCH before the first symbol that would overlap with the first PUSCH transmission<br><br>**[\<New Radio IP LLC comment\>: "determining that the first PUSCH duration is prioritized over UL transmission" in the claim corresponds to "if a transmission of a first PUSCH of larger priority index...would overlap in time with a repetition of the transmission of a second PUCCH of smaller priority index, the UE cancels the repetition of the transmission of the second PUCCH" in the standard. That is, the UE determines that the first PUSCH duration is prioritized over the UL transmission (PUCCH) if a transmission of a first PUSCH of larger priority index scheduled by a DCI format in a PDCCH reception would overlap in time with a repetition of the transmission of a second PUCCH of smaller priority index.]** |
| Element 5.<br><br>enabling cancellation of the UL transmission after a preconfigured time period which starts at an end of the PDCCH that schedules the first PUSCH duration, wherein: | [1]<br><br># 9 UE procedure for reporting control information<br><br>. . .<br><br>When a UE determines overlapping for PUCCH and/or PUSCH transmissions of different priority indexes other than PUCCH transmissions with SL HARQ-ACK reports before considering limitations for UE transmission as described in clauses 11.1, 11.1.1, 11.2A and 15, including repetitions if any, the UE first resolves the overlapping for PUCCH and/or PUSCH transmissions of smaller priority index as described in clauses 9.2.5 and 9.2.6. Then, |

8

| | |
|---|---|
| | - if a transmission of a first PUCCH of larger priority index scheduled by a DCI format in a PDCCH reception would overlap in time with a repetition of a transmission of a second PUSCH or a second PUCCH of smaller priority index, the UE cancels the repetition of a transmission of the second PUSCH or the second PUCCH before the first symbol that would overlap with the first PUCCH transmission<br><br>- if a transmission of a first PUSCH of larger priority index scheduled by a DCI format in a PDCCH reception would overlap in time with a repetition of the transmission of a second PUCCH of smaller priority index, the UE cancels the repetition of the transmission of the second PUCCH before the first symbol that would overlap with the first PUSCH transmission<br><br>where<br>- the overlapping is applicable before or after resolving overlapping among channels of larger priority index, if any, as described in clauses 9.2.5 and 9.2.6<br>- any remaining PUCCH and/or PUSCH transmission after overlapping resolution is subjected to the limitations for UE transmission as described in clauses 11.1, 11.1.1, 11.2A and 15<br>- the UE expects that the transmission of the first PUCCH or the first PUSCH, respectively, would not start before $T_{proc,2}$ after a last symbol of the corresponding PDCCH reception<br><br>**[\<New Radio IP LLC comment>: "enabling cancellation of the UL transmission" in the claim corresponds to "if a transmission of a first PUSCH of larger priority index would overlap in time with a repetition of the transmission of a second PUCCH of smaller priority index, the UE cancels the repetition of the transmission of the second PUCCH" in the standard. "after a preconfigured time period which starts at the end of the PDCCH that schedules the first PUSCH duration" in the claim corresponds to "the UE expects that the transmission of…the first PUSCH…would not start before $T_{proc,2}$ after a last symbol of the corresponding PDCCH reception" in the standard. That is, The UE enables cancellation of the repetition UL transmission after a preconfigured time period ($T_{proc.2}$) which starts at the last symbol (starts at the end) of the corresponding PDCCH reception that schedules the first PUSCH duration.  The UE cancels the repetition of the transmission of the second PUCCH (UL transmission) before the first symbol would overlap with the first PUSCH transmission.]** |
| Element 6.<br><br>the preconfigured time period is determined by a value selected from a plurality of values in a preconfigured lookup table, and | [4]<br><br>## 6.4 UE PUSCH preparation procedure time<br><br>If the first uplink symbol in the PUSCH allocation for a transport block, including the DM-RS, as defined by the slot offset $K_2$ and the start $S$ and length $L$ of the PUSCH allocation indicated by '*Time domain resource assignment*' of the scheduling DCI and including the effect of the timing advance, is no earlier than at symbol $L_2$, where $L_2$ is defined as the next uplink symbol with its CP starting $T_{proc,2} = \max((N_2 + d_{2,1} + d_2)(2048 + 144) \cdot \kappa 2^{-\mu} \cdot T_c + T_{switch}, d_{2,2})$ after the end of the reception of the last symbol of the PDCCH carrying the DCI scheduling the PUSCH, then the UE shall transmit the transport block.<br><br>- $N_2$ is based on $\mu$ of Table 6.4-1 and Table 6.4-2 for UE processing capability 1 and 2 respectively, where $\mu$ corresponds to the one of $(\mu_{DL}, \mu_{UL})$ resulting with the largest $T_{proc,2}$, where the $\mu_{DL}$ corresponds to the subcarrier spacing of the downlink with which the PDCCH carrying the DCI scheduling the PUSCH was transmitted and $\mu_{UL}$ corresponds to the subcarrier spacing of the uplink channel with which the PUSCH is to be transmitted, and $\kappa$ is defined in clause 4.1 of [4, TS 38.211]. |

