# EXHIBIT 7

| | |
|---|---|
| *Company name: <New Radio IP LLC>*<br>*Patent Family Number: <001>*<br>*Granted: <US, KR, EP, CN>*<br>*Pending: <JP>*<br>*Mapped to: <5G>*<br>*Kyocera 5G Devices*: DuraForce Ultra 5G, DuraSport 5G, DuraForce PRO 3 | |
| **Representative patent number:**<br><USUS11265915B2> | *Standards*<br>*[1] TS 38.321 3GPP TSGR RAN 5G NR Medium Access Control (MAC) Protocol Specification (Release 16), v16.13.0 (2023-10)* |
| 1. A method performed by a User Equipment (UE), the method comprising: | The Accused Instrumentality is a 5G device that practices an adaptive Scheduling Request (SR) procedure.<br><br>   <br><br>**DuraForce PRO 3**<br><br>**Rugged Devices For Work.**<br>**Smart Solutions For Business.**<br><br>Keep teams connected and productive with rugged hardware backed by Kyocera's complete solution ecosystem and best-in-class support.<br><br>**How to buy**<br><br><br><br>https://www.kyoceramobile.com/rugged-devices/duraforce-pro-3 |

| | |
|---|---|
| | **5G ULTRA WIDEBAND + DUAL BAND (L1/L5) GPS**<br><br>DuraForce PRO 3 offers dual-frequency GPS with centimeter-level accuracy – even in urban canyons. Businesses relying on GPS-based applications and services benefit from improved operational efficiency, better decision-making, and enhanced customer satisfaction, making it a valuable asset for businesses in most industries.<br><br>**[<New Radio IP comment>: Preamble is not limiting save that the following be performed by a User Equipment]** |
| Element 1;<br><br>triggering, by a Medium Access Control (MAC) entity, a first Scheduling Request (SR) procedure for a first logical channel; | [1]<br><br>## 5.4 UL-SCH data transfer<br><br>…<br><br>### 5.4.4 Scheduling Request<br><br>The Scheduling Request (SR) is used for requesting UL-SCH resources for new transmission.<br><br>The MAC entity may be configured with zero, one, or more SR configurations. An SR configuration consists of a set of PUCCH resources for SR across different BWPs and cells. For a logical channel or for SCell beam failure recovery (see clause 5.17) and for consistent LBT failure recovery (see clause 5.21), at most one PUCCH resource for SR is configured per BWP.<br><br>Each SR configuration corresponds to one or more logical channels and/or to SCell beam failure recovery and/or to consistent LBT failure recovery. Each logical channel, SCell beam failure recovery, and consistent LBT failure recovery, may be mapped to zero or one SR configuration, which is configured by RRC. The SR configuration of the logical channel that triggered a BSR (clause 5.4.5) or the SCell beam failure recovery or the consistent LBT failure recovery (clause 5.21) (if such a configuration exists) is considered as corresponding SR configuration for the triggered SR. Any SR configuration may be used for an SR triggered by Pre-emptive BSR (clause 5.4.7).<br><br>…<br><br>The MAC entity shall for each pending SR not triggered according to the BSR procedure (clause 5.4.5) for a Serving Cell: |

| | |
|---|---|
| | …<br><br>Only PUCCH resources on a BWP which is active at the time of SR transmission occasion are considered valid.<br><br>As long as at least one SR is pending, the MAC entity shall for each pending SR:<br><br>    1> if the MAC entity has no valid PUCCH resource configured for the pending SR:<br><br>        2> initiate a Random Access procedure (see clause 5.1) on the SpCell and cancel the pending SR.<br><br>**[<New Radio IP LLC comment>: "triggering, by a Medium Access Control (MAC) entity, a first Scheduling Request (SR) procedure" in the claim corresponds to "the MAC entity shall for each pending SR not triggered according to the BSR procedure" in the standard. That is, the first SR procedure triggered by the MAC entity is an SR *not* triggered according to the BSR procedure. "for a first logical channel" in the claim corresponds to "Each logical channel…may be mapped to zero or one SR configuration" in the standard.]** |
| Element 2;<br><br>==triggering, by the MAC entity, a second SR procedure for a second logical channel==; and | [1]<br># 5.4 UL-SCH data transfer<br><br>…<br><br>## 5.4.4 Scheduling Request<br>…<br><br>==All pending SR(s) for BSR triggered according to the BSR procedure (clause 5.4.5)== prior to the MAC PDU assembly shall be cancelled and each respective *sr-ProhibitTimer* shall be stopped when the MAC PDU is transmitted and this PDU includes a Long or Short BSR MAC CE which contains buffer status up to (and including) the last event that triggered a BSR (see clause 5.4.5) prior to the MAC PDU assembly. All pending SR(s) for BSR triggered according to the BSR procedure (clause 5.4.5) shall be cancelled and each respective *sr-ProhibitTimer* shall be stopped when the UL grant(s) can accommodate all pending data available for transmission.<br><br>...<br><br>## 5.4.5 Buffer Status Reporting<br><br>... |

