# EXHIBIT 8

| | |
|---|---|
| *Company name: <New Radio IP LLC>*<br>*Patent Family Number: <006>*<br>*Granted: <EP, JP>*<br>*Pending: < JP, CN, KR>*<br>*Mapped to: <5G>*<br>*Kyocera 5G Devices*: DuraForce Ultra 5G, DuraSport 5G, DuraForce PRO 3 | |
| **Representative patent number:**<br><US 11,272,561 B2> | *Standards*<br>*[1] TS 38.321 3GPP TSGR RAN 5G NR Medium Access Control (MAC) Protocol Specification (Release 16), v16.14.0 (2024-02)*<br>*[2] TS 38.331 3GPP TSGR RAN 5G NR Radio Resource Control (RRC) Protocol Specification (Release 16), v16.14.0 (2023-10)*<br>*[3] TS 38.300 3GPP TSGR RAN 5G NR and NG-RAN Overall Description; Stage 2 (Release 16), v16.14.0 (2023-10)* |
| 6. A method performed by a User Equipment (UE), the method comprising: |    <br><br>**DuraForce PRO 3**<br><br>**Rugged Devices For Work.**<br>**Smart Solutions For Business.**<br><br>Keep teams connected and productive with rugged hardware backed by Kyocera's complete solution ecosystem and best-in-class support.<br><br>How to buy<br><br><br><br>https://www.kyoceramobile.com/rugged-devices/duraforce-pro-3 |

**5G ULTRA WIDEBAND + DUAL BAND (L1/L5) GPS**

DuraForce PRO 3 offers dual-frequency GPS with centimeter-level accuracy – even in urban canyons. Businesses relying on GPS-based applications and services benefit from improved operational efficiency, better decision-making, and enhanced customer satisfaction, making it a valuable asset for businesses in most industries.

[1]

## 4.1 Introduction

The objective of this clause is to describe the MAC architecture and the MAC entity of the UE from a functional point of view.

…

## 5.17 Beam Failure Detection and Recovery procedure

The MAC entity may be configured by RRC per Serving Cell with a beam failure recovery procedure which is used for indicating to the serving gNB of a new SSB or CSI-RS when beam failure is detected on the serving SSB(s)/CSI-RS(s). Beam failure is detected by counting beam failure instance indication from the lower layers to the MAC entity. If *beamFailureRecoveryConfig* is reconfigured by upper layers during an ongoing Random Access procedure for beam failure recovery for SpCell, the MAC entity shall stop the ongoing Random Access procedure and initiate a Random Access procedure using the new configuration.

RRC configures the following parameters in the *BeamFailureRecoveryConfig*, *BeamFailureRecoverySCellConfig*, *BeamFailureRecoveryServingCellConfig* and the *RadioLinkMonitoringConfig* for the Beam Failure Detection and Recovery procedure:

…

The MAC entity shall:

2

| | |
|---|---|
| | 1> if the Beam Failure Recovery procedure determines that at least one BFR has been triggered and not cancelled for an SCell for which evaluation of the candidate beams according to the requirements as specified in TS 38.133 [11] has been completed and if none of the Serving Cell(s) of this MAC entity are configured with two BFD-RS sets:<br><br>2> if UL-SCH resources are available for a new transmission and if the UL-SCH resources can accommodate the BFR MAC CE plus its subheader as a result of LCP:<br><br>3> instruct the Multiplexing and Assembly procedure to generate the BFR MAC CE.<br><br>2> else if UL-SCH resources are available for a new transmission and if the UL-SCH resources can accommodate the Truncated BFR MAC CE plus its subheader as a result of LCP:<br><br>3> instruct the Multiplexing and Assembly procedure to generate the Truncated BFR MAC CE.<br><br>2> else:<br><br>3> trigger the SR for SCell beam failure recovery for each SCell for which BFR has been triggered, not cancelled, and for which evaluation of the candidate beams according to the requirements as specified in TS 38.133 [11] has been completed.<br><br>**\<New Radio IP comment\>: "User Equipment (UE)" in the claim corresponds to "UE" and "MAC entity of the UE" in the standard.** |
| Element 1;<br><br>performing at least one Beam Failure Recovery (BFR) procedure including:<br><br>transmitting a Medium Access Control (MAC) Control Element (CE) for BFR to a base station, | [1]<br><br># 5.17 Beam Failure Detection and Recovery procedure<br><br>The MAC entity may be configured by RRC per Serving Cell with a beam failure recovery procedure which is used for indicating to the serving gNB of a new SSB or CSI-RS when beam failure is detected on the serving SSB(s)/CSI-RS(s). Beam failure is detected by counting beam failure instance indication from the lower layers to the MAC entity. If *beamFailureRecoveryConfig* is reconfigured by upper layers during an ongoing Random Access procedure for beam failure recovery for SpCell, the MAC entity shall stop the ongoing Random Access procedure and initiate a Random Access procedure using the new configuration.<br><br>RRC configures the following parameters in the *BeamFailureRecoveryConfig*, *BeamFailureRecoverySCellConfig*, *BeamFailureRecoveryServingCellConfig* and the *RadioLinkMonitoringConfig* for the Beam Failure Detection and Recovery procedure:<br><br>…<br><br>The MAC entity shall:<br><br>1> if the Beam Failure Recovery procedure determines that at least one BFR has been triggered and not cancelled for an SCell for which evaluation of the candidate beams according to the requirements as specified in TS 38.133 [11] has been completed: |