…

**Table 6.4-1: PUSCH preparation time for PUSCH timing capability 1**

| $\mu$ | PUSCH preparation time $N_2$ [symbols] |
|---|---|
| 0 | 10 |
| 1 | 12 |
| 2 | 23 |
| 3 | 36 |

[<New Radio IP LLC comment>: "the preconfigured time period" in the claim corresponds to "$T_{proc,2}$ = max (($N_2$ + $d_{2,1}$ + $d_2$)(2048 + 144) · $\kappa 2^{-\mu}$ · $T_c$ + $T_{switch}$, $d_{2,2}$)" in the standard. "is determined by a value selected from a plurality of values" in the claim corresponds to "N2 is based on $\mu$… where $\mu$ corresponds to the one of ($\mu_{DL}$, $\mu_{UL}$) resulting with the largest $T_{proc,2}$" in the standard. "in a preconfigured lookup table" in the claim corresponds to "Table 6.4-1: PUSCH preparation time for PUSCH timing capability" in the standard. That is, the preconfigured time period (i.e., UE PUSCH preparation procedure time ($T_{proc.2}$)) is determined by the $\mu$ numerology, selected from a plurality of numerology values (0-3) in a preconfigured PUSCH preparation time for PUSCH timing capability lookup table.]

---

**Element 7.**

each of the plurality of values in the preconfigured lookup table corresponds to one subcarrier spacing (SCS).

---

[4]

# 6.4 UE PUSCH preparation procedure time

If the first uplink symbol in the PUSCH allocation for a transport block, including the DM-RS, as defined by the slot offset $K_2$ and the start $S$ and length $L$ of the PUSCH allocation indicated by '*Time domain resource assignment*' of the scheduling DCI and including the effect of the timing advance, is no earlier than at symbol $L_2$, where $L_2$ is defined as the next uplink symbol with its CP starting $T_{proc,2}$ = max (($N_2$ + $d_{2,1}$ + $d_2$)(2048 + 144) · $\kappa 2^{-\mu}$ · $T_c$ + $T_{switch}$, $d_{2,2}$)  after the end of the reception of the last symbol of the PDCCH carrying the DCI scheduling the PUSCH, then the UE shall transmit the transport block.

- $N_2$ is based on $\mu$ of Table 6.4-1 and Table 6.4-2 for UE processing capability 1 and 2 respectively, where $\mu$ corresponds to the one of ($\mu_{DL}$, $\mu_{UL}$) resulting with the largest $T_{proc,2}$, where the $\mu_{DL}$ corresponds to the subcarrier spacing of the downlink with which the PDCCH carrying the DCI scheduling the PUSCH was transmitted and $\mu_{UL}$ corresponds to the subcarrier spacing of the uplink channel with which the PUSCH is to be transmitted, and $\kappa$ is defined in clause 4.1 of [4, TS 38.211].

…

**Table 6.4-1: PUSCH preparation time for PUSCH timing capability 1**

| $\mu$ | PUSCH preparation time $N_2$ [symbols] |
|---|---|
| 0 | 10 |
| 1 | 12 |
| 2 | 23 |
| 3 | 36 |

[5]

## 4.2 Numerologies

Multiple OFDM numerologies are supported as given by Table 4.2-1 where _ and the cyclic prefix for a downlink or uplink bandwidth part are obtained from the higher-layer parameters *subcarrierSpacing* and *cyclicPrefix*, respectively.

**Table 4.2-1: Supported transmission numerologies.**

| $\mu$ | $\Delta f = 2^{\mu} \cdot 15[\text{kHz}]$ | Cyclic prefix |
|---|---|---|
| 0 | 15 | Normal |
| 1 | 30 | Normal |
| 2 | 60 | Normal, Extended |
| 3 | 120 | Normal |
| 4 | 240 | Normal |

[2]

## 5.1 Waveform, numerology and frame structure

The downlink transmission waveform is conventional OFDM using a Cyclic Prefix. The uplink transmission waveform is conventional OFDM using a CP with a transform precoding function performing DFT spreading that can be disabled or enabled. For operation with shared spectrum channel access, the uplink transmission waveform subcarrier mapping can map to subcarriers in one or more PRB interlaces.
…

The numerology is based on exponentially scalable sub-carrier spacing $\Delta f = 2^{\mu} \cdot 15[\text{kHz}]$ with $\mu=\{0,1,3,4\}$ for PSS, SSS and PBCH and $\mu=\{0,1,2,3\}$ for other channels. Normal CP is supported for all sub-carrier spacings, Extended CP is supported for $\mu=2$. 12 consecutive sub-carriers form a Physical Resource Block (PRB). Up to 275 PRBs are supported on a carrier.