For BSR triggered by *retxBSR-Timer* expiry, the MAC entity considers that the logical channel that triggered the BSR is the highest priority logical channel that has data available for transmission at the time the BSR is triggered.

The MAC entity shall:

> 1> if the Buffer Status reporting procedure determines that at least one BSR has been triggered and not cancelled:
>
> > ...
> >
> > > 2> if a Regular BSR has been triggered and *logicalChannelSR-DelayTimer* is not running:
> > >
> > > > 3> if there is no UL-SCH resource available for a new transmission; or
> > > >
> > > > 3> if the MAC entity is configured with configured uplink grant(s) and the Regular BSR was triggered for a logical channel for which *logicalChannelSR-Mask* is set to *false*; or
> > > >
> > > > 3> if the UL-SCH resources available for a new transmission do not meet the LCP mapping restrictions (see clause 5.4.3.1) configured for the logical channel that triggered the BSR:
> > > >
> > > > > 4> trigger a Scheduling Request.

**[<New Radio IP LLC comment>: "triggering, by the MAC entity, a second SR procedure for a second logical channel" in the claim corresponds to "All pending SR(s) for BSR triggered according to the BSR procedure (clause 5.4.5)" and "The MAC entity shall…if a regular BSR has been triggered…trigger a Scheduling Request" in the standard. That is, the second SR procedure triggered by the MAC entity *is* triggered according to the BSR procedure.]**

| | |
|---|---|
| Element 3.<br><br>in response to triggering the first SR procedure,<br>initiating, by the MAC entity, a Random Access (RA) procedure, and | [1]<br><br># 5.4 UL-SCH data transfer<br><br>…<br><br>## 5.4.4 Scheduling Request<br><br>…<br><br>As long as at least one SR is pending, the MAC entity shall for each pending SR:<br><br>> 1> if the MAC entity has no valid PUCCH resource configured for the pending SR: |

| | |
|---|---|
| | 2> initiate a Random Access procedure (see clause 5.1) on the SpCell and cancel the pending SR.<br><br>**[<New Radio IP LLC comment>: "in response to triggering the first SR procedure, initiating, by the MAC entity, a Random Access (RA) procedure" in the claim refers to "initiating a Random Access procedure" in response to a SR triggered by a "MAC entity with no valid PUCCH resource configured for the pending SR" in the standard.]** |
| Element 4.<br><br>canceling, by the MAC entity, the first SR procedure without canceling the second SR procedure. | [1]<br><br># 5.4 UL-SCH data transfer<br><br>…<br><br>## 5.4.4 Scheduling Request<br><br>…<br><br>If an SR is triggered and there are no other SRs pending corresponding to the same SR configuration, the MAC entity shall set the *SR_COUNTER* of the corresponding SR configuration to 0.<br><br>When an SR is triggered, it shall be considered as pending until it is cancelled.<br><br>…<br><br>As long as at least one SR is pending, the MAC entity shall for each pending SR:<br><br>1> if the MAC entity has no valid PUCCH resource configured for the pending SR:<br><br>2> initiate a Random Access procedure (see clause 5.1) on the SpCell and cancel the pending SR.<br><br>**[<New Radio IP LLC comment>: "cancelling, by the MAC entity, the first SR procedure" in the claim refers to "As long as at least one SR is pending, the MAC entity shall for each pending SR…initiate a Random Access procedure…on the SpCell and cancel the pending SR" in the standard. "without cancelling the second SR procedure" in the claim corresponds to "When an SR is triggered, it shall be considered as pending until it is cancelled" in the standard. That is, the MAC entity shall address** |