| | |
|---|---|
| | 2> if UL-SCH resources are available for a new transmission and if the UL-SCH resources can accommodate the BFR MAC CE plus its subheader as a result of LCP:<br><br>    3> instruct the Multiplexing and Assembly procedure to generate the BFR MAC CE.<br><br>2> else if UL-SCH resources are available for a new transmission and if the UL-SCH resources can accommodate the Truncated BFR MAC CE plus its subheader as a result of LCP:<br><br>    3> instruct the Multiplexing and Assembly procedure to generate the Truncated BFR MAC CE.<br><br>2> else:<br><br>    3> trigger the SR for SCell beam failure recovery for each SCell for which BFR has been triggered, not cancelled, and for which evaluation of the candidate beams according to the requirements as specified in TS 38.133 [11] has been completed.<br><br>All BFRs triggered for an SCell shall be cancelled when a MAC PDU is transmitted and this PDU includes a BFR MAC CE or Truncated BFR MAC CE which contains beam failure information of that SCell.<br><br>**[<New Radio IP comment>: "performing at least one Beam Failure Recovery (BFR) procedure" in the claim corresponds to "beam failure recovery procedure" in the standard. "including: transmitting a Medium Access Control (MAC) Control Element (CE) for BFR to a base station" in the claim corresponds to "2> if UL-SCH resources are available for a new transmission and if the UL-SCH resources can accommodate the BFR MAC CE" … "generate BFR MAC CE. 2> else if UL-SCH resources are available for a new transmission and if the UL-SCH resources can accommodate the Truncated BFR MAC" … "generate BFR MAC CE." and "a MAC PDU is transmitted and this PDU includes a BFR MAC CE or Truncated BFR MAC CE which contains beam failure information of that SCell" in the standard.]** |
| Element 2;<br><br>wherein the MAC CE for BFR includes:<br><br>a cell information field indicating information of a serving cell in which the BFR procedure is triggered; and | [1]<br># 6.1 Protocol Data Units\<br>…<br><br>## 6.1.3 MAC Control Elements (CEs)<br>…<br><br>### 6.1.3.23 BFR MAC CEs<br>The MAC CEs for BFR consists of either:<br><br>- BFR MAC CE; or<br><br>- Truncated BFR MAC CE.<br><br>… |

The fields in the BFR MAC CEs are defined as follows:

- SP: This field indicates beam failure detection (as specified in clause 5.17) for the SpCell of this MAC entity. The SP field is set to 1 to indicate that beam failure is detected for SpCell only when BFR MAC CE or Truncated BFR MAC CE is to be included into a MAC PDU as part of Random Access Procedure (as specified in 5.1.3a and 5.1.4), otherwise, it is set to 0;

- $C_i$ (BFR MAC CE): This field indicates beam failure detection (as specified in clause 5.17) and the presence of an octet containing the AC field for the SCell with *ServCellIndex* i as specified in TS 38.331 [5]. The $C_i$ field set to 1 indicates that beam failure is detected, the evaluation of the candidate beams according to the requirements as specified in TS 38.133 [11] has been completed, and the octet containing the AC field is present for the SCell with *ServCellIndex* i. The $C_i$ field set to 0 indicates that the beam failure is either not detected or the beam failure is detected but the evaluation of the candidate beams according to the requirements as specified in TS 38.133 [11] has not been completed, and the octet containing the AC field is not present for the SCell with *ServCellIndex* i. The octets containing the AC field are present in ascending order based on the *ServCellIndex*;

- $C_i$ (Truncated BFR MAC CE): This field indicates beam failure detection (as specified in clause 5.17) for the SCell with *ServCellIndex* i as specified in TS 38.331 [5]. The $C_i$ field set to 1 indicates that beam failure is detected, the evaluation of the candidate beams according to the requirements as specified in TS 38.133 [11] has been completed, and the octet containing the AC field for the SCell with *ServCellIndex* i may be present. The $C_i$ field set to 0 indicates that the beam failure is either not detected or the beam failure is detected but the evaluation of the candidate beams according to the requirements as specified in TS 38.133 [11] has not been completed, and the octet containing the AC field is not present for the SCell with *ServCellIndex* i. The octets containing the AC field, if present, are included in ascending order based on the *ServCellIndex*. The number of octets containing the AC field included is maximised, while not exceeding the available grant size;

NOTE: The number of the octets containing the AC field in the Truncated BFR MAC CE can be zero.