**[<New Radio IP LLC comment>: "each of the plurality of values in the preconfigured lookup table" in the claim corresponds to "where $\mu$ corresponds to the one of ($\mu_{DL}$, $\mu_{UL}$)" in the standard. "corresponds to one subcarrier spacing (SCS)" in the claim corresponds to "$\mu_{UL}$ corresponds to the subcarrier spacing of the uplink channel with which the PUSCH is to be transmitted" in the standard. That is each of the plurality of numerologies of Mu ($\mu$) in the preconfigured table (discussed above) correspond to one Sub Carrier Spacing (SCS), where subcarrier spacing $\Delta f = 2^{\mu} \cdot 15[\text{kHz}]$]]**

| 9. The UE of claim 8, further comprising determining that the first PUSCH duration which is prioritized over the UL transmission is | [4]<br><br>## 6.4 UE PUSCH preparation procedure time |
|---|---|

| | |
|---|---|
| transmitted after the preconfigured time period which starts at the end of the PDCCH that schedules the first PUSCH duration. | If the first uplink symbol in the PUSCH allocation for a transport block, including the DM-RS, as defined by the slot offset $K_2$ and the start $S$ and length $L$ of the PUSCH allocation indicated by '*Time domain resource assignment*' of the scheduling DCI and including the effect of the timing advance, is no earlier than at symbol $L_2$, where $L_2$ is defined as the next uplink symbol with its CP starting $T_{proc,2} = \max ((N_2 + d_{2,1} + d_2)(2048 + 144) \cdot \kappa 2^{-\mu} \cdot T_c + T_{switch}, d_{2,2})$ after the end of the reception of the last symbol of the PDCCH carrying the DCI scheduling the PUSCH, then the UE shall transmit the transport block. |
| | **[\<New Radio IP LLC comment\>:** "determining that the first PUSCH duration which is prioritized over the UL transmission" in the claim corresponds to "[at] the first uplink symbol in the PUSCH allocation for a transport block,…the UE shall transmit the transport block" in the standard. "transmitted after the preconfigured time period" in the claim corresponds to "$T_{proc,2}$ " in the standard. "which starts at the end of the PDCCH that schedules the first PUSCH duration" in the claim corresponds to "after the end of the reception of the last symbol of the PDCCH carrying the DCI scheduling the PUSCH" in the standard.] |
| 12. The UE of claim 8, wherein the one SCS that corresponds to the selected value is associated with one of the first PUSCH duration and the PDCCH that schedules the first PUSCH duration. | [4]<br><br>## 6.4 UE PUSCH preparation procedure time<br><br>If the first uplink symbol in the PUSCH allocation for a transport block, including the DM-RS, as defined by the slot offset $K_2$ and the start $S$ and length $L$ of the PUSCH allocation indicated by '*Time domain resource assignment*' of the scheduling DCI and including the effect of the timing advance, is no earlier than at symbol $L_2$, where $L_2$ is defined as the next uplink symbol with its CP starting $T_{proc,2} = \max ((N_2 + d_{2,1} + d_2)(2048 + 144) \cdot \kappa 2^{-\mu} \cdot T_c + T_{switch}, d_{2,2})$ after the end of the reception of the last symbol of the PDCCH carrying the DCI scheduling the PUSCH, then the UE shall transmit the transport block.<br><br>- $N_2$ is based on $\mu$ of Table 6.4-1 and Table 6.4-2 for UE processing capability 1 and 2 respectively, where $\mu$ corresponds to the one of $(\mu_{DL}, \mu_{UL})$ resulting with the largest $T_{proc,2}$, where the $\mu_{DL}$ corresponds to the subcarrier spacing of the downlink with which the PDCCH carrying the DCI scheduling the PUSCH was transmitted and $\mu_{UL}$ corresponds to the subcarrier spacing of the uplink channel with which the PUSCH is to be transmitted, and $\kappa$ is defined in clause 4.1 of [4, TS 38.211].<br><br>**[\<New Radio IP LLC comment\>:** "the one SCS that corresponds to the selected value is associated with one of the first PUSCH duration and the PDCCH that schedules the first PUSCH duration" in the claim corresponds to "$\mu$ corresponds to the one of $(\mu_{DL}, \mu_{UL})$ resulting with the largest $Tproc,2$, where the $\mu_{DL}$ corresponds to the subcarrier spacing of the downlink with which the PDCCH carrying the DCI scheduling the PUSCH was transmitted and $\mu_{UL}$ corresponds to the subcarrier spacing of the uplink channel with which the PUSCH is to be transmitted" in the standard. That is, the SCS of the first PUSCH duration is $\mu_{UL}$ and the SCS of the PDCCH that schedules the first PUSCH duration is $\mu_{DL}$.] |
| 13. The UE of claim 8, wherein:<br><br>the preconfigured lookup table is selected from a set of one or more preconfigured lookup tables,<br><br>each preconfigured lookup table in the set is associated with a specific processing capability, and | [4]<br><br>## 6.4 UE PUSCH preparation procedure time<br><br>If the first uplink symbol in the PUSCH allocation for a transport block, including the DM-RS, as defined by the slot offset $K_2$ and the start $S$ and length $L$ of the PUSCH allocation indicated by '*Time domain resource assignment*' of the scheduling DCI and including the effect of the timing advance, is no earlier than at symbol $L_2$, where $L_2$ is defined as the next uplink symbol with its CP starting $T_{proc,2} = \max ((N_2 + d_{2,1} + d_2)(2048 + 144) \cdot \kappa 2^{-\mu} \cdot T_c + T_{switch}, d_{2,2})$ after the end of the reception of the last symbol of the PDCCH carrying the DCI scheduling the PUSCH, then the UE shall transmit the transport block. |