| | each pending SR before cancelling that SR. Therefore, in a case of a first and second SR, the MAC entity will not cancel the second SR (SR corresponding to the BSR procedure) when cancelling the first (SR not corresponding to the BSR procedure).] |
|---|---|
| 2. The method of claim 1, wherein the first logical channel is not mapped to any SR configuration received by the UE from a base station through a downlink Radio Resource Control (RRC) message. | [1]<br><br>## 5.4 UL-SCH data transfer<br><br>…<br><br>### 5.4.4 Scheduling Request<br><br>The Scheduling Request (SR) is used for requesting UL-SCH resources for new transmission.<br><br>The MAC entity may be configured with zero, one, or more SR configurations. An SR configuration consists of a set of PUCCH resources for SR across different BWPs and cells. For a logical channel or for SCell beam failure recovery (see clause 5.17) and for consistent LBT failure recovery (see clause 5.21), at most one PUCCH resource for SR is configured per BWP.<br><br>Each SR configuration corresponds to one or more logical channels and/or to SCell beam failure recovery and/or to consistent LBT failure recovery. Each logical channel, SCell beam failure recovery, and consistent LBT failure recovery, may be mapped to zero or one SR configuration, which is configured by RRC. The SR configuration of the logical channel that triggered a BSR (clause 5.4.5) or the SCell beam failure recovery or the consistent LBT failure recovery (clause 5.21) (if such a configuration exists) is considered as corresponding SR configuration for the triggered SR. Any SR configuration may be used for an SR triggered by Pre-emptive BSR (clause 5.4.7).<br><br>**[<New Radio IP LLC comment>: "wherein the first logical channel is not mapped to any SR configuration" in the claim refers to "Each logical channel…may be mapped to zero or one SR configuration" in the standard. "received by the UE from the base station through a downlink Radio Resource Control (RRC) message" in the claim corresponds to "which is configured by RRC" in the standard.]** |
| 3. The method of claim 1, wherein the first logical channel is not configured with a valid Physical Uplink Control Channel (PUCCH) resource for the first SR procedure on an active Bandwidth Part (BWP). | [1]<br><br>## 5.4 UL-SCH data transfer<br><br>…<br><br>### 5.4.4 Scheduling Request |

The Scheduling Request (SR) is used for requesting UL-SCH resources for new transmission.

The MAC entity may be configured with zero, one, or more SR configurations. An SR configuration consists of a set of PUCCH resources for SR across different BWPs and cells. For a logical channel or for SCell beam failure recovery (see clause 5.17) and for consistent LBT failure recovery (see clause 5.21), at most one PUCCH resource for SR is configured per BWP.

Each SR configuration corresponds to one or more logical channels and/or to SCell beam failure recovery and/or to consistent LBT failure recovery. Each logical channel, SCell beam failure recovery, and consistent LBT failure recovery, may be mapped to zero or one SR configuration, which is configured by RRC. The SR configuration of the logical channel that triggered a BSR (clause 5.4.5) or the SCell beam failure recovery or the consistent LBT failure recovery (clause 5.21) (if such a configuration exists) is considered as corresponding SR configuration for the triggered SR. Any SR configuration may be used for an SR triggered by Pre-emptive BSR (clause 5.4.7).

. . .

As long as at least one SR is pending, the MAC entity shall for each pending SR:
    1> if the MAC entity has no valid PUCCH resource configured for the pending SR:
        2> initiate a Random Access procedure (see clause 5.1) on the SpCell and cancel the pending SR.

**[<New Radio IP LLC comment>: "wherein the first logical channel is not configured with a valid Physical Uplink Control Channel (PUCCH) resource for the first SR procedure" in the claim corresponds to "if the MAC entity has no valid PUCCH resource configured for the pending SR" in the standard. "on an active Bandwidth Part (BWP)" in the claim corresponds to "For a logical channel…at most one PUCCH resource for SR is configured per BWP" in the standard.]**

7