- AC: This field indicates the presence of the Candidate RS ID field in this octet. If at least one of the SSBs with SS-RSRP above *rsrp-ThresholdBFR* amongst the SSBs in *candidateBeamRSSCellList* or the CSI-RSs with CSIRSRP above *rsrp-ThresholdBFR* amongst the CSI-RSs in *candidateBeamRSSCellList* is available, the AC field is set to 1; otherwise, it is set to 0. If the AC field set to 1, the Candidate RS ID field is present. If the AC field set to 0, R bits are present instead;

- Candidate RS ID: This field is set to the index of an SSB with SS-RSRP above *rsrp-ThresholdBFR* amongst the SSBs in *candidateBeamRSSCellList* or to the index of a CSI-RS with CSI-RSRP above *rsrp-ThresholdBFR* amongst the CSI-RSs in *candidateBeamRSSCellList*. Index of an SSB or CSI-RS is the index of an entry in *candidateBeamRSSCellList* corresponding to the SSB or CSI-RS. Index 0 corresponds to the first entry in the *candidateBeamRSSCellList*, index 1 corresponds to the second entry in the list and so on. The length of this field is 6 bits.

- R: Reserved bit, set to 0.

| $C_7$ | $C_6$ | $C_5$ | $C_4$ | $C_3$ | $C_2$ | $C_1$ | SP |
|---|---|---|---|---|---|---|---|
| AC | R | Candidate RS ID or R bits | | | | | |

...

| AC | R | Candidate RS ID or R bits |
|---|---|---|

**Figure 6.1.3.23-1: BFR and Truncated BFR MAC CE with one octet $C_i$ field**

| $C_7$ | $C_6$ | $C_5$ | $C_4$ | $C_3$ | $C_2$ | $C_1$ | SP |
|---|---|---|---|---|---|---|---|
| $C_{15}$ | $C_{14}$ | $C_{13}$ | $C_{12}$ | $C_{11}$ | $C_{10}$ | $C_9$ | $C_8$ |
| $C_{23}$ | $C_{22}$ | $C_{21}$ | $C_{20}$ | $C_{19}$ | $C_{18}$ | $C_{17}$ | $C_{16}$ |
| $C_{31}$ | $C_{30}$ | $C_{29}$ | $C_{28}$ | $C_{27}$ | $C_{26}$ | $C_{25}$ | $C_{24}$ |
| AC | R | Candidate RS ID or R bits | | | | | |

...

| AC | R | Candidate RS ID or R bits | | | | | |

**Figure 6.1.3.23-2: BFR and Truncated BFR MAC CE with four octets $C_i$ field**

[2]

# 6.3 RRC information elements

…

## 6.3.2 Radio resource control information elements

…

– *BeamFailureRecoverySCellConfig*

The IE *BeamFailureRecoverySCellConfig* is used to configure the UE with candidate beams for beam failure recovery in case of beam failure detection in SCell. See also TS 38.321 [3], clause 5.17.

**_BeamFailureRecoverySCellConfig_ information element**

```
-- ASN1START
-- TAG-BEAMFAILURERECOVERYSCELLCONFIG-START

BeamFailureRecoverySCellConfig-r16 ::= SEQUENCE {
    rsrp-ThresholdBFR-r16                       RSRP-Range                              OPTIONAL, -- Need M
    candidateBeamRSSCellList-r16                SEQUENCE (SIZE(1..maxNrofCandidateBeams-r16)) OF CandidateBeamRS-r16
                                                                                        OPTIONAL, -- Need M

    ...
}

CandidateBeamRS-r16 ::=                 SEQUENCE {
    candidateBeamConfig-r16                 CHOICE {
        ssb-r16                                 SB-Index,
        csi-RS-r16                              NZP-CSI-RS-ResourceId
    },
    servingCellId                           ServCellIndex                               OPTIONAL -- Need R
}

-- TAG-BEAMFAILURERECOVERYSCELLCONFIG-STOP
-- ASN1STOP
```