12

the selected preconfigured lookup table is associated with a current processing capability of the UE.

- $N_2$ is based on $\mu$ of Table 6.4-1 and Table 6.4-2 for UE processing capability 1 and 2 respectively, where $\mu$ corresponds to the one of $(\mu_{DL}, \mu_{UL})$ resulting with the largest $T_{proc,2}$, where the $\mu_{DL}$ corresponds to the subcarrier spacing of the downlink with which the PDCCH carrying the DCI scheduling the PUSCH was transmitted and $\mu_{UL}$ corresponds to the subcarrier spacing of the uplink channel with which the PUSCH is to be transmitted, and $\kappa$ is defined in clause 4.1 of [4, TS 38.211].

...

**Table 6.4-1: PUSCH preparation time for PUSCH timing capability 1**

| $\mu$ | PUSCH preparation time $N_2$ [symbols] |
|-------|-----------------------------------------|
| 0 | 10 |
| 1 | 12 |
| 2 | 23 |
| 3 | 36 |

**Table 6.4-2: PUSCH preparation time for PUSCH timing capability 2**

| $\mu$ | PUSCH preparation time $N_2$ [symbols] |
|-------|-----------------------------------------|
| 0 | 5 |
| 1 | 5.5 |
| 2 | 11 for frequency range 1 |

[6]

# 4.2 UE Capability Parameters

…

# 4.2.7 Physical layer parameters

…

13

| | |
|---|---|
| | **4.2.7.7** *FeatureSetUplink* parameters<br><br>…<br><br>***pusch-ProcessingType1-DifferentTB-PerSlot***<br>Indicates whether the UE capable of processing time capability 1 supports transmission of up to two, four or seven unicast PUSCHs for several transport blocks in one serving cell within the same slot per CC that are multiplexed in time domain only.<br><br>***pusch-ProcessingType2***<br>Indicates whether the UE supports PUSCH processing capability 2. The UE supports it only if all serving cells are self-scheduled and if all serving cells in one band on which the network configured processingType2 use the same subcarrier spacing. This capability signalling comprises the following parameters for each subcarrier spacing supported by the UE.<br><br>**[<New Radio IP LLC comment>: "the preconfigured lookup table is selected from a set of one or more preconfigured lookup tables" in the claim corresponds to "$N2$ is based on $\mu$ of Table 6.4-1 and Table 6.4-2" in the standard. "each preconfigured lookup table in the set is associated with a specific processing capability" in the claim corresponds to "UE processing capability 1 and 2 respectively" in the standard. "the selected preconfigured lookup table is associated with a current processing capability of the UE" in the claim corresponds to "pusch-processingType1 indicates whether the UE capable of processing time capability 1" and "pusch-ProcessingType2 indicates whether the UE supports PUSCH processing capability 2" in the standard.]** |

14