| _BeamFailureRecoverySCellConfig_ field descriptions |
|---|
| **_candidateBeamConfig_** <br> Indicates the resource (i.e. SSB or CSI-RS) defining this beam resource. |
| **_candidateBeamRSSCellList_** <br> A list of reference signals (CSI-RS and/or SSB) identifying the candidate beams for recovery. The network always configures this parameter in every instance of this IE. |
| **_rsrp-ThresholdBFR_** <br> L1-RSRP threshold used for determining whether a candidate beam may be included by the UE in BFR MAC CE (see TS 38.213 [13], clause 6). The network always configures this parameter in every instance of this IE. |
| **_servingCellId_** <br> If the field is absent, the RS belongs to the serving cell in which this _BeamFailureSCellRecoveryConfig_ is configured |

**<New Radio IP LLC comment>: "wherein the MAC CE for BFR includes: a cell information field indicating information of a serving cell in which the BFR procedure is triggered" in the claim corresponds to "The fields in the BFR MAC CEs are defined as follows:" … "Ci (BFR MAC CE):" … "the presence of an octet containing the AC field for the SCell with ServCellIndex i" … "The Ci field set to 1 indicates that beam failure is detected" … "and the octet containing the AC field is present for the SCell with ServCellIndex i" in the standard. ServCellIndex corresponds to the element ServingCellId having the description: "If the field is absent, the RS belongs to the serving cell in which the BeamFailureSCellRecoveryConfig is configured."]**

---

| | |
|---|---|
| Element 3; <br><br> a presence indicator field indicating whether an identity of a preferred Reference Signal (RS) for BFR is | [1] <br> # 6.1 Protocol Data Units\ <br><br> … |

8

included in the MAC CE for BFR, the preferred RS being associated with the serving cell.

# 6.1.3 MAC Control Elements (CEs)

…

## 6.1.3.23 BFR MAC CEs

The MAC CEs for BFR consists of either:

- BFR MAC CE; or

- Truncated BFR MAC CE.

…

The fields in the BFR MAC CEs are defined as follows:

- SP: This field indicates beam failure detection (as specified in clause 5.17) for the SpCell of this MAC entity. The SP field is set to 1 to indicate that beam failure is detected for SpCell only when BFR MAC CE or Truncated BFR MAC CE is to be included into a MAC PDU as part of Random Access Procedure (as specified in 5.1.3a and 5.1.4), otherwise, it is set to 0;

- $C_i$ (BFR MAC CE): This field indicates beam failure detection (as specified in clause 5.17) and the presence of an octet containing the AC field for the SCell with *ServCellIndex* i as specified in TS 38.331 [5]. The $C_i$ field set to 1 indicates that beam failure is detected, the evaluation of the candidate beams according to the requirements as specified in TS 38.133 [11] has been completed, and the octet containing the AC field is present for the SCell with *ServCellIndex* i. The $C_i$ field set to 0 indicates that the beam failure is either not detected or the beam failure is detected but the evaluation of the candidate beams according to the requirements as specified in TS 38.133 [11] has not been completed, and the octet containing the AC field is not present for the SCell with *ServCellIndex* i. The octets containing the AC field are present in ascending order based on the *ServCellIndex*;

- $C_i$ (Truncated BFR MAC CE): This field indicates beam failure detection (as specified in clause 5.17) for the SCell with *ServCellIndex* i as specified in TS 38.331 [5]. The $C_i$ field set to 1 indicates that beam failure is detected, the evaluation of the candidate beams according to the requirements as specified in TS 38.133 [11] has been completed, and the octet containing the AC field for the SCell with *ServCellIndex* i may be present. The $C_i$ field set to 0 indicates that the beam failure is either not detected or the beam failure is detected but the evaluation of the candidate beams according to the requirements as specified in TS 38.133 [11] has not been completed, and the octet containing the AC field is not present for the SCell with *ServCellIndex* i. The octets containing the AC field, if present, are included in ascending order based on the *ServCellIndex*. The number of octets containing the AC field included is maximised, while not exceeding the available grant size;

NOTE: The number of the octets containing the AC field in the Truncated BFR MAC CE can be zero.

- AC: This field indicates the presence of the Candidate RS ID field in this octet. If at least one of the SSBs with SS-RSRP above *rsrp-ThresholdBFR* amongst the SSBs in *candidateBeamRSSCellList* or the CSI-RSs with CSIRSRP above *rsrp-ThresholdBFR* amongst the CSI-RSs in *candidateBeamRSSCellList* is available, the AC field is set to 1; otherwise, it is set to 0. If the AC field set to 1, the Candidate RS ID field is present. If the AC field set to 0, R bits are present instead;

- Candidate RS ID: This field is set to the index of an SSB with SS-RSRP above *rsrp-ThresholdBFR* amongst the SSBs in *candidateBeamRSSCellList* or to the index of a CSI-RS with CSI-RSRP above *rsrp-ThresholdBFR* amongst the CSI-RSs in *candidateBeamRSSCellList*. Index of an SSB or CSI-RS is the index of an entry in *candidateBeamRSSCellList* corresponding to the SSB or CSI-RS. Index 0 corresponds to the first entry in the *candidateBeamRSSCellList*, index 1 corresponds to the second entry in the list and so on. The length of this field is 6 bits.

- R: Reserved bit, set to 0.



**Figure 6.1.3.23-1: BFR and Truncated BFR MAC CE with one octet $C_i$ field**

| $C_7$ | $C_6$ | $C_5$ | $C_4$ | $C_3$ | $C_2$ | $C_1$ | SP |
|---|---|---|---|---|---|---|---|
| $C_{15}$ | $C_{14}$ | $C_{13}$ | $C_{12}$ | $C_{11}$ | $C_{10}$ | $C_9$ | $C_8$ |
| $C_{23}$ | $C_{22}$ | $C_{21}$ | $C_{20}$ | $C_{19}$ | $C_{18}$ | $C_{17}$ | $C_{16}$ |
| $C_{31}$ | $C_{30}$ | $C_{29}$ | $C_{28}$ | $C_{27}$ | $C_{26}$ | $C_{25}$ | $C_{24}$ |
| AC | R | Candidate RS ID or R bits | | | | | |

...

| AC | R | Candidate RS ID or R bits | | | | | |

**Figure 6.1.3.23-2: BFR and Truncated BFR MAC CE with four octets $C_i$ field**

[2]

# 6.3 RRC information elements

…

## 6.3.2 Radio resource control information elements

…

– 	*BeamFailureRecoverySCellConfig*

The IE *BeamFailureRecoverySCellConfig* is used to configure the UE with candidate beams for beam failure recovery in case of beam failure detection in SCell. See also TS 38.321 [3], clause 5.17.

11

***BeamFailureRecoverySCellConfig* information element**

```
-- ASN1START
-- TAG-BEAMFAILURERECOVERYSCELLCONFIG-START

BeamFailureRecoverySCellConfig-r16 ::= SEQUENCE {
    rsrp-ThresholdBFR-r16                       RSRP-Range                              OPTIONAL, -- Need M
    candidateBeamRSSCellList-r16                SEQUENCE (SIZE(1..maxNrofCandidateBeams-r16)) OF CandidateBeamRS-r16
                                                                                        OPTIONAL, -- Need M

    ...
}

CandidateBeamRS-r16 ::=                 SEQUENCE {
    candidateBeamConfig-r16                     CHOICE {
        ssb-r16                                 SB-Index,
        csi-RS-r16                              NZP-CSI-RS-ResourceId
    },
    servingCellId                               ServCellIndex                           OPTIONAL -- Need R
}

-- TAG-BEAMFAILURERECOVERYSCELLCONFIG-STOP
-- ASN1STOP
```

| ***BeamFailureRecoverySCellConfig* field descriptions** |
|---|
| ***candidateBeamConfig*** <br> Indicates the resource (i.e. SSB or CSI-RS) defining this beam resource. |
| ***candidateBeamRSSCellList*** <br> A list of reference signals (CSI-RS and/or SSB) identifying the candidate beams for recovery. The network always configures this parameter in every instance of this IE. |
| ***rsrp-ThresholdBFR*** <br> L1-RSRP threshold used for determining whether a candidate beam may be included by the UE in BFR MAC CE (see TS 38.213 [13], clause 6). The network always configures this parameter in every instance of this IE. |
| ***servingCellId*** <br> If the field is absent, the RS belongs to the serving cell in which this *BeamFailureSCellRecoveryConfig* is configured |

[<New Radio IP comment>: "a presence indicator field indicating whether an identity of a preferred Reference Signal (RS) for BFR is included in the MAC CE for BFR" in the claim corresponds to "AC: This field indicates the presence of the Candidate RS ID field in this octet. If at least one of the SSBs with SS-RSRP above *rsrp-ThresholdBFR* amongst the SSBs in *candidateBeamRSSCellList* or the CSI-RSs with CSI-RSRP above *rsrp-ThresholdBFR* among the CSI-RSs in *candidateBeamRSSCellList* is available" and "This field is set to the index of an SSB with SS-RSRP above rsrp-ThresholdBFR amongst the SSBs in candidateBeamRSSCellList or to the index of a CSI-RS with CSI-RSRP above rsrp-ThresholdBFR amongst the CSI-RSs in candidateBeamRSSCellList" in the standard. That is, the preferred RS for BFR has an index value over the rsrp-threshold BFR. "the preferred RS being associated with the serving cell." in the claim corresponds to "servingCellID If the field is absent, the RS belongs to the serving cell in which this BeamFailureSCellRecoveryConfig is configured" in the standard.]

| 7. The method of claim 6, wherein when the presence indicator field is | [1] |
|---|---|

12

set to a specific value, the MAC CE for BFR further includes an RS identity field indicating the identity of the preferred RS for BFR.

# 6.1 Protocol Data Units\

…

## 6.1.3 MAC Control Elements (CEs)

…

### 6.1.3.23 BFR MAC CEs

…

- AC: This field indicates the presence of the Candidate RS ID field in this octet. If at least one of the SSBs with SS-RSRP above *rsrp-ThresholdBFR* amongst the SSBs in *candidateBeamRSSCellList* or the CSI-RSs with CSIRSRP above *rsrp-ThresholdBFR* amongst the CSI-RSs in *candidateBeamRSSCellList* is available, the AC field is set to 1; otherwise, it is set to 0. If the AC field set to 1, the Candidate RS ID field is present. If the AC field set to 0, R bits are present instead;

- Candidate RS ID: This field is set to the index of an SSB with SS-RSRP above *rsrp-ThresholdBFR* amongst the SSBs in *candidateBeamRSSCellLis*t or to the index of a CSI-RS with CSI-RSRP above *rsrp-ThresholdBFR* amongst the CSI-RSs in *candidateBeamRSSCellLis*t. Index of an SSB or CSI-RS is the index of an entry in *candidateBeamRSSCellLis*t corresponding to the SSB or CSI-RS. Index 0 corresponds to the first entry in the *candidateBeamRSSCellLis*t, index 1 corresponds to the second entry in the list and so on. The length of this field is 6 bits.

[2]

# 6.3 RRC information elements

…

## 6.3.2 Radio resource control information elements

…

– *BeamFailureRecoverySCellConfig*

The IE *BeamFailureRecoverySCellConfig* is used to configure the UE with candidate beams for beam failure recovery in case of beam failure detection in SCell. See also TS 38.321 [3], clause 5.17.

**BeamFailureRecoverySCellConfig** information element

```
-- ASN1START
-- TAG-BEAMFAILURERECOVERYSCELLCONFIG-START
```

| | |
|---|---|
| | ```
BeamFailureRecoverySCellConfig-r16 ::= SEQUENCE {
    rsrp-ThresholdBFR-r16                    RSRP-Range                                        OPTIONAL, -- Need M
    candidateBeamRSSCellList-r16             SEQUENCE (SIZE(1..maxNrofCandidateBeams-r16)) OF CandidateBeamRS-r16
                                                                                              OPTIONAL, -- Need M
    ...
}

CandidateBeamRS-r16 ::=                  SEQUENCE {
    candidateBeamConfig-r16                  CHOICE {
        ssb-r16                                  SB-Index,
        csi-RS-r16                               NZP-CSI-RS-ResourceId
    },
    servingCellId                            ServCellIndex                                    OPTIONAL -- Need R
}

-- TAG-BEAMFAILURERECOVERYSCELLCONFIG-STOP
-- ASN1STOP
``` |

| | |
|---|---|
| | **BeamFailureRecoverySCellConfig field descriptions** |
| | *candidateBeamConfig*<br>Indicates the resource (i.e. SSB or CSI-RS) defining this beam resource. |
| | *candidateBeamRSSCellList*<br>A list of reference signals (CSI-RS and/or SSB) identifying the candidate beams for recovery. The network always configures this parameter in every instance of this IE. |
| | *rsrp-ThresholdBFR*<br>L1-RSRP threshold used for determining whether a candidate beam may be included by the UE in BFR MAC CE (see TS 38.213 [13], clause 6). The network always configures this parameter in every instance of this IE. |
| | *servingCellId*<br>If the field is absent, the RS belongs to the serving cell in which this *BeamFailureSCellRecoveryConfig* is configured |

...

– *NZP-CSI-RS-ResourceId*

The IE *NZP-CSI-RS-ResourceId* is used to identify one NZP-CSI-RS-Resource.

**NZP-CSI-RS-ResourceId information element**

```
-- ASN1START
-- TAG-NZP-CSI-RS-RESOURCEID-START
NZP-CSI-RS-ResourceId ::= INTEGER (0..maxNrofNZP-CSI-RS-Resources-1)
-- TAG-NZP-CSI-RS-RESOURCEID-STOP
-- ASN1STOP
```

[<New Radio IP comment>: "the presence indicator field is set to a specific value" in the claim corresponds to "AC field is set to 1; otherwise, it is set to 0" in the standard. "the MAC CE for BFR further includes an RS identity field indicating the identity of the preferred RS for BFR" in the claim corresponds to "NZP-CSI-RS-ResourceId" in the standard.]

| | |
|---|---|
| 8. The method of claim 7, further comprising: | [2]<br><br># 6.3 RRC information elements |

14

| | |
|---|---|
| receiving a downlink Radio Resource Control (RRC) message including a beam failure recovery configuration Information Element (IE) from the base station, wherein the identity of the preferred RS for BFR is configured by the beam failure recovery configuration IE. | ...<br><br>## 6.3.2 Radio resource control information elements<br><br>...<br><br>–     *BeamFailureRecoverySCellConfig*<br><br>The IE *BeamFailureRecoverySCellConfig* is used to configure the UE with candidate beams for beam failure recovery in case of beam failure detection in SCell. See also TS 38.321 [3], clause 5.17.<br><br>**BeamFailureRecoverySCellConfig information element** |

```
-- ASN1START
-- TAG-BEAMFAILURERECOVERYSCELLCONFIG-START

BeamFailureRecoverySCellConfig-r16 ::= SEQUENCE {
    rsrp-ThresholdBFR-r16                       RSRP-Range                                      OPTIONAL, -- Need M
    candidateBeamRSSCellList-r16                SEQUENCE (SIZE(1..maxNrofCandidateBeams-r16)) OF CandidateBeamRS-r16
                                                                                                OPTIONAL, -- Need M
    ...
}

CandidateBeamRS-r16 ::=                 SEQUENCE {
    candidateBeamConfig-r16                 CHOICE {
        ssb-r16                                 SB-Index,
        csi-RS-r16                              NZP-CSI-RS-ResourceId
    },
    servingCellId                           ServCellIndex                                       OPTIONAL -- Need R
}

-- TAG-BEAMFAILURERECOVERYSCELLCONFIG-STOP
-- ASN1STOP
```

| **BeamFailureRecoverySCellConfig field descriptions** |
|---|
| **candidateBeamConfig**<br>Indicates the resource (i.e. SSB or CSI-RS) defining this beam resource. |
| **candidateBeamRSSCellList**<br>A list of reference signals (CSI-RS and/or SSB) identifying the candidate beams for recovery. The network always configures this parameter in every instance of this IE. |
| **rsrp-ThresholdBFR**<br>L1-RSRP threshold used for determining whether a candidate beam may be included by the UE in BFR MAC CE (see TS 38.213 [13], clause 6). The network always configures this parameter in every instance of this IE. |
| **servingCellId**<br>If the field is absent, the RS belongs to the serving cell in which this *BeamFailureSCellRecoveryConfig* is configured |

| | |
|---|---|
| 10. The method of claim 6, further comprising: prioritizing transmitting the MAC CE for BFR over transmitting data from any logical channel which is not an Uplink Common Control Channel (UL-CCCH) in a logical channel prioritization procedure. | [1]<br><br>## 5.17 Beam Failure Detection and Recovery procedure<br><br>…<br><br>The MAC entity shall for each Serving Cell configured for beam failure detection:<br>    1> if beam failure instance indication has been received from lower layers:<br>        2> start or restart the *beamFailureDetectionTimer*;<br>        2> increment *BFI_COUNTER* by 1;<br>        2> if *BFI_COUNTER* >= *beamFailureInstanceMaxCount*:<br>            3> if the Serving Cell is SCell:<br>                4> trigger a BFR for this Serving Cell;<br>            3> else:<br>                4> initiate a Random Access procedure (see clause 5.1) on the SpCell.<br><br>[2]<br><br>## 6.3 RRC information elements<br><br>…<br><br>## 6.3.2 Radio resource control information elements<br><br>…<br><br>*– BeamFailureRecoveryConfig*<br>The IE *BeamFailureRecoveryConfig* is used to configure the UE with RACH resources and candidate beams for beam failure recovery in case of beam failure detection. See also TS 38.321 [3], clause 5.1.1.<br><br>**BeamFailureRecoveryConfig information element** |

```
-- ASN1START
-- TAG-BEAMFAILURERECOVERYCONFIG-START
BeamFailureRecoveryConfig ::= SEQUENCE {
    rootSequenceIndex-BFR INTEGER (0..137) OPTIONAL, -- Need M
    rach-ConfigBFR RACH-ConfigGeneric OPTIONAL, -- Need M
    rsrp-ThresholdSSB RSRP-Range OPTIONAL, -- Need M
    candidateBeamRSList SEQUENCE (SIZE(1..maxNrofCandidateBeams)) OF PRACH-ResourceDedicatedBFR OPTIONAL, -- Need M
    ssb-perRACH-Occasion ENUMERATED {oneEighth, oneFourth, oneHalf, one, two,
    four, eight, sixteen} OPTIONAL, -- Need M
    ra-ssb-OccasionMaskIndex INTEGER (0..15) OPTIONAL, -- Need M
    recoverySearchSpaceId SearchSpaceId OPTIONAL, -- Need R
    ra-Prioritization RA-Prioritization OPTIONAL, -- Need R
    beamFailureRecoveryTimer ENUMERATED {ms10, ms20, ms40, ms60, ms80, ms100, ms150, ms200} OPTIONAL, -- Need M
    ...,
    [[
    msg1-SubcarrierSpacing SubcarrierSpacing OPTIONAL -- Need M
```

```
]],
[[
ra-PrioritizationTwoStep-r16 RA-Prioritization OPTIONAL, -- Need R
candidateBeamRSListExt-v1610 SetupRelease{ CandidateBeamRSListExt-r16 } OPTIONAL -- Need M
]],
[[
spCell-BFR-CBRA-r16 ENUMERATED {true} OPTIONAL -- Need R
]]
}
...
```

***ra-prioritization***
Parameters which apply for prioritized random access procedure for BFR (see TS 38.321 [3], clause 5.1.1).

***ra-PrioritizationTwoStep***
Parameters which apply for prioritized 2-step random access procedure for BFR (see TS 38.321 [3], clause 5.1.1).

[1]
# 5 MAC procedures

## 5.1 Random Access procedure

…

## 5.1.1a Initialization of variables specific to Random Access type

…

1> else (i.e. *RA_TYPE* is set to *4-stepRA*):

    2> set *PREAMBLE_POWER_RAMPING_STEP* to *powerRampingStep*;

    2> set *SCALING_FACTOR_BI* to 1;

    2> set *preambleTransMax* to *preambleTransMax* included in the *RACH-ConfigGeneric*;

    2> if the Random Access procedure was initiated for SpCell beam failure recovery (as specified in clause 5.17);

    and

    2> if *beamFailureRecoveryConfig* is configured for the active UL BWP of the selected carrier:

        3> start the *beamFailureRecoveryTimer*, if configured;

        3> apply the parameters *powerRampingStep*, *preambleReceivedTargetPower*, and *preambleTransMax* configured in the *beamFailureRecoveryConfig*.

    2> if the Random Access procedure was initiated for beam failure recovery (as specified in clause 5.17); and

    2> if *beamFailureRecoveryConfig* is configured for the active UL BWP of the selected carrier; and

> 2> if *ra-Prioritization* is configured in the *beamFailureRecoveryConfig*:
>
>> 3> set *PREAMBLE_POWER_RAMPING_STEP* to the *powerRampingStepHighPriority* included in the *ra-Prioritization* in *beamFailureRecoveryConfig*;

[2]

# 6.3 RRC information elements

…

## 6.3.2 Radio resource control information elements

…

### – RA-Prioritization

The IE *RA-Prioritization* is used to configure prioritized random access.

**RA-Prioritization information element**

```
-- ASN1START
-- TAG-RA-PRIORITIZATION-START
RA-Prioritization ::= SEQUENCE {
powerRampingStepHighPriority ENUMERATED {dB0, dB2, dB4, dB6},
scalingFactorBI ENUMERATED {zero, dot25, dot5, dot75} OPTIONAL, -- Need R
...
}
-- TAG-RA-PRIORITIZATION-STOP
-- ASN1STOP
```

**RA-Prioritization field descriptions**

***powerRampingStepHighPrioritiy***
Power ramping step applied for prioritized random access procedure.

***scalingFactorBI***
Scaling factor for the backoff indicator (BI) for the prioritized random access procedure. (see TS 38.321 [3], clause 5.1.4). Value *zero* corresponds to 0, value *dot25* corresponds to 0.25 and so on.

[3]

# 9.2 Intra-NR

…

## 9.2.8 Beam failure detection and recovery

…

After beam failure is detected on PCell, the UE:

| | |
|---|---|
| | - triggers beam failure recovery by initiating a Random Access procedure on the PCell;<br>- selects a suitable beam to perform beam failure recovery (if the gNB has provided dedicated Random Access resources for certain beams, those will be prioritized by the UE).<br>- includes an indication of a beam failure on PCell in a BFR MAC CE if the Random Access procedure involves contention-based random access